

1

**L.M.B**

2

PO BOX 5106

3

BellFlower, CA 90707

4

(213) 214-6720

5

theprofessional8874@gmail.com

6

7

8                    UNITED STATES  FEDERAL COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10  LISA  MARIA BERNAL  (L.M.B)                    ) Case No.: 2:21cv8014- SVW-SKx
            **Plaintiff**                          )
11  vs.                                            )
                                                   )
12                                                 ) **PLAINTIFF L.M.B COMPLAINT FOR**
13  United States of America; Kamala Harris, in her official capacity and as    **DAMAGES FOR:**
    an individual; Douglas Emhoff, a corrupt attorney and as an individual;     )
14  Attorney General of the United States; George H. Wu, corrupt judge and      ) **(1)RACKETEERING INFLUENCED AND**
15  as an individual; Scott Harris, as an individual and in official capacity;  **CORRUPT ORGANIZATIONS**
    Chris Sawyer, as an individual and in official capacity; Providence Health  )
16  & Services DBA Providence Little Company of Mary Medical Center             ) **(2)VIOLATION OF CIVIL RIGHTS**
17  Torrance(previous name DBA providence little company of mary Hospital        **42 USC 1985**
18  torrance);  Providence St. Joseph Health; Providence Health System-         ) **(3) VIOLATION OF CIVIL RIGHTS**
19  Southern California; (all Providence Defendants under the title             **42 USC 11317 and 1 through 135**
    "Defendant Company Hospital",  Corporations); Brady Joseph Mitchell,        )
20  an individual and an attorney; Gary Olney DBA Providence Little Company     ) **(4)VIOLATION OF CIVIL RIGHTS**
21  of Mary Medical Center Torrance, an individual and a CEO;  **Ted Wang**      **42 USC 1981 AND 42 USC 1981(a)**
22  **DBA Providence Little Company of Mary Medical Center Torrance**, an        )
    individual and CFO; **Scott Ciesielski,** an individual and CNO; **Colleen**  ) **(5)  FALSE CLAIMS ACT**
23  **Wilcoxen**, an individual and ACNO; **Melissa Baker,** an individual; **Elizabeth**  **31 USC 3729**
24  **Wicker**, an individual; **Patrice McConnell**, an individual;  **Carmel Anne**  )
25  **Nicholls**, an individual and RN; **Weston Allen Winn**, an individual and RN;  ) **(6) RETALIATION IN VIOLATION OF FALSE**
26  **Anthony Darrell Quarles**, an individual and RN; **Brandon Joseph Loop**, an  **CLAIMS ACT  31 USC 3730**
                                                   )
                                                   ) **(7) CONSPIRACY ACTS**
                                                   )
                                                   ) **(8)VIOLATION OF CALIFORNIA HEALTH AND**
                                                   **SAFETY CODE 1278.5**
                                                   )
                                                   ) **(9) CAL LABOR CODE 230 AND 230.1**

2741
_____

PLAINTIFF'S COMPLAINT FOR DAMAGES

1

| | |
|---|---|
| 1 _____ | |
| 2 individual and RN;  **Rebekah Davi Webber**, an individual and RN; **Maria** ) | **(\10) WHISTLEBLOWER RETALIATION** |
| 3 **Dolores Perez**, an individual and RN;  **Alison W. McCaw**, an individual and RN; **Sanja Stublic Ryan**, an individual and RN;  **Rhodora Tongol Tumamak,** | |
| 4 an individual and RN; **Jared Rees Varga**s, an individual and RN; **Kathy** | **(11) WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY** |
| 5 **Nguyen Buby,** an individual and RN; **Jessica Wellman**, an individual and RN; | |
| 6 **Kristen Ann Llalanas**, an individual and RN;  **Katelyn Michel Hicks**, an individual and RN; **Lee Elizabeth Sibbald, an** individual and RN; **Amy** | **(12) VIOLATION OF FEHA AND TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 BASED ON ANCESTRY** |
| 7 **Nichelle Knickerbocker,** an individual and RN and a police officer;  **Brian** | |
| 8 **Humberto Vargas**, an individual and RN; **Rosanna Jessica Camargo Coban**, | **(13) VIOLATION OF FEHA  AND TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 BASED ON RELIGION** |
| 9 an individual and RN; **Sarah Nicole Egar**, an individual and RN; **Younjoo Lee** | |
| 10 **Kim**, an individual and RN; **Rafael Rivero**, an individual and RN; **Alicia Naomi Nishioka**, an individual and RN; Brianna Reesing Johnson, an | **(14) WRONGFUL TERMINATION IN VIOLATION OF FEHA AND TITLE VII OF THE CIVIL RIGHTS ACT OF 1964;** |
| 11 individual and RN; **Torrance Police Department,** a California Police Agency; | |
| 12 **Wayne Holbrook**, an individual, and corrupt cop; **Broderick Goens**, an | **(15) DEFAMATION** |
| 13 individual, and corrupt cop; **Kyle Goffney,**an individual, and corrupt cop; **Paul** | **(16) COMPELLED SELF-DEFAMATION** |
| 14 **Kranke**, an individual, and corrupt cop; **Ronald Harris,**an individual, and corrupt cop; **Eve R. Berg (aka Eve R. Irvine)**, an individual, and corrupt cop; | **(17) NEGLIGENT HIRING, SUPERVISION, AND RETENTION** |
| 15 **California Nurses Association/National Nurses Organinzing** | |
| 16 **Committee(CNA/NNOC)AFL-CIO "Defendant Union",** a labor Union**;** | **(18) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS** |
| 17 **Christa Indriolo**, an individual, and corrupt labor rep; **Denice Martin**, an individual, and corrupt labor rep;  **Keng Mak,** an individual, and corrupt labor | |
| 18 rep; **Bonnie Castillo**, an individual, an RN, and a corrupt labor exec; **Micah** | **(19) VIOLATION OF THE CALIFORNIA CONSTITUTION, AND 18 USC 3771** |
| 19 **Lynn Berul,** an individual and corrupt attorney**; Jazmina "Mansury",** an | |
| 20 individual, and a corrupt labor rep;   **South Gate Police Department,** a | **(20) ABUSE OF  PROCESS** |
| 21 government agency; **Randall Davis**, an individual, and corrupt cop; **Darren Arakawa,**an individual, and corrupt cop; **Juan Gonzalez**, an individual, and | **(21) ENTRAPMENT** |
| 22 corrupt cop; **Isidro Munoz**, an individual, and corrupt cop; **Arturo Macia**s, an | **(22) VIOLATION OF GOVT CODE 6254(F)** |
| 23 individual and corrupt cop; **Juana Brown**, an individual, and corrupt cop; | **(23) FALSE BUSINESS RECORDS 18 USC 1519** |
| 24 **Heriberto Guitierrez**, an individual and corrupt cop ; **Hannah Campos**, an individual and corrupt cop **Norwalk Sheriff  Department,** a government | |
| 25 agency; **Kyle Gonzales,** an individual, and corrupt cop; **Michael M. Mendoza**, | **(24) 18 USC 245** |
| 26 an individual, and corrupt cop; **Philip Fernandez**, an individual, and a corrupt | **(25) INVASION OF PRIVACY -4TH AMENDMENT; CALI 2 PARTY CONSENT** |
| 27 | |
| 28 | |

1 ———————————————————————

2 cop; **Xiomara Selene Gomez ("Defendant Gomez")** an individual; **California**

3 **Department of Fair and Equal Housing ("DFEH")**, a government agency;

**Linda Connor**, an individual and a corrupt public official; **Chrisie Collins**, an

4 individual and a corrupt public official; **Angelina Endsley**, an individual and a

5 corrupt public official; **National Labor Relations Board**, a government

6 agency; **Marissa Barinque Dagdagan**, an individual, a corrupt attorney, and a

corrupt public official; **Mori Pam Rubin,** an individual, a corrupt attorney, and

7 a corrupt public official; **Patrick Plummer,** an individual and a corrupt public

8 attorney; **California Board of Registered Nursing**, a government agency;

9 **Luke Leslie**, an individual, and a corrupt public official; **PIH Hospital**, a

10 corporation; **Downey Fire Department**, a government agency; **Los Angeles**

**County Fire Department**, a government agency; **Larry Tietgen**, an individual

11 and a Fire Chief; **Jerome Farris**, an individual and a corrupt Judge; **Johnnie**

12 **B. Rawlinson**, an individual and a corrupt Judge; **Edward Leavy**, an

13 individual and a corrupt Judge; **Brian Morris**, an individual and a corrupt

Judge; **California Department of Health and Human Services**, a government

14 agency; **California Department of Public Health**, a government agency;

15 **Edwin Thomas III Hoffmark,** an individual and RN and a corrupt public

16 health nurse**; Rumia Sagalia,** an individual and a corrupt public official;

17 **Tamara Cleveland**, an individual and a corrupt public health nurse; **Emma**

**Hernandez**, an individual and a corrupt Public health nurse; **Joanne Person**

18 **"aka Joanne persons"**,an individual and a corrupt public health nurse; **Los**

19 **Angeles Unified School District**, a government agency; **Jackie Goldberg**, an

20 individual and a corrupt public official; **Sosse Bedrossian**, an individual, RN,

21 and a corrupt public official; **Anita Nepomuceno**, an individual, RN, and a

corrupt public official; **Apolonia Delorito Tolentino,** an individual, RN, and a

22 corrupt public official; **Maria Cecilia Virola**, an individual, RN and a corrupt

23 public official; **Pilar Dizon Llanes** ,an individual, RN, and a corrupt public

24 official; **Maria Gutierrez**, an individual and a corrupt public payroll clerk;

**Araceli Silva**, an individual and a corrupt public official ; **Jose Gonzalez,** an

25 individual and corrupt public official; **United Teachers of Los Angeles,** a labor

26 union; **Alex Caputo-Pearl**, an individual and a corrupt labor rep; **Alex**

27 **(26) CAL LABOR CODE 226  REST BREAKS**

**(27) CAL LABOR CODE 226  MEAL BREAK**

**(28) CAL LABOR CODE 511(b)**

**(29) FAIR LABOR STANDARDS ACT**

**(30) RETALIATION FLSA**

**(31) CAL LABOR CODE 216**

**(32) 1ST AMENDMENT**

**(33) 5TH AMENDMENT**

**(34) 6TH AMENDMENT**

**(35) 8TH AMENDMENT**

**(36) 13TH AMENDMENT**

**(37) 14TH AMENDMENT**

**(38) GINA**

**(39) FEDERAL ANTI-TRUST LAWS**

**(40) FALSE IMPRISONMENT**

**(41) ASSAULT  AND BATTERY**

**(42) NEGLIGENCE**

**(43) BREACH OF CONTRACTS**

**(44) DOMESTIC TERRORISM**

**(45) TYRANNY**

**(46) VIOLATION OF RIGHT TO LIFE, LIBERTY, PROPERTY, AND THE PURSUIT OF HAPPINESS**

1

2 **Orozco**, an individual and a corrupt labor rep; **Jenny Lam**, an individual and a

3 corrupt labor rep; **Brian McNamara,** an individual and a corrupt labor rep;

**Gloria Martinez**, an individual and a corrupt labor rep; Defendant **Rochelle**

4 **Reyes de Golier**, an individual and a corrupt attorney; Defendant **Bruce T.**

5 **Murray**, an individual and a corrupt attorney; **Gabriel Pimental**, an individual

6 and a corrupt attorney; **Julie Valencia**, an individual and a corrupt public

7 offical; **Stephanie Bedi**, an individual and a corrupt attorney and public

official;  **Covenant Health Network, Inc; Hoag Memorial Hospital**

8 **Presbyterian; Kaiser Permanente; Peggy Lee Duffield; UCLA Health;**

9 **Memorial Healthcare;  Breanna Reesing Johnson;  James Weed; ID.ME,**

10 **INC; Gavin Newsom, an individual and in official capacity; State of South**

**Carolina; California State University, Long Beach; Downey Police**

11 **Department,** a government agency; **Mirjana Nichiporuk Tolt (aka Nikki**

12 **Tolt),** an individual and a corrupt attorney; **Jacquelyn Phillips Lacey aka**

13 **Jackie Lacey,** an individual and a corrupt attorney and corrupt public official;

**Los Angeles District Attorney Office**, a government agency; **Israel Campos**,

14 an individual; **KRPM INVESTMENT GROUP**, a corporation; **Kristina**

15 **Koukladas**, an individual and a corrupt real estate; **PRC Multi-Family LLC**

16 **DBA Park Regency Club Apartments; Cushman and Wakefield of**

17 **California, Inc (aka Pinnacle Living Property Management, LLC); City of**

**South Gate; City of Torrance; City of  Downey; Amir Zia**, an individual and

18 a corrupt inspector public offical; **Carrie Rios**, an individual and a corrupt

19 inspector public official; **Craig Yokoi**, an individual and a corrupt public

20 official; **Department of Children and Family Services**, a government agency;

21 **Lopez & Associates, Inc** a corporation; **Khanh Thai**, an individual and a

corrupt public employee; **Molly Dwyer**, an individual and a corrupt public

22 employee; **Maria Fernandez**, an individual and a corrupt public employee;

23 **Jessica Bentley**, an individual and a corrupt public employee; **Kurt G Alme**,

24 an individual and a corrupt public employee;  **Brenda McCarthy**, an

individual and a corrupt public employee;  **Yenny Hino dba Ashton**

25 **Apartments, LLC dba Arrington Apartments**; Beth Keely, an individual

26 and public official; **Rick Graf DBA Cushman and Wakefield of California,**

27

28

**(47) CONSTITUTIONAL VIOLATIONS**

**(48) PUBLIC CORRUPTION**

**(49) FALSE ARREST**

**(50) CALIFORNIA PENAL CODE 653M; 653F; 653X; 653.1**

**(51) MALICIOUS PROSECUTION**

**(52) SEXUAL ASSAULT AND BATTERY**

**(53)GANG- STALKING**

**(54) HACKING**

**(55) COERCIVE CONTROL DOMESTIC  ABUSE**

**(56) FRAUD**

**(57) ALL OTHER PERTINENT LAWS CHARGES**

**(58) CONTEMPT OF COURT**

**(59) INTERNATIONAL TERRORISM**

   **DEMAND FOR JURY TRIAL**

1 _____

2 Inc; **West Covina Police Department; Covina Police Department; City of**

3 **West Covina; City of Covina; City of Norwalk; County of Los Angeles;**
**Christian Schank and Associates, a Professional Corporation,** a law firm;

4 **Norwalk Registrar-Recorder Office; Norwalk Courthouse;  Brian Wolf,** an

5 individual and an attorney; **Arizona Department of Public Safety,** a

6 government agency; **Ryan Poirier,** an individual and a corrupt officer; **Officer**

7 **Badge 7728, a**n individual and a corrupt officer; **City of Flagstaff; Coconino**
**County Jail; Arizona Department of Health Services;  Arizona Coconino**

8 **County Health & Human Services;  Coconino County Health Department;**

9 **Eli Gonzalez Villagomez,** an individual; **Janelle Desiree Arriaga,** an

10 individual; **ID.ME, Inc; United States Postal Service; Fed Ex; Lisa Nesbitt,**
**as an individual and in official capacity; Officer Badge 1424,** an individual

11 and corrupt police; **Navajo County Sheriff Department; Navajo County;**

12 **Atlantic Recording Corporation;  Craig Kallmann  DBA  Atlantic**

13 **Recording Corporation; Warner Music Group Corp; Steve Cooper DBA**

14 **Warner Music Group Corp;  Universal Music Group, Inc;    LUCIAN C**
**GRAINGE DBA  Universal Music Group, Inc;   Amazon Web Services,**

15 **Inc; Amazon.com, Services LLC; Amazon Data Services, Inc; KHOZEM**

16 **LOKHANDWALA  dba Amazon Data Services, Inc; Michael D Deal DBA**

17 **Amazon.com, Services LLC; Andrew Jassy DBA Amazon Web Services,**
**Inc; Ring, LLC; Antonio Masone DBA Ring, LLC; Amazon Advertising,**

18 **LLC; Brittney Gannon DBA Amazon Advertising, LLC;  Google North**

19 **America Inc; Kenneth H. Yi DBA  Google North America Inc; Google,**

20 **LLC;  Sundar Pichai DBA Google, LLC; Amazon Goog, Inc; Joseph D**
**Preston DBA Amazon Goog, Inc; Dan Jedda; Todd A Brisco & Associates;**

21 **Alice G. Estaville,** an individual and an attorney; **Todd Anthony Brisco,** an

22 individual and an attorney; **Jonathan Collier DBA Trans National**

23 **Amusements, Inc; Trans National Amusements, Inc;  The Walt Disney**

24 **Company; Robert A Chapek dba The Walt Disney Company; CHRISTINE**
**M MCCARTHY dba Disney Enterprises, Inc; Bob Iger DBA The Walt**

25 **Disney Company; AT&T Corp; Anne Chow DBA AT&T Corp;  Comcast**

26 **Corporation; Brian Roberts dba Comcast Corporation;  Twentieth**

2741 _____

1 ——————————————————————————

2 Century Fox International Television, Inc;  JAMES M KAPENSTEIN dba

3 Twentieth Century Fox International Television, Inc; Rupert Murdoch;

  Sony Corporation of America; Kenchiro Yoshida dba Sony Corporation of

4 America; Pacific Neuroscience Institute Medical Group, Inc; Chester F.

5 Griffiths DBA Pacific Neuroscience Institute Medical Group, Inc; Advance

6 Magazine Publishers, Inc; Steven O Newhouse DBA Advance Magazine

  Publishers, Inc; Kristin Annabel Frantz; Kristin Poirier; Kristin Emhoff;

7 RCS Investigations and Consulting, LLC;  Steve Rodig, an individual and

8 an officer; State of Arizona; State of California;  Coconino County; Keaton

9 Williams, an individual and deputy county attorney; William P. Ring, an

10 individual and coconino county attorney; Danna Plancarte, an individual and

  judicial employee; Coconino County Flagstaff Justice Court; Navajo Court

11 Lakeside-Pinetop;  State of Montana; State of Washington; State of

12 Oregon; State of Nevada; Greg Hoffmann DBA Providence Health &

13 Services; Joann Escasa-Haigh DBA Providence Health & Services; Church

  of Scientology; Attorney General of California; Attorney General of

14 Arizona; Attorney General of Oregon; Attorney General of Nevada;

15 Attorney General of Washington; Attorney General of Montana; Attorney

16 General of Washington D.C; Attorney General of South Carolina; Gustavo

17 Gomez; Gustavo Morales; RN Rose of Defendant PIH Hospital;  South

  Gate Police Officer Morales; Cynthia Bahena; Robert Mitchell;

18 Freemason Organization; Scientology Organization; Anonymous

19 Organization;James Prince; Lynwood Sheriff;  City of Lynwood; City of

20 Paramount; City of Rancho Palos Verdes; State of Texas; City of El Paso;

  State of New Mexico; Maxine Waters; Downey Chief of Police D. Mulligan,

21 as an individual and in his official capacity; Leonardo Rodriguez, as an

22 individual and in his official capacity; Nick Jones, as an individual and in

23 his official capacity; Kristen Clarke, as an individual and in her official

24 capacity as DOJ; Motion Picture and Television fund; Supervisor Patricia

  of Chris Sawyer and Clerks of the Court, as an individual and in her

25 official capacity; Gabriel Moreno, as an individual and in official capacity

26 with co-Defendants; MetroPCS; Darlene Beamon-Thomas, an individual

27

28 ——————————————————————————

1

2 and corrupt public official·

3 Thalia bartnett; Chino;  Drake; Kanye West; Jay-Z, aka Sean Carter; All

 Police Teamsters Unions in California and in Arizona and Multi-state;

4 California Firefighter Unions in California and in Arizona and Multi-state

5

6 Defendants

Under Federal and State laws, victims of cprimes, such as Plaintiff, have the right to privacy and the right to dignity. Plaintiff redacts

7 her name from the public in order to prevent further violations of Plaintiff's victim of crime rights that are the subject of this claim.

8

9 Plaintiff, L.M.B,  is filing this complaint Pro Se, as a Citizen of the United States of America. not as an attorney, and is therefore not

 bound to Court Local Rules that Attorney's are bound to follow. Plaintiff is Exercising Rights as a US Citizen,  not practicing law as

10 an Attorney. Plaintiff only orders Judge, non-defndnt, to oversee all items of this case, and does not

11 Consent to Any Magistrate.

12 No time is waived ever, nor has it ever been waived, and all Court officials and Defendants must meet all time requirements.

13 Plaintiff invokes YHVH, and all God-given Rights granted to Plaintiff through Yehoshua Jesus Christ, including US Constitutional

14 Rights, all State Rights, and all other rights and all benefits under the Law, throughout all legal proceedings, at all times, and no

15 rights are waived ever. All Judges are required to obey their Oath to Office. All Judicial Officers are required to obey their Oaths

16 under, and to, the law, and not in a deceptive/trickery way.

17 All Defendants  are being sued in the official capacities, as well as in their individual capacities.

18 **Defendants are sometimes referred to, collectively and/or individually, as "Defendants" throughout this complaint.**

19

20 <u>**CERTIFIED COMPLAINT**</u>

21 I Certify that all information and facts listed in this complaint are True to the best of my recollection and on the

22 basis of information, personal knowledge, and/or belief, so help me YHVH. Some dates are approximated. Please excuse any

23 typographical and/or grammatical error.

24 _____

25

 Plaintiff, L.M.B

26

27 41

1
2
3

**TABLE OF CONTENTS**

4
                                                                                                      Page No.

5

I. INTRODUCTION...............................................................................................................1-7

6

II. PLAINTIFF PRO SE STATEMENT, ETC .................................................................................7

7

III. CERTIFIED COMPLAINT UNDER OATH..........................................................................7

8

III.  TABLE OF CONTENTS................................................................................................8

9

IV. JURISDICTION..........................................................................................................9-10

10

V. SUMMARY...............................................................................................................11-12

11

VI. FACTS OF CASE.......................................................................................................13-61

12

VII  CAUSES OF ACTION................................................................................................61-93

13

VIII. PRAYER.................................................................................................................94-96

14
15
16
17
18
19
20
21
22
23
24
25
26
2741

1

2

3

### Jurisdiction

4

5

To YHVH belongs the Kingdom, and the Power, and the Glory, Forever.

6

7

YHVH has already found all Defendants named in this complaint guilty of all charges listed.

8

9

Defendants named, and not named, should still repent of their sins now, before facing the greater Judgement of their Souls.

10

11

Plaintiff brings these charges to man's Federal Court for the purpose of Glorifying YHVH, Yehoshua Jesus Christ, King of

12

Kings and Lord of Lords

13

14

There is massive corruption and evil deception that flows through the Judicial, Political, and Healthcare Systems of the

15

United States. Defendants masquerade themselves as servants of righteousness, but they are not.

16

17

The Previous case to this served to end their masquerade, and it has already been won, and Granted per YHVH.

18

19

20

21

22

23

24

25

26

2741

---

PLAINTIFF'S COMPLAINT FOR DAMAGES

In regards to man's laws, Federal Court is the proper location to file this claim on the following basis:

A.   Per the US Constitution and Federal Laws, New Acts of Harm and New Injuries allow Persons to file Charges against Defendants. For example, if Defendants were sued for theft previously, and then committed theft again for a second time, on a new date, then Defendants can be charged again for the crime, because it was committed a second time, and therefore it is not double jeopardy.

B.   New Defendants are being added, that were not previously added/charged, and are now being added. Per US Constitution and Federal Laws,  Plaintiff has the right to charge New Defendants for acts of harm they have committed.

C.   Federal law 28 USC 1331. This Case involves violations of Federal Statutes including violations of the Federal False Claims Act, RICO laws, 42 USC 11317 and 1 through 135, 42 USC 1981, 42 USC 1981(a) 42 USC 1985; 31 USC 3729; 31 USC 3730; 18 USC 1529; 18 USC 245; 18 USC 3771; Fair Labor Standards Act; Title VII of the Civil Rights Act of 1964; etc as listed on page 1.

D.   This lawsuit also involves Federal Public Officials who cannot be sued in State Court.

E.   Defendants Company Hospital, Defendants Torrance Police Department, Defendant South Gate Police Department, Defendant California Department of Public Health, Defendant National Labor Relations Board, Defendant California Department of Fair and Equal Housing, Defendant California Board of Registered Nursing, Defendant California Nurses Association/National Nurses Organizing Committee AFL-CIO, Defendant Los Angeles Sheriff Department, Defendant 9th Circuit Judges, all receive federal funding.

F.   Defendants do not qualify for immunity because they acted unlawfully, in violation of multiple laws. Immunity only applies if the Official is acting lawfully.  All Defendants were acting unlawfully, therefore they are not immune to charges brought in this complaint.

G.   Federal Court maintains Supplemental Jurisdiction  to oversee California Law Charges that Plaintiff presents in this claim, due to the above mentioned Jurisdiction.

H.        All Defendants were employed and authorized to work in the United States of America

**SUMMARY**

Plaintiff is a U.S Citizen, a University Graduate, a Public Health Nurse and a Registered Nurse. Plaintiff has been a Nurse for approximately 9 years, with the majority of her career spent in Emergency Medicine

**Defendant Criminal george H. Wu , and any person acting in concert with him, is Ordered as Restrained from Accessing, and/or overseeing any aspect of this lawsuit since he is a Defendant of Both Cases and Federal Criminal Charges have been Compelled against Defendant criminal george h. wu.**

Plaintiff was Granted Summary Award Order for a previos lawsuit against all Defendants.

Two Orders for Writ of Execution of the Award to be enforced by the DOJ have been ordered.

Plaintiff is in fear for her life and safety, and the life and safety of her pet, who is like a Son to Plaintiff. More than Eleven Restraining Order and Injunctions were ordered against all Defendants

Defendants have committed Contempt of Court and  have failed to honor, obey, and execute all Orders, as well as US Constitutional laws, Federal Laws, State Laws, and all Laws of the United States.

Defendants continue to knowingly, willingly, and maliciously cause harm and injuries to Plaintiff.

Defendants continue to knowingly, willingly, maliciously, and fraudulently defame Plaintiff.

Defendatns continue to knowingly, willingly, and maliciously interfere with Plaintiff's right to enjoy employment in her Career, including in violation of the Employment Injunction Orders placed on Defendant Kaiser Permanente and Defendant Criminal Gang Nurse Union.

Defendant Media Corporations and Defendant Celebrities continue to knowingly, willingly, maliciously and fraudulently create Fraudulent and contrived news media in order to cover-up for Co-Defendants, criminally manipulate the psychology of  the public as a Federal RICO crime against potential jury members, and to alter court testimonies.

Defendants continue to maliciously threaten the life of N.R.M, and continue to attempt to commit Criminal RICO crimes to change and/or alter court testimony of witnesses against defendants, and to try Criminally prevent Plaintiff and N.R.M from freely speaking and meeting with eachother.

Defendants continue to falsely imprison and falsely enslave Plaintff's Uncle, L.J.R, even though he was ordered to be r

1

2 eleased from Prison by August 2021, and ordered to receive backpay wages and punitive damages for emotional distress for the time

3 he was falsely imprisoned by Defendants in violation of Constitutional, State and Federal laws.

4       All Defendants have Maliciously conspitred to falsely set up and cause Plaintiff, a Unitversity Graduate, to live a s a Political

5 Refugee in the United States. Plaintiff does not use any drugs, does not have any mental health issues, and has no adverse marks on

6 any of her professional licenses but is now homeless due to all Defendants malicious crime and acts against Plaintiff.

7       All Defendants assisted all Co-Defendants with unlawfully and fraudulently covering-up for themselves of the illegal acts

8 Co-Defendants had committed against Plaintiff for the past 10 years.. Since all Defendants assisted Co-Defendants with covering-

9 up for their unlawful acts, all Defendants are also guilty of all acts that all Co-Defendants committed since 2014 and through 2020,

10 and some incidents from years prior as well. Defendants have criminally delayed and/or prevented processing of court records and

11 papers as a Federal RICO crime for Defendants and Co-Defendants

12       All Defendants aided, abetted, coerced, compelled, and/or participated in the furtherance and in the unlawful cover-ups of all

13 unlawful acts committed by Co-defendants.  All of the Defendants named are in some way responsible for the damages and wrongs,

14 and were acting unlawfully, outside of the law, under the permission, and consent of one or more of the other Defendants. All

15 Defendants are the alter-egos of each other, and all must be viewed as inseparable from each other in order to avoid abuse of the

16 corporate privilege, fraud, and injustice.

17       All Defendants have also participated in unlawfully interfering with Plaintiff's right to enjoy employment in the United

18 States. Plaintiff is a US Citizen, a University graduate, and has an active Registered Nurse License with no adverse marks.

19 Defendants claim there is a current healthcare crisis with a shortage of workers, but Plaintiff is unable to obtain employment due to

20 all Defendants extortion, racketeering activity, and conspiracy against Plaintiff's civil rights.

21       Plaintiff was not, and could not have been, aware of all the facts presented in this case as they were occurring, but became

22 aware of them on later dates..Plaintiff is still not fully aware of all unlawful acts committed by Defendants, and retains her right to

23 any claims that are not listed in this complaint, which are currently unknown to Plaintiff, and which may become revealed at a later

24 date.

25 All Defendants continue to stalk, defame, harrass, and threaten the life and safety, and freedom of Plaintiff, N.R.M, Plaintiff's pet, and

26 other persons around Plaintiff.

2741

**FACTS OF CASE**

1. Plaintiff is a 34 year old Female, with Indigenous ancestry of the Americas, born in Lynwood, California, in Los Angeles County.

2. Plaintiff grew up on welfare and section 8. Plaintiff was the first person in her entire family to graduate from a University and escape the cycle of poverty. Plaintiff is a University Graduate with Professional Licenses to practice as a Registered Nurse and as a Public Health Nurse. Plaintiff does not have any adverse marks on any of her Professional Licenses. Defendants claim there is a health crises in the U.S, with a shortage of workers, yet Plaintiff remains unemployed due to Defendants RICO and criminal malicious Hateful crimes, and knowingly fraudulent defamation against Plaintiff, in violation of the US Constitution, US Laws, and Multiole Labor laws, in violation of their Non-profit stated purposes, etc.

3. During all relevant times of this lawsuit, which constitutes more than the past 12 years, Plaintiff has never been charged with, nor convicted of, any crime.

4. **Defendant Criminal george H. Wu , and any person acting in concert with him, is Ordered as Restrained from Accessing, and/or overseeing any aspect of this lawsuit since he is a Defendant of this case and Federal Criminal Charges have been Compelled against Defendant criminal george h. wu.**

5. Defendant George H. Wu, knowingly, willingly, maliciously and fraudulently Lied about Facts on Court Documents, Corruptly mislead, corruptly persuaded and commited multiple other RICO crimes for Co-Defendants

6. Defendant George H. Wu was disqualifed as Judge from the lawsuit cv: 2:20-10292 in December 2020 because he violated multiple Federal and Constitutional Laws as a Federal RICO crime for Defendants of the case, in violation of his Federal Oath to Office as a Judge of the United States.

7. Defendant George H. Wu was added as a Defendant to lawsuit case 2:20-10292 in January 2021.

8. Defendant George H. Wu knew that he was Disqualified and that he was a Named Defendant of the Case. Defendant George H. Wu Criminally, knowingly, willingly, maliciously and Fraudulently Criminally interfered with the lawsuit and continued to attempt to Criminally, knowingly fraudulent and maliciously attempt to rule on a case which he knew he was disqualified and a defendant of, as a Federal RICO crime with all co-Defendants, as a Tyrannical Act, as a Domestic Terrorism Act, and in Violation of multiple Constitutional and Federal laws, and in violation of his Oath to Office. Every single document that Defendant George H. Wu attempted to issue Lied abut Facts on Court Documents, Corruptly mislead, and corruptly persuaded as a Federal RICO Crime with All Defendants. Defendant George H. Wu violated and dishonored multiple Constitutional and Federal Laws, and behaved as though the United States Constitution, and Federal Rights of US Citizens do not exist. Defendant george h. Wu also knowingly, willingly, maliciously, and fraudulently intercepted court documents and did not allow a Federal Judge to view the legal court documents.

9. Defendant George H.Wu maliciously, and as a form of terrorism and tyranny, makes a mockery of the US Judicial System.

10. Plaintiff submitted over 50 documents to the Federal Court and Defendant Wu and Co-Defendants knowingly, willingly, maliciously, and fraudulently violated Constitutional and Federal laws in regards to Plaintiff's right to seek redress from the government and these documents. This includes Defendant Wu Criminally violating his oath to office in regards to Plaintifff's Informa Pauperis Status, and in regards to Plaintiff invoking US Marshal service on all Defendants, as is required per statute.

11. Plaintiff filed cv 2:20-10292 in November 6, 2020, stamped November 9, 2 020. Plaintiff submitted Informa Pauperis status, and invoked US Marshall Service.

12. From April 2016 through October 5, 2021, Plaintiff has Never been served any documents by any Named Defendant, nor any other person/entity/etc, for any reason, in any way/capacity, for any items, whether related to the lawsuit or any other lawsuit or any other issue. Plaintiff did not, has not, and does not waive any time. Defendants have all failed to meet time requirements, and Plaintiff was Granted Summary Award Judgement With Prejudice against all Defendants. Writ of

Execution was also Ordered to be executed by Defendants Department of Justice and Defendant Downey Chief of Police and Defendant Sheriffs.

13. Defendant Criminal george h. wu and all Co-Defendants ttried to criminally delay the case, and prevent Plaintiff's court testimony, as a Federal RICO crime for all co-defendants to allow RICO cover-ups and RICO fake news by all Criminal Defendants. Plaintiff never waived any time, nor any rights, including any benefits of the law.

14. In March 2016, Defendant Gomez and Co-Defendants attempted to Criminaly serve a fraudulent document on Plaintiff, where in Defenadnt Gomez Criminally Lied on Every single section of the Legal Document and Plaintiff reported this Fraudulent Criminal Knowingly malicious Criminal lies on every single section to Defendant South Gate Police and Defendant Norwalk Court, and Defendant Norwalk Court Dismissed Defendant Gomez' knowingly Fraudulent document with Lies on every single section of it, and  it was Never made valid, nor recorded against Plaintiff. Plaintiff included in the lawsuit Charges against Defendant Gomez for intentionally, knowingly, criminally, and maliciously Lying on court documents as a knowingly malicious fraudulent and Criminal Federal RICO crime for all co-defendants in retaliation of Plaintiff and of Plaintiff's Uncle who is in prison because Defendant Gomez made Fraudulent claims that Plaintiff threatened her using her Uncle, when Plaintiff Had Never, and would never do so, and Defendants Gomez and her Criminal Relatives and Criminal judicial co-workers merely desired to retaliate against Plaintiff and Plaintiff's Uncle. Again, Defendant Norwalk dismissed all of Defendant Gomez' lies and they were never in effect. Afterwards, Defendant Gomez and Co-Defendant criminal police and Co-Defendant criminaly lawyers, attempted to Fraudulent commit crimes with the court file, and removed legal documents, and added Fraudulent documents to file in order to try to knowingly, fraudulently, maliciously, and Criminally decieve the public and any person who viewed the file. Defendant criminal gomez and defendant criminal police including Defendant darren Arakawa, did this during an Internal Affairs Investigation about crimes that Plaintiff had reported that Defenadant criminal police such as Defendant criminal juan gonzalez and defendant criminal arturo macias, and defendant criminal darren arakawa, and all defendant criminal co-defendants, who are related to Defendant gomez, who was a coworker of Defendant criminal lawyers brady mitchell of defendant hoag hospital and defendant gonzalez who is related to Defendant E.vil as a Federal RICO crime for defendants and all co-defendants. Plaintiff notified the Defendant Norwalk

Courthouse, and the clerk alleged that she would correct all of the Fraudulent items and fraudulent information and ommitted information in the file and that Plaintiff could correct it as well. Plaintiff also ordered it to be placed under Seal, which it is currently under Seal by Defendant Norwalk since years prior.

15. Defendant Chris Sawyer, the Supervisor of Defendant Chris Sawyer, Defendant Molly Dwyer, and Defendant Nesbitt all Criminally interfered with Court Documents submitted by Plaintiff, as a Federal RICO crime for all co-Defendants, and in violation of multiple Constitutional and Federal Laws. Defendant supervisor of Defendant Chris Sawyer acted fake nice, but was knowingly, intentionally, maliciously, fraudulently and Criminally corruptly misleading and attempting to corruptly persuaded Plaintiff as a Federal RICO crime, terrorism, Fraud, and multiple other Crimes for All Defnendants and all Co-Defendants. Plaintiff invoked all constiutional rights, and all rights including all benefits of the law, at all times and none were waived ever. Plaintiff also listed on court documents Plaintiff's name as L.M.B and the number of the case without any initials since Plaintiff did not know who the judge was since Defendant wu was criminally disqualified and Plaintiff diid not know previously that the letters represented his and co-defendnat criminal's initials. Plaintiff explicitly told Defendant Chris Sawyer and All-Codefendnats that they wrote an incorrect title of the case of Plaintiff's name and could not write a knowingly  incorrect, fraudulent and criminal rico crime false case number listing defendant criminal wu's name after he had already been disqualifed, and Plaintiff did not knowingly write his initials on any documents, especially on any documents submitted on May 6, 2020 and subsequently which Defendant supervisor committed a Federal RICO crime by attempted to corruptly mislead and corruptly persuade about the title, which Plaintiff did not, and does not, and has never consented to and has never waived any rights nor any benefits and told this to Defendant supervisor and indicated so on any and all court documents. All Defendants Criminally, maliciously, knowingly, willingly, fraudulently, criminally and with Evil intent Corruptly mislead and corruptly persuaded as a knowinglly fraudulent RICO crime with corrupt misleading and corrupt persuasion, which are Federal RICO crimes for all Defendants and Co-Defendants. Plaintiff did not, and has never, waived any Constitutional rights, nor any rights, including benefits of the law, nor waived any time, ever and indicated so on all court documents submitted.

16. Plaintiff compelled Criminal Prosecution of all defendants, which is to be granted to Plaintiff per Equal Protection of the Law clauses.

17. All Defendant Judicial Clerks, Judicial Officers, and Public Officers, have knowingly fraudulently, willingly, and maliciously Lied about Facts on all legal documents, have committed fraud, have Corruptly mislead, corruptly persuaded, created false evidence, tampered with evidence, altered and tampered with court testimony and public testimony, and committed many other Federal RICO crimes on behalf of All Co-Defendants and in violation of Constitutional and US Laws. All Defendants aided, abetted, coerced, compelled and/or participated in this Criminal RICO behavior.

18. Defendant Nesbitt knowingly, willinglly, intentionally, and maliciously and severely Criminally did not submit Supreme Court Documents to the Supreme Court, in extreme Violation of the US Constitution and Federal Laws and US Laws.

19. Defendant Jean P. Rosenbluth, attempted to knowingly, willingly, cirminally, and fraudulently, intercept and Lie about Facts on court documents, which she knew she had no Legal Authority to do and was never Legally authoriezed nor assigned to cv 2:20-10292, since per Federal Statute a magistrate cannot be assigned without consent of all Parties, and Plaintiff never consented, and notified this to the court in writing, and Defendant Rosenbluth was immediately ordered as never assigned to the case and to cease and desist her criminal attempts to intercept, interfere, and fraudulently rule on the case, in order to assist Defendant george h. Wu with and all co-defendants with knowingly violating the US Constitution, Federal Laws, US laws, and Oaths to office, an to Lie about facts on court documents, corruptly mislead, corruptly persuade, delay Plaintiff's court testimony and other illegal crimes, as a Federal Crimes for All Co-Defendants, in violation of the US Constitution, oaths to office, and all US laws, and as a form of domestic and international Terrorism and tyranny.

20. Defendant US Marshall were ordered to serve all documents on all Defendants and have failed to perform their Orders per Federal Statute and US Laws. As a courtesy, Plaintiff provided the court with more than 400 summons to serve all documents on all Defendants. It is a federal crime including federal rico crime, if defendant chris sawyer, defendant george wu, and/or any other judicial officer Criminally blocked the US Marshall service, and it would be a knowing, willing, malicious, fraudulent, criminal federal rico crime, violation of oath, tyrannical act, and terrorist crime

21. Defendant George H. Wu attempted to Criminally, knowingly, maliciously and fraudulently not include Co-Defendants and Charges such as Kidnapping, Assault and Battery, False imprisonment, false arrest, discrimination, Fraud, false police reports, stalking, domestic abuse, domestic violence, coercive control abuse, terrorism, tyranny and multiple other crimes committed by Defendant Gang members in Defendant Arizona and in Defendant California and Internationally.  Defendant George H. Wu did this in malicious disregard for the US Constitution, Civil Rights Laws, Federal Laws, State Laws, and in extreme violation of his oath to office, and as extreme Criminal participation of criminal activity with All Co-Defendants

22. Plaintiff reported all of these crimes to the United States Department of Justice and to the Department of Defense. Civil Rights DOJ Defendant Kristen exhibited Racist Discriminatory behavior against Plaintiff, and all DOJ and Dept of Defense Officials knowingly, willingly, maliciously and fraudulently failed to Perform their duties, failed to perform oversight of all Defendants, failed to protect Plaintiff, and instead assisted with Criminal RICO cover-ups and Criminal Stalking and Harrassment of Plaintiff, and Plaintiff's loved ones such as N.R.M and Plaintiff's Uncle, on behalf of all Co-Defendants including Defendant Criminal Kamala Harris.

23. Defendant Media Corporations and All Co-Defendants have been Criminally assisting Defendants with fake news contrived media to manipulate, brainwash, and desensitive the psychology of the Public, who are potential jury members, as a Federal RICO crime for all Defendants.

24.  Again Plaintiff reiterates, all facts listed in the 610 page single document sworn Court Testimony submitted by Plaintiff on cv 2:20-10292 and docket number 21-55661 and supreme court writ of certeroiri documents. This includes facts on all documents, that Defendant clerks and defendant criminal george h. wu and all co-defendants tried to Criminally not file on the court docket All of these facts, are causing New Harm and New injuries to Plaintiff, and Plaintiff's loved ones.

25. Plaintiff reiterates, all facts listed in all court documents for cv 2:20-10292 and docket number 21-55661 and supreme court documents.  This includes facts on all documents, that Defendant clerks and defendant criminal george h. wu and all co-defendants tried to Criminally not file on the court docket. All of these facts, are causing New Harm and New injuries to Plaintiff, and Plaintiff's loved ones.

26. Plaintiff reiterates All Past and Current Facts filed in the previous 610 page document court testimony, and all other court documents with facts listed, provided to the court since these acts ,continue to cause New harm, New financial loss, and New injuries to Plaintiff, therefore per Federal Laws and the Right to Petition the Government, and Constitutional Laws, Plaintiff retains all rights regarding all continued RICO charges and other acts of harms and claims against all Defendants. Defendant criminal george h.wu has tried to block this Court Testimony from being on a file as a Federal RICO crime, and other crimes, for all Defenadnts. Tnis 610 page single document court testimony, and all other approx 50+ documents submitted to the Court by Plaintiff should be accessible and viewable for case number cv 2:20-10292, and ninth circuit docket 21-55661, and Supreme Court Writ of Certoriari documents, which Defendant Nesbitt and Defendant molly dwyer and multiple other judicial cfficers have been criminally preventing and/or delaying from placing this Court testimony on the record, which is a Federal RICO crime for Defendant Nesbitt and Co-Defendants to not place Plaintiff's Court Testimony on File in the Supreme Court , in the District Court, and in the Ninth Court.

27. It is necessary for the reader of these facts in this 610 page single document court sworn testimony given to the court by Plaintiff, in order to Fully understand full all of the subsequent facts listed here in this document, and their connections to eachother.

28. All Defendants aided, abetted, coerced, compelled and/or participated in the furtherance and/or RICO cover-up of all acts committed.

29. Plaintiff recently discovered that Newly added Defendants were involved in acts of harm listed in the previous lawsuit, which award summary has been granted for.

30. Plaintiff ordered an employment Injunction on Defendant Kaiser Permanente and Defendant Criminal Gang Union to immediate provide Plaintiff with Employment. Plaintiff also ordered immediate Payment of the Granted Award summary to Plaintiff. Defendant Kaiser Permanente, Defendant Criminal Union Gang, and all Co-Defendants remain in Contempt of Court in regards to their payments to Plaintiff.

2741

31.     Defendants Contempt of Court and failure to Pay the Award to Plaintiff has resulted in Plaintiff living Homeless. Plaintiff has University Degrees, and multiple professional licences with no adverse marks. Plaintiff has no valid criminal history,  Plaintiff has never been charged with nor convicted of any crime other than the fraudulent dui as explained in the previous lawsuit, Plaintiff does not use any drugs and only drinks one glass of wine or two beers once or twice in the past entire year. Plaintiff does not have any mental health issues. Plaintiff is homeless and unemployed Solely because of Defendants RICO and Hate crimes against Plaintiff.

32.     Plaintiff grew up on section 8 and welfare. Plaintiff was the first person in her entire family to Graduate from a University.  Plaintiff's career allowed Plaintiff to escape abusive envirnoments and live independently, without having to endure abuse due to financial dependency. Many persons in lower socio economic situations, including foster care, and other other environments are able to escape and become independent through obtaining a career. Plaintiff rode the bus for 3 hours everyday in order to graduate and obtain a Career in Nursing. Plaintiff should not be homeless, and is only homeless due toDefendants contempt of court and Defendant Corporations and Defendant Criminal Gang Unions and All Co-Defendants have maliciously and fraudulently  prevented Plaintiff from obtaining employment in her Career as a Federal RICO crime because Plaintiff reported Defendants for Murder, Lying on Court documents, Fraud, Medicare and Medical Fraud, Time Card Fraud, Attempted Murder, Child Abuse, Stalking Harrassment, and all other Crimes and charges listed on the 610 page single document Court Sworn Testimony Plaintiff previously submitted, which defendant criminal george wu, defendant criminal chris sawyer, defendant criminal chris sawyer's supervisor, and all co-defendants attempted to criminally blocked from being submitted as a Federal RICO crime for all co-defendants. Defendant Corporations also caused Plaintiff's loved one, J.E.H , who was a Foster care female orphan with no family, to risk becoming homeless, and inflicting significant emotional distress onto her, contributing to her act of suicide. Defendants  gave J.E.H a  fraudulent write-up of Fraudulent Harrassing things as a form of Workplace Abuse, Bullying and Harrassment, as a form of Malicious, illegal and Criminal  Constructive discharge, in a similar way, and using similar tactics, to what Defendants have fraudulently and maliciously and criminally used and done to Plaintiff as described in the 610 page court testimony and other court doucments.

33.     Defendants did this also in violation of all Defendants' Non-Profit Organization Statuses. After Plaintiff submitted the court testimony, Defendant Corporations Copied statements that Plaintiff made and Stole these statements as a intellectual

property theft and used them to describe their alleged charities. However, their Actions do not match their words, because Defendants have intentioanlly, knowingly and maliciously caused Plaintiff, who grew up on welfare, and worked to Graduate from a University, and has no adverse marks on any professional licenses, and has endured domestic violence abuse from Defendant Gomez, Defendant E.vil, Defendant Arriaga, All Co-Defendants, her family E.B, and others, to be homeless. Defendants also did this to J.E.H, who was a Foster Care Female, in violation of their fraudulent non-profit charity purposes to allegedly help foster adults, which they created merely as an attempted cover-up after Plaintiff submitted sworn court  testimony against Defendants. Defendants also did this against J.E.H and Plaintiff, in violation of multiple US labor laws, and as Criminal Acts. Defendants did this maliciously, knowingly, and willingly and fraudulently, and Continue to do so indicating Fraud of their non-profit organization Statuses', as Contempt of Court injunction orders and in contempt of the US Constitution  and Federal and other US laws. Defendants malicious behavior towards Plaintiff, shows that Defendants alleged missions on their non-profit and affiliate charities are not Truthful, and require to have their non-profit statuses revoked due to not fulfilling their missions, but rather causing the same exact harm which they fraudulently pretend to seek to relieve. Defendant Freemasons, who are supposed to honor the Book of Ruth about a widowed woman and about her daughter in law, and to honor the Hebrew Bible, have also violated their stated values by aiding, abetting, coercing, compelling, and/or participating, including through omission acts, in causing Plaintift to be homeless.

34.     Plaintiff received an Award from Defendant Company Hospital for Plaintiff being Exemplary of their Stated Mission and Values. However, Defendants themselves do not Honor their Stated Mission and Values, as evidenced by their behavior and lack of justice and Criminal blackballing and Criminal Retaliation and Criminal Racism of Plaintiff as a Federal RICO crime for Co-Defendant Crimnal Union Gang Members and All Co-Defendants.

35.     Defendant Criminal labor Unions do not perform their stated non-profit purposes, but rather perform criminal activity for Defendant billionaire corporations and instead violate the labor rights of employees. Defendant Providence Company Hospitals does not honor nor respect nor represent any of it's stated values, as evidenced by Defendant's criminal and malicious and non-Christ like behavior towards Plaintiff.

36.     Defendant Non-profit organizaions and Defendant billionaire corporations, using their monetary income to fund Criminal activity through Defendant criminal lawyers.and Defendant Criminal public officials and Defendant criminal union leaders and members as Federal RICO Crimes, and other Federal Crimes, against Plaintiff, and against the Public

37.     Defendant Criminal Lawyers have a history and pattern of maliciously causing innocent persons to become homeless simply for requesting Defendnat Criminals to obey US constitution and US laws.

38.     Plaintiff is also homeless due to Defendants failure to pay the award summary granted to Plaintiff with prejudice on the court order for cv 2:20-10292 docket 21-55661, and supreme court writ of certoriari documents, which has never and can never be Legally denied per Constitutional and Federal Statutes.

39.     Defendants have also caused Plaintiff to be homeless as an act of criminal contempt of court violation of the Employment Injunction Orders placed on Defendant Kaiser Permanente and Defendant Criminal Gang Nurse Union to provide Plaintiff with employment until all Defendants pay Plaintiff all items listed in the Order Granting Summary Award to Plaintiff, which the Dept of Justice Was ordered to execute, and all Defendants are knowingly and maliciously failing to execute in violation of the US Constitution and US laws, and as a form of criminal terrorism and tyranny in the United States.

40.     Defendantt in the DOJ and Dept of Defense, Defendant downey chief of police D.Milligan, and Defendant sheriff have also caused Plaintiff to be homlesss by failing to enforce the writ of execution court order for payment from all defendants and failing to protect Plaintiff from defendants criminal acts.

41.     Due to Defendants continued RICO crimes against Plaintiff, Plaintiffff is also currently Homeless due to All of Defendants contempt of court and continued RICO crimes.Plaintiff has not effectively had a livable residence to reside in for approximately one and a half years. Plaintiff told the Defendant Arizona Judge on Camera in January 2021, that Plaintiff did not receive any mail nor notices in Downey. Plaintiff has been homeless, and currently lives inside of a car. Plaintiff has been Essentially homeless without a True actual, habitable, Living residence, since the residential Unit was Uninihabitable throughout this entire case. Plaintiff is even more homeless since Sept 2021, and is currently living inside of a car.

42.     In approx November 2018, Plaintiff notified Defendant KRPM real estate group and Co-Defendants that Plaintiff had three witnesses, Plaintiffs mother, father, and younger sibling, present when Defendant Israel Campos refused to replace the ac and lied to Defendant KRPM and falsely claimed Plaintiff was "rude" when Plaintiff was not. As stated in the

1

2 Affidavit, Defendant Campos was working on behalf of of Defendant Police Union and was not a Real maintenance worker.

3 Defendant Nurse Criminal Gang Union Rep Alicia Nishioka, then began to make indirect references to Defendant Campos and

4 Defendant KRPM pretending that she was seeking to Rent her House to a Traveler Nurse. Plaintiff now realizes that she was

5 committing RICO for Co-Defendnat Police and Co-Defendant KRPM and Co-Defendant Public Health, who failed to cite the

6 Residence for not being up to the State Health Code, and Co-Defendant City of Downey. Defendant KRPM group in concert with

7 all Co-Defendants maliciously retaliated and discriminated agianst Plaintiff by raising only Plaintiff's rent by more than 200

8 dollars, resulting in Plaintiff being forced to move. Plaintiff had a two-bedroom with a balcony and Defendant KRPM raised the

9 rent to almost 1700 dollars per month in 2018., and did not raise it on other tenants including a Co-Defendant Fire officer who

10 was retired, and likely participating in RICO crimes with co-defendnats. At the same time, Defendant Arriaga had a 3 bedroom

11 apartrment with a balcony in the same area, and only paid $1300 per month, and she had obtained the apartment during the same

12 time that Defendants fraudulently and maliciously raised the rent as a form of retaliation. Defendant Downey and all co-

13 defendants participated in the crime as explained furhter in the 610 page court testimony. Defendant crimnal police and fire gang

14 members and co-defendant criminal lawyers then conspired with defendant city of downey to attempt a fraudulent RICO cover-up

15 by staging a false protest using actors of Defendant criminal gang union protesting rent, which was merely staged as a form of

16 RICO Cover-up for Defendants and co-defendants, and not a true judicial act. Defendants then conspired with E.B, as they had

17 been since contacting her in 2016, as a Federal RICO Crime. E.B began to Knowinlgy, Fraudulently, and maliciously defame

18 Plaintiff to the Three Witnesses who were Present to attest to the fact that Defendant Israel Campos, on behalf of Co-Defendant

19 Police and All Co-Defendants was Lying and Plaintiff was not rude to him  and they were witnesses and present. E.B began to

20 stage Fraudulent fake scenes for Co-Defendants as a conspired RICO crime with All Defendants inside of Plaintiff's family

21 residence when these Witnesses would arrive to the house. For example, E.B would start yelling at Plaintiff without cause, saying

22 Fraudulent things that did not occur and did not happen, when she saw Plaintiff's father, mother, and/or younger sibling walking

23 up the doorway path. When the person would enter the home, E.B would be Yelling Fraudulentl defamatory things in order to

24 Fraudulently make the persons think False things about Plaintiff that did not actually occur, as a form of knowingly, malicious,

25 defamation and RICO crime to alter their court testimony's about Plaintiff. E.B would then further Fraudulently, and knowingly

26 defame Plaintiff to these witnesses when Plaintiff was not present, telling them false stories about Plaintiff, as a conspired Federal

27
28

1
2 RICO crime for Defendants  in order to fraudulently alter the Court Testimony of these Witnesses against Defendant KRPM and
3 all co-Defendants through defamation, manipulation, false stories, etc.. E.B now works for Defendant lausd and Defendant utla
4 and did this again recently as a criminal favor for Defendants. Plaintiff  was  having a normal conversation with her mother, and
5 told her that if  a teacher cut the hair of a student after the parent told her not to, that parent would get super upsett. E.B was
6 wearing an Ear piece and had a Defendant Lausd laptop open. E.B began to nonsensically and fraudulently yell, as a RICO fake
7 staged scene, "why are you so rude," because Plaintiff said, in a normal conversation, non arguing conversation,  that if a teacher
8 cut the hair of a student after the parent told her not to, that parent would be super upset. Plaintiff pointed out that E.B was staging
9 a false Defamatory scene for Defendants  lausd and defendant utla. Two days later, Defendants conspired to release a media news
10 story about a parent suing a school because the teacher, who was a beautician salon worker, cut a students hair without the
11 parent's permission. Defendants did thisbecause of what Plaintiff had said in order to try to justify the fraudulent staged scene that
12 E.B had Criminally  and fraudulently performed for Defendants. Plaintiff emailed the DOJ about this, and then Defendants Media
13 Corporations changed the wordings used in their news articles, to  cover-up for what Defendants were doing. E.B has a friend,
14 L.R., who is dating a Celebrity Publicist he met through Defendants of this lawsuit. They moved to Michigan which is were
15 Defendant Multi-State Gang member Unions made the fake news story, to try to pretend that it was not connected to Defendants,
16 when it is and is connected to Defendnats multi-state Criminal Gang Ring.  Defendants have been knowingly, willingly,
17 maliciously, and Fraudulently defaming Plaintiff to all persons around Plaintiff, including to these three Witnesses in order to
18 fraudulently manipulate and brainwash alter their testimony about Plaintiff's character against Defendants as a Federal RICO
19 crime. As stated in the affidavit, Plaintiff has always been in an abusive  environment in her family residence, and this
20 predisposed them to being susceptible to the lies and staged fraudulent defamation about Plaintiff committed by E.B as a Federal
21 RICO crime on behalf of all Defendants. After leaving the house, Plaintiff forgot her purse and E.B was present. When Plaintiff
22 returned to retreive her purse, Plaintiff noticed that E.B, who works for Defendant Lausd, defendant utla and dates Co-Defendant
23 crimnal police and fire officers, had Criminally broken into Plaintiff's purse. Plaintiff had a phone device that was not connected
24 and Plaintiff had bought a phone card to use, but had not activated it. Plaintiff had never used the phone. Plaintiff saw that E.B
25 and/or a third party had made a phone call on the device even though it was not connect and not active and there was no sim card
26 with it. The phone call was to a Defendant Crimnal hacker and had the number "3235451080" Defendant Criminal Union Gang
27
28

use this phone number ending in 1080. Defendants crimnally broke into Plaintif's closed purse and attempted in order to continue to m,aliciouslhy and Criminally outside of their legal scope attempt to stalk and hack and fraduloently set Plaintiff up when they have No legal authority to touch nor hack nor access anything associated with Plaintiff, and defendants did this in violation of the restraining order and injunction orders against them. The phone was not activated and had no sim card, and Plaintiff had barely obtained the phone and had never used it before, yet defendants Made a knowingly fraudulent malicious Fake phone call on it, using an unknown Criminal hacker device. Plaintiff stated verbally that E.B had committed a crime, and then Plaintiff's father began to talk about Plaintiff's younger sibling allegedly hanging out with some Unknown stranger named "tanya" Plaintiff has never met, never encountered, nor ever spoken to any pereson named "tanya" and Plaintiff has never known any person named "tanya" to exist. Plaintiff told this to him, and he insinuated that this person tanya was a Defendant Criminal hacker maliciously stalking plaintiff and fraudulently defaming Plaintiff to her younger sibling and family just like Defendant Gabriel Moreno and All Co-Defendant Criminals and Criminal Hackers have done who associate with the Criminal E.B. Plaintiff has no idea who any "tanya" is and believes she is probably a Defendant Crimnal Gang Union member, Criminally  and illegally stalking Plaintiff and fraudulently defaming Plaintiff and trying to Fraudulently set Plaintiff up in collusion with the Criminal E.B. E.B also previously knowingly, Fraudulently, and maliciously defamed Plaintiff to persons on behalf of Defendant Gomez and Defendant Police in 2016, as mentioned in the 610 page court testimony. Defendant Criminal Unions and DOJ and Possibly Defendant  Criminal Navy Members  have been continuing to Criminally Gang-Stalk and Harrass Plaintiff, utilizing E.B and other persons, in violation of the Restraining Orders against them, and have made it intolerable to  reside in an Abusive enviorment. After stating this to Defendants, Defendants then conspired to try to make persons Act Fake polite and Fake Nice to Fraudulently Pretend they are not Abusive towards Plaintiff,.

143.      However, as stated Plaintiff's family has always mistreated Plaintiff growing up after Plaintiff's Grandmother died, and Plaintiff's father transferred his anger onto Plaintiff. Plaintiff's father has always spoiled E.B.  Plaintiff's mother will do and say anything that Plaintiff's father tells her to do and say, even when she does not agree, and/or she knows that it is not truthful. However, Plaintiff's father does pray for forgiveness from Christ. Plaintiff stated in the court testimony that when Plaintiff was a child, Plaintiff 's father would ask  Plaintiff if she would choose him or Jesus if the apocalypse occurred. Since he is a Christian, Plaintiff is glad that Plaintiff does not  have to choose between her Earthly dad and Christ, because her earthly dad also believes

1

2 in Christ so her Earthly father would be saved during the apocalypse and Plaintiff would not have to choose.  Despite his

3 knowingly, fraudulent, and malicious Sins and Lies, Plaintiff is not suing anybody in her family for harms they have done, and

4 continue to do,some of which is done as RICO Crimes for Defendants. Plaintiff is suing Defendants for times when they have

5 utilized psychology tools of brainwashing, manipulation, threats and/or bribes, against Plaintiff's family  as RICO crimes of

6 fraudulently  altering and changing Court Testimony of Witnesses for Defendant KRPM real estate group, Defendant lausd,

7 Defendant utla criminal gang union, Defendant criminal police criminal gang unions, Defendant criminal fire departments,

8 Defendant criminal nurses, and all Co-Defendants, etc.

9 44.      Defendants also commited RICO criminal altering of court testimony and stalking  by Defendant Crimnal Police using a

10 third party Actor, as a criminal and illegal and malicious trap, Gabriel Moreno,  to stalk Plaintiff's younger sibling, who was a

11 Witness against Defendants, while at work, and sent this criminal male to date her on behalf of Defendant Police in order to

12 Fraudulently Defame Plaintiff to her and to criminally alter her court testimony to and about Plaintiff to Defendant police and co-

13 Defendants of this lawsuit. Defendants also used him to criminally stalk, harrass, defame etcPlaintiff and her family, and

14 witnesses as a Federal RICO crime for defendants, and to Criminally inflict emotional distress onto Plaintifff for Defendants and

15 all co-defendants. Plaintiff has evidence to prove this.

16 45.      As stated in the court  testimony 610 page document, Plaintiff has mostly lived on her own, with minimal contact with

17 her family due to her family's abusive conduct. Plaintiff is aware that they have been acting fake nice to Plaintiff, as a RICO favor

18 for Defendants in order to try to fraudulently present themselves in a fraudulent way on Fraudulent Defendant police Fraudulent

19 records as a Federal RICO crime of Fake evidence and Falsely altered court testimony. Plaintiff has much more evidence besides

20 this, but it is not necessary to write at this time, as it would result in another 100 pages of evidence that has occurred, some of

21 which Plaintiff has sent multiple  emails to the DOJ and Dept of Defense about Defendatnt Criminal Gang Unions Police and

22 Defendant Criminal Gang Union Nurses, and Defendant Criminal gang utla, and defendant criminal lawyers, and all Co-

23 Defendants. Plaintiff is not suing her family, since they are also likely victims of Defendants Federal RICO Corrupt misleading,

24 corrupt persuading, false storylines, life threats, financial threats, fraudulent  use of their Badges,  RICO bribes,  terrorism,

25 tyranny, etc. etc

26

27 41

46.     As a pre-planned, pre-meditaed, conspired act with All Co-Defendants, Defendants in Arizona Kidnapped, falsely imprisoned, held Plaintiff hostage inside of a cage for a ransom, Knowingly and maliciously Lied about Facts on all Legal documents, Corruptly mislead, corruptly persuaded, and committed multiple other RICO crimes against Plaintiff in concert and participation of All other Co-Defendants in order to try to fraudulently Defame, Stalk, Harrass, Maliciously and Fraudulently prosecute, and all other crimes listed

47.     Plaintiff was never arraigned nor charged with any crimes in Defendant Arizona. Defendants began to knowingly, willinglly, maliciously, and fraudulently Create Fake and Fraudulent documents about Plaintiff in order to try to Fraudulently and falsely and maliciously Fraudulently prosecute Plaintiff, as a RICO Crime and other Crimes with All Co-Defendants. It was ordered with the Court for Defendants to Cease and Desist. Defendant Criminal george h. wu attempted to Criminally and maliciously aid,abet, coerce, compel Defendants crimes against Plaintiff, as a Federal RICO crime in exchange for a bribe and as part of Defendant's Criminal Gang activities to try to Criminally prevent Plaintiff from filing the charges against Defendant Arizona in cv 2:20-10292, however Defendant Criminal george h. wu had No legal authority to do so, since he had already been disqualifie d from the case, and added as a Defendant.

48.     Defendants City of Downey Courthouse also Committed Federal RICO Crimes Knowingly, fraudulently, and Maliciously for all Co-Defendants. Defendant Union Gang Member for Defendant Criminal Gang Union Police and Defendant Nurse Criminal Gang Union stalked and harrassed and made a staged scene inside of a store in Defendant Norwalk. Plaintiff audio and video recorded the incident. This Defendant Union Gang Member then had Defendant Downey Police fraudulently pull Plaintiff over without cause, as a pre-planned and pre-meditated conspired act with all Co-Defendants. Defendants in Arizona also committed their kidnapping, refusal to arraign, Fraud, and other violations as Pre-planned, pre-meditated, Criminal Gang Activity for Co-Defendant Criminal Gang Union Members. Defendants in Arizona even verbally made references to Defendant South Gate Criminal Police, Defendant E.Vil, Defendant Arriaga, Defendant Kristin Frantz, Defendant Nurses, and All Co-Defendants while performing their illegal and criminal and malicious acts. Plaintiff invoked all Constitutional Rights and alll Rights including benefits of the law, and none were waived ever, including no time waived. Defendant Downey courthouse then committed a Federal RICO crime for Co-Defendants and refused to arraign and/or perform any due Process for the fraudulent citation Defendant Downey criminal gang police issued. Defendant

downey court did this as RICO crime and in extreme violation of US laws for all Co-Defendants. It was Ordered by the Court for All Defendants in All cities, states, counties, and all arenas to Cease and Desist all of their knowingly, willingly, fraudulent, and Malicious Prosecution of Plaintiff. Plaintiff invoked all Constitutional Rights at all Times and all rights, including all benefits of the law and None were waived ever,  Arizona and Defendants in Downey and All Co-Defendants were Ordered to Cease and Desist their Fraudulent and malicious prosecution of Plaintiff, and to remove as though they never existed all Fraudulent Records that Defendants Criminally, knowingly fraudulently, and maliciously attempted to Fraudulently create against Plaintiff

49.     Plaintiff reiterates again all 1317 and 1 through 135 Facts in the 610 page Court Testimony single document, and all 1565 numbered paragraphs, and all non-numbered paragraphs, andl all facts on all documents that Plaintiff submitted to the court that defendant criminal george h.wu and all co-defendants have Criminally tried to block from being filed on the record as a Federal RICO crime to prevent/delay/alter Plaintiff's Sworn Court Testimony against All Defendants

50.     Defendants have nothing valid to accuse Plaintiff of, so Defendants resort to focusing on nonsensical issues that they have no evidence of, by making false claims and a false storyline with Defendant gomez, defendant arriaga, Plaintiff's family, to try to fraudulently and maliciously knowingly fraudulently defame Plaintiff, and shift focus away from the fact that Defendants commited federal false claim violations, financial fraud, time card fraud, murder, attempted murder, child abuse, and all other charges and all other crimes listed in the sworn court testimony and other court documents.  Defendants resort to petty, non-criminal things and false claims of acts, that Defendants know that Plaintiff has never commited and defendants also try to fraudulently stage false incidences in 2021, to cover up as a Federal RICO crime for the false claims of acts that defendants knowingly fraudulently and maliciously attempted to fraudulently accuse Plaintiff of. It has been ordered for Defendants to cease and desist these criminal RICO tactics, and Const itutional violations and victim of crime rights violations, and Defendants remain in contempt of court orders and their requirement to cease and desist any and all stalking, harrassment, prosecution, because it is malicious and knowingly fraudulent, and all other acts of harm against Plaintiff, N.R.M, Plaintiff's Uncle, Louis James Romero, and any and all of Plaintiff's loved ones.

51.     Defendants continue to harrass, and maliciously stalk Plaintiff 24/7, in order to try to create falsified and contrived evidence for all Defendants and all Co-Defendants. Defendants also continue 24/7 to try to maliciously provoke a response from Plaintiff in

order try to Fraudulently use it against Plaintiff when for the past 7 years, Defendants have No evidence of any harm nor any crime nor any emotional reaction committed by Plaintiff, which is also not illegal for Plaintiff to have  All human emotions. In 2021, Defendants still continue to try to intentionally, willingly, and maliciously harrass and inflict emotional distress onto Plaintiff, in the hopes that they can obtain a reaction from Plaintiff, and then Defendants want to knowingly fraudulently and malicously use it as Fraudulent and False evidence against Plaintiff's character with Co-Defendant Media, when Plaintiff has Never been Rude, nor hostile while at Work, Ever, nor rude nor hostile to Any Defendant other than the Self-Defense against Defendant Gomez when Defendant Gomez attempted Murder against and constantly, maliciously, and in violation of YHVH's laws about Plaintiff and N.R.M's marriage, harrassed, stalked, defamed, and multiple other crimes against  Plaintiff. T his self-defense was, and is, legal; while Defendant Gomez' acts were not, and are not, legal. Plaintiff has never been convicted nor charged with any criminal activity through all relevant times of the lawsuit. Defendants continue to violate Approx 20 Restraining Orders, including all of the ones in the Court Affidavits submitted, and including Eleven Separate Restraining Orders and Injunctions against Defendants, and any person acting in concert with Defendants. Defendants do this in Contempt for Court, contempt for the US Constitution, US Laws, and as Federal RICO crimes, Criminal Gang-Stalking in violation of the Restraining Orders, etc. Defendantscontinue to maliciously and intentionally inflict so much severe distress onto Plaintiff, to try to provoke a response in 2021 from Plaintiff, in order to Fraudulently use it as false evidence about Plaintiff regarding years Prior, when All Defendants know that Plaintiff has Never been rude, nor hostile to Anybody at Work,  and Defendants have No evidence of Plaintiff ever having a hostile/rude reaction for all pertinent years against Any Defendants Co-Workers, nor any Defendant, nor any person whatsoever,  in Plaintiff's Professional Capacity from 2014 through Current. Plaintiff does have the Right to All Human Emotions, and Defendants have No Right, nor Authority to maliciously, and Coercively abuse and control Plaintiff's Humanity, especially outside of the workplace..  Defendants commit Domestic Abuse and Criminal Coercive Control 24/7 against Plaintiff including treating Plaintiff like if she is not a Human Being, with the ability to stand up for herself and for what is right, without Fraudulently being called "rude" when Plaintiff is NOT being rude nor hostile in any way and Plaintiff is always calm and polite in all professional settings, even when standing up for herself, though Plaintiff has the right to be Human and Defendants cannot Coercively abuse and try to defame and fraudulently harrass Plaintff and treat her as thought she cannot be a Human Being. Defendants have No evidence of Plaintiff ever being rude in any of her Professional Capacities in all relevant years. So in this year, 2021, while Plaintiff is unemployed, Defendants are constantly trying to Fraudulently

1
2  set Plaintiff up and provoke Plaintiff in 2021, in order to fraudulently defame her for past years prior, which Defendants have No
3  evidence of Plaintiff ever being rude nor hostile towards Any Defendant in Plaintiff's Professional Capacity. Plaintiff always acted
4  Professional at work, while Defendants assaulted Plaintiff multiple times, and All Defendants were rude and hostile to Plaintiff,
5  without any correction towards them so Defendant Criminal Racist Corporations and Co-Defendants are trying to knowingly
6  fraudulently provoke Plaintiff, outside of work, in 2021, in order to Create Fake Evidence in 2021 to Fraudulently use against
7  Plaintiff, when Defendants have No evidence from any years prior of all years relevant to this case. Defendants possibly desire to
8  fraudulently back-date false contrived staged evidence as well, as they have done in the past.  As stated in the affidavit, all
9  Defendants Fraudulently stated that Plaintiff was rude as a way to claim that this allowed them to violate multiple laws, frauudlently
10 cover-up for themselves for their crimes, and commit multiple Federal RICO crimes, domestic abuse, fraudulent defamation and
11 other crimes against Plaintiff, when Plaintiff was never rude, and it is evidenced by Multiple Recorded Phone calls with Defendants.
12 For example, Defendant Department of Public Health fraudulent called Plaintiff rude, and the Recorded Phone Call shows that
13 Defendant DPH was Rude, and was Lying about Facts, and Plaintiff was calm the whole time. Recorded phone call with Defendant
14 South Gate Police where Defendants falsely called Plaintiff rude, because they did not want to document cirmes and facts about Co-
15 Defendant Gomez's Criminal behavior and that Defendant Gomez is a Pathological liar, because Defendant Gomez and Defendant
16 South Gate Police were acting as a conspired as a Federal RICO gang crime for co-defendants Criminal Lawyers of Defendant Hoag
17 Hospital, but the recorded phone call shows How Plaintiff as not being rude, but Defendant Police being rude while at the same time
18 they falsely called Plaintiff "rude" simply as a form of cover-up. Plaintiff believes Defendants want to obtain a recording of Plaintiff
19 actually upset and then Fraudulently use it to pretend it occurred during their call, as a form of Knowingly Fake Falsified Evidence as
20 a Federal RICO crime, when Defendants know it Did Not Occur during calls with any Defendants. Another example, is during  A
21 recorded phone call with Defendant KRPM where Defendant Criminal Liar Kristina Koukladas falsely called Plaintiff rude, shows
22 Defendant krpm as being rude, and Plaintiff was calm the whole time. A recorded video footage with Defendant Cushman and
23 Wakefield where a neighbor calls Plaintiff a "bitch" and threatens to hit Plaintiff in concert with Defendants of the lawsuit, in
24 violation of the restraining order, and then Defendants fraudulently sent Plaintiff a notice saying Plaintiff was "rude" shows in the
25 Video recording that Plaintiff was not rude, but rather Defendants were rude. Defendants knowingly fraudulently and maliciously
26 defamed, and continue to defame, Plaintiff to multiple third parties. Therefore Defendants are now trying to Maliciously,
2741

1

2   intentionally, knowingly, and fraudulently provoke Plaintiff in 2021, in order to try to make knowingly Fraudulent evidence,

3   knowingly fraudulent and malicious defamation, and to try to knowingly fraudulently set Plaintiff up, after the Lawsuit has already

4   been Ordered Granted Awarded s\ummary to Plaintiff with Prejudice.

5   52.      Defendants continue to use Defendant Gomez to fraudulently and maliciously distract from Defendants commiting murder,

6   attempted murder, child abuse, defamation, and all other crimes against Plaintiff and against Patients while inside of the worplace of

7   the Hospital and all other acts by All Defendants, including the release of the bioweapon covid-19 onto the public, corruptly

8   misleading and corruptly persuading that public as RICO crimes with Co-Defendant public officals and Co-Defendant media

9   corporations.

10

11   53.      In regards to Defendant Gomez, Plaintiff uses the word "whore" to be defined to mean a female who flirts and has sexual

12   relations with men who they know are in a relationship with someone else

13   54.      Defendant Gomez and Defendant Arriaga are both whores based on this definition. Defendants both have intermittent Herpes

14   sores on their mouths, which they attempt to hide and cover with make-up placing persons at risk for STDs while hiding that they

15   have an STD. Thankfully, Plaintiff does not have any STDs.

16

17   55.      Defendant xiomara selene gomez dob 7/16/1990, criminally stalked, defamed, harrassed, attempted Murder of Plaintiff,

18   attempted Murder of N.R.M, committed child abuse against her son, Criminally made multiple men commit crimes for Defendant

19   Gomez and attempt to murder and kill Plaintiff on multiple  occassions vandalized Plaintiff's car 6 times,  made racists remarks about

20   Plaitniff and Plaintiff's family, including telling Plaintiff to be "less black" because Plaintiff has family who are Black, stalked

21   Plaintiff at work, hacked into Plaintiff's email, social media, and multiple other accounts, fraudulently pretended to be Plaintiff, and

22   faudulently and maliciously pretended to be other persons, such as N.R.M to Plaintiff. Plaintiff filed a Restraining Order against

23   Defendant Gomez in 2016, which was approved for her to stay 100 yards away from Plaintiff. Plaintiff was living in Defendant City

24   of South Gate, and Defendant Gomez violated this restraining order multiple times. Defendant Gomez sent multiple men to try to kill

25   Plaintiff using Defendant Gomez' vehicle, on social media, via telephone, and while Plaintiff was at work. Defendant Gomez

26   knowingly, willingly, maliciously, and fraudulently, filed multiple knowingly fraudulent police reports utilizing Defendant Gomez'

2741

1

2  Criminal Relatives who work for Defendant police departments and her Defendant criminal Billionaire lawyer coworkers such as

3  Defendant brady mitchell. Defendant Gomez also knowingly, willinglyl maliciously, and fraudulently filed multiple other Fraudulent

4  court documents, and Lies about Facts on Every single section of all Documents. All Co-Defendants aided, abetted, coerced,

5  compelled and/or participated in Defendant Gomez's psychotic, evil and malicious Stalking and Harrassment and knowingly

6  Fraudulent defamation, with Pathological lying about Plaintiff to all Co-Defendants and multiple third parties and all persons in

7  Plaintiff's life. Defendant Gomez threatened to kill plaintiff with a Shotgun, and hit Plaintiff in her abdomen with the front end of the

8  shotgun barrel. Defendant Gomez vandalized Plaintiff's car 6 times. Defendant Gomez sent a man who was high on meth to try to

9  Stab Plaintiff with an illegal Switchblade. Defendant Gomez stalked, hacked and criminally obsessively monitored Plaintiff's

10  activities 24/7 with the criminal cooperation of all Co-Defendants. Defendant Gomez defamaed Plaintiff to all Co-Defendants and

11  tried to eviscerate Plaintiff's career as a knowingly malicious hate crime along with all co-defendants. Defendant Gomez also worked

12  in a facility, Defendant Lopez and Associates that printed Legal Records and Medical records such as birth records, death records,

13  marriage records, etc. Defendant Gomez knowingly, willingly, fraudulently, maliciously with evil intent  knowingly, Criminally,

14  Fraudulent Legal and medical records, and lied about facts. Defendants also knowingly committed fraudulent divorce records when

15  there was never any marriage, and it was fraudulently made and the document was not legally stamped nor legally filed. After

16  reporting this to the Court, Defendant Criminals all consipired as a Federal RICO crime to try to fraudulently make evidence, and

17  Fraudulently use hollywood equipment for Defendant criminal lawyers, who Defendant Gomez worked for, and Defendant CAA

18  criminal gang union, that shares an office with the Labor Union that supplies N.R.M with job locations for Defendant lausd and

19  Defendant criminal gang utla, and coercively controls N.R.M through Life threatening threats including making him unemployed like

20  Plaintiff is, and/or falsely imprisoning him, which Defendants use their hollywood connections to try Criminally making staged and

21  fake Evidence that Never actually occurred and did not exist, but for Defendants attempting to Fraudulently cover-up for their crimes

22  Plaintiff tsubmitted court testimony about, by commiting more Federal RICO fake evidence crimes, with Defendant criminal george

23  h. wu criminally delaying the case to give Defendant Criminals time to try to do so, while also Maliciously and coerciviely abusing

24  and controlling and threatening the life of N.R.M and criminally preventing him from contacting Plaintiff, and then Defendnat

25  criminals fraudulently pretending to be him. This also include Defendant Gomez and All Co-Defendants knowingly and maliciously

26

2741

1
and fraudulently, with evil malicious intent, lying about facts, and other fraudulent legal records. All co-defendants aided, abetted,
2
coerced, compelled and/or participated in these criminal acts with evil malicious intent against Plaintiff.
3

4  56.     Plaintiff has evidence that All Defendants Gang Unions and Defendant Lawyers and Defendant Police and All Co-Defendants
5  obtained Copies of All Court Records, even items that Defendant Criiminal george h wu tried to fraudulently and Criminally not
6  upload, and Defendants made Fake news and fraudulent RICO cover-ups of all court documents.
7

57.     Defendant E.Vil, Defendant L.R, Defendant G.G and Defendant Morales, Defendant Gomez and Defendant Arriaga, and all
8
co-Defendants conspired to have Plaintiff raped and also sexually assaulted on multiple occassions, and then fraudulently defamed by
9
Defendants. Plaintiff also worries that Defendants placed videos of Plaintiff on the dark web without Plaintiff's consent, but Plaintiff
10
does not know if they did  or not.
11

12  58.     Defendant Gomez and Defendant Arriaga, Criminally incited Defendant G.G and Defendant Morales and other Men to
13  commit battery, assault, rape, defamation, stalking, coercive abuse control, defamation, hacking and other malicious crimes against
14  Plaintiff, including conspiring with Defendants to fraudulently and maliciously try to cause Plaintiff to lose her career and marriage,
15  which Defendants were jealous of Plaintiff obtaining.
16

17  59.     Defendant Gomez and All Co-Defendants threatened to Kill N.R.M and/or knowingly frauudently imprison him if he spoke
18  to Plaintiff. Defendants did this with evil intent to inflict emotional distress onto Plaintiff, knowing that Plaintiff and N.R.M were in
19  love with eachother.

20  60.     N.R.M has stated that he has Never been in a relationship with Defendant Gomez nor with Defendant Arriaga. As events
21  were occuring, N.R.M denied any sexual relationship nor any intimate contact with Defendants throughout the entire time of all years
22  relevant to this case.  In 2020, after Defendants fraudulently defamed Plaintif to N.R.M and Fraudulently told him that Plaintiff
23  cheated on him, when Plaintiff did not, and has never, and would never cheat on him, or anyone, N.R.M for the first time Ever, stated
24  that he had a One-Night Stand with Defendant Gomez, in years prior, and that he  regretted it immensely. N.R.M stated that he was
25  Never in a relationship with her, and it was a One-Night Stand while N.R.M was high on methamphetamines. N.R.M was high on
26

2741

1

2   methamphetamine and had sex only One time with Defendant Gomez, and said that he did not enjoy it, and he hated it and regretted

3   it, and N.R.M Never liked her. In approx 2017, N.R.M stated that when he was high on meth, Defendant Gomez tried to seduce him

4   but N.R.M did not like how Defendant Gomez looked naked, because he said she had No womanly body parts, and it made him

5   appreciate Plaintiff even more, and he told Plaitniff he did not have any sexual relations with Defendant Gomez. N.R.M told Plaintiff

6   that he said this bluntly, straight out, to Defendant Gomez. Defendant Gomez got mad and had N.R.M falsely arrested because

7   N.R.M  did not want to have sex with Defendant Gomez.. Whenever Defendant Gomez would attempt to harrass, lie, trick, deceive

8   Plaintiff to fraudulently cause conflict between Plaintiff and N.R.M, Plaintiff would Remind Defendant Gomez of what N.R.M said

9   about her. Because of this, Defendant Gomez, Defendant Police and Co-Defendants began to attempt to create a False Storyline in

10  Retalitionfor N.R.M not liking Defendant Gomez and to try to Fraudulently and maliciously make False evidence because Plaintiff

11  reported Defendant Gomez and Defendant Police for Criminal Activity, because Defendant Gomez, Defendant E.Vil and all Co-

12  Defendants hated that N.R.M loved Plaintiff. N.R.M told Plaintiff Defendants were forcing N.R.M to say things he did not want to

13  say in order to make Fake evidence and harrassment against Plaintiff, asCriminal Federal Retaliation for Plaintiff reporting

14  Defendants for murder, attempted murder, child abuse, etc. N.R.M whispered to Plaintiff, and/or tell Plaintiff orally, that Defendant

15  Criminal Police, who are Relatives of Defendant Gomez, were the ones who sent Plaintiff insulting things and/or forced N.R.M to

16  say things tht he did not think/feel/mean, nor want to say. As explained in the 610 page court testimony, N.R.M was controlled on

17  how and when and what he could speak to Plaintiff, due to Death threats and false imprisonment threats against him by Defendant

18  Police and Defendant Gomez, and Defendant Corporations, and Co-Defendants, who Plaintiff had reported for Murder, attempted

19  murder, Fraud, etc, so that Defendant Criminal Police could falsely set-up Plainitff in order for themselves to not be charged with

20  Murder, attempted murder, Fraud, etc. Defendants did this as retaliation because of what N.R.M had told Defendant Gomez, and

21  Defendant Criminals have to try to maliciously Retaliate and create Fraudulent and Fake evidence of the opposite of what Actually

22  occurred as Federal RICO crime fraudulent cover-up purposes. Throughout all Relevant times, N.R.M never had any problem with

23  Plaintiff, and only stated that he was not attracted to Defendatn Gomez, but Defendants wanted to try to make a fake storyline and to

24  retaliate and inflict emotional distress onto Plaintiff and to attempt to fraudulently embarrass Plaintiff fraudulently and criminally as

25  retaliation because N.R.M did not like, and was not attracted to, and did not want to have sex with Defendant Gomez. Plaintiff herself

26  cared about her own weight, but even when Plaintiff gained weight, Plaintiff and N.R.M talked about it, and N.R.M did not have any

27

issue with Plaintiff's weight Gain, and wanted to still be together. Defendants tried to knowingly and maliciously make a Fake and False storyline for Defendant Police and Co-Defendants because of what N.R.M had told Defendant Gomez when he saw her naked and he told her that it made him like Plaintiff even more. Plaintiff had reminded Defendant Gomez what N.R.M said about her, and Defendants like to make fake and false storylines about everything of the Truth that Plaintiff charges them with. Defendants criminally hacked into N.R.M's and Plaintiff's and other phones and.or used their own phones to criminally pretend to be N.R.M when it was not N.R.M and criminally and fraudulently pretend to be Plaintiff, when it was not Plaintiff in order to try to fraudulently set up Plaintiff and/or N.R.M and/or to create a False storylines and false perception and fake fraudulent malicious evidence and fake fraudulent and malicious  infliction of emotional distress onto Plaintiff and/or N.R.M and/or other parties and knowingly fraudulent and malicious defamation of Plaintiff, and/or N.R.M and/or other parties, and to fraudulently and maliciously cause fraudulent conflict between Plaintiff and/or N.R.M and/or other persons as intentional malicious infliction of emotional distress and intentional malicious and fraudulent attempts at knowingly fake evidence against Plaintiff and/or N.R.M in order  for Defendants to fraudulently and criminally use fraudulent color of law as a Federal RICO crime to cover up murder, attempted murder, child abuse, criminal pornography, and all other crimes committed by Defendant Gomez, Defendant Arriaga, Defendant Gomez' Criminal relatives, and all Criminal Defendants and All Criminal Co-Defendants

61.     In august 2021, Plaintiff discovered that her apartment had been broken into and fraudulent evidence was attempted to be placed/created by Defendants Criminals. There was a phone that did not belong to Plaintiff, and it was active with Defendant Metro PCS, and Plaintiff never paid for the phone to be active. The sim card information, did not have real imei  numbers, but instead said "GusG" as the phone infomration, indicating that Defendant Gustavo Gomez(G.G) had hacked the phone and it belonged to him, not to Plaintiff. The phone number listed was the number associated with Plaintiff's instagram from 5  years prior, that Plaintiff had never used for any purpose in any way, and the number was deactivated approx 5 years prior and was never used for anything by Plaintiff. Plaintiff realized that Defendant Gomez and Co-Defendants were trying to fraudulently set Plaintiff up as a RICO crime, and that Defendants had probably been fraudulently using this number along with Defendant Metro PCS the entire time to try to Falsely set Plaitniff up. Defendants slipped up due to their Serial Killer-Type of Mentalities and forgot to remove GusG identification information and forgot to place a real imei and real phone information, not fraudulent hacker information. Plaintiff emailed the

1

2 Department of Justice of the United States about this Criminal behavior and fraudulent attempts to Fraudulently set up Plaintiff by

3 Defendants, and their criminal break-in of Plaintiff's apartment.

4 62.    N.R.M cheated as a one night stand, but was never in any Relationship with Defendant xiomara selene gomez, nor with

5 Defendant Arriaga. Defendants are just whores who wanted to harrass and defame and make fraudulent evidence and a fraudulent

6 storyline in exchange for a bribe from Co-Defendant Criminal Hospital Corporations and Co-Defendant criminal Union Gang

7 Members who murdered multiple civilians. Defendants coercively and maliciously controlled N.R.M and his with Plaintiff in order

8 for Defendants to atttempt to make a knowingly fraudulent storyline  for all Criminal co-defendants criminal police and all co-

9 defendants who are all guilty of murder, attempted murder, child abuse, and other crimes which Defendants did not want Plaintiff to

10 testify against them about.

11

12 63.    P.laintiff and N.R.M got married in the eyes of YHVH after romantically dating for many years prior which all Defendants

13 were knowingly aware of, including Defendant whore Arriaga. N.R.M and Plaintiff Conceived a Baby together, however N.R.M

14 wanted Plaintiff to get an abortion, so Plaintiff did. After the abortion, Plaintiff became depressed and regretful about it. N.R.M

15 agreed to have a child again with Plaintiff and to not abort the child.    In 2015, N.R.M renewed his marriage vows to Plaintiff, and

16 designed a Marriage Tattoo for him and Plaintiff. After the marriage tattoos,, N.R.M never issued a statement of divorce or breakup to

17 Plaintiff, and never told Plaintiff that he did not want to be together, but rather Consistently stated that he loved Plaintiff, he wanted

18 to stay with Plaintiff, he did not like nor was attracted to Defendant Gomez nor anyone else, and he reported that Defendants Union

19 Gang and Defendant Police and Defendant Hospital lawyers were threatening his life and freedom and safety and Criminally

20 coercively controlling him and domestically abusing him, to not talk to Plaintiff, and to make a fraudulent storyline with Plaintiff,

21 because Plaintiff had Reported Defendant Hoag Hospital for False claims act violations, Defendant Police for murder, lying on police

22 reports, child abuse and multiple other crimes committed by All Defendants. Defendants retaliated against Plaintiff for exercising her

23 Constitutional rights to seek redress from the Government, victim of crime rights, and other rights. Defendant xiomara selene Gomez

24 has a son, born in 2013, from another man named Jesus, unknown last name. Defendant Gomez was cheating on Jesus, when

25 Defendant Gomez tried to seduce and have a One-Night stand  with Multiple other Men. Defendant janelle desiree Arriaga has a

26 daughter born in 2017, from another man named Jeffery Kim. Defendant Arriaga has also Cheated on Jeffery Kim with multiple

2741

other men, and keeps her communications with them a Secret from him. Defendants Arriaga even asked Plaintiff if she could borrow

Plaintiff's apartment to invite another man over, who she was "in love with" for many years, and she did not want her baby's daddy

to know that she was seeking sexual attraction and flirting attention from this man. *Defendant Arriaga ~~was~~ used*

*the term "in love with" inappropriately and incorrectly since she was never with him + not doting him.*

64.      Defendants constantly and relentlessly and maliciously and jealously interfered with Plaintiff and N.R.M's relationship, as a

form of Severe Domestic Abuse, Coercive Control, Tyranny and Severe Terrorism in the United States.

65.      Defendants inflicted extreme emotional distress onto Plaintiff thorugh their  constant and relentless Domestic Abuse and

Malicious Obssessive Coercive Control of Plaintiff and N.R.M's relationship.

66.      Defendants then conspired together to Knowingly, willingly, maliciously, and fraudulently defame Plaintiff to N.R.M to

falsely cause him to think that Plaintiff was cheating, and/or did not love him, and knowingly, fraudulently malicious lies about

Plaintiff and N.R.M that were not true, in order for Defendants to try to make N.R.M angry with Plaintiff about things that

Defendants knew were false and were not true about Plaintiff, in order to fraudulently, knowingly, willingly, and maliciously cause

fraudulent conflict between Plaitniff and N.R.M.

67.      Defendant Gomez, Defendant Lawyers, Defendant Criminal Union Gang Police Members,  and all Co-Defendants threatened

to Kill and/or falsely imprison N.R.M if he did not participate in making Fraudulent Staged contrived scenes for Co-Defendants false

and fraudulent storyline, as explained in emails to the DOJ and in all relevant court documents, including all documents that Criminal

co-defendant george wu attempted to criminally exclude from the record. Plaintiff has all document copies saved against and about

all Defendants

68.      Plaintiff uses King Solomon as an example to show who N.R.M really was with. Two women went in front of King Solomon

and each woman claimed that a baby belonged to them. King Solomon could not determine who the baby truly belonged to. So he

said "bring me a sword and I will cut the baby in half, and give each woman half of the baby" One woman said "that's fair, cut the

baby in half." One woman said "no don't kill the baby, just let her keep my baby" The woman who truly gave birth to the baby, did

not want the baby to be killed. The woman who the baby did not belong to, did not truly care if the baby died or not, she simply did

not want the other woman to have what she did not have. In the same way, Defendant Gomez/Defendant Arriaga, desired to Kill and/or falsely imprison N.R.M if he spoke to Plaintiff. While Plaintiff, who truly loved N.R.M, did not want him to be killed nor imprisoned. Plaintiff never called the cops on N.R.M even if she had the right to do so, and Plaintiff did not want Defendant Morales, Defendant Gonzalez, Defendant Gomez, and/or any other Defendant to kill and/or falsely imprison N.R.M. Even during a recorded prison call, Defendant police Forced Plaintiff's Uncle to ask Plaintiff if N.R.M was bad to Plaintiff. Defendant police were trying to fraudulently make a false storyline about Plaintiff because of Defendant Gomez making knowingly fraudulent claims about Plaintiff's Uncle in prison as a RICO crime with all co-defendant police. Plaintiff said No because Plaintiff would Never want anybody to think that N.R.M deserved any harm to occur to him.  Plaintiff told N.R.M that Plaintiff would rather N.R.M be Alive and Free, than to have to die or be falsely imprisoned just because Defendants were hateful that Plaintiff and N.R.M having a relationship together. At the same time, Defendant Gomez, dEfendant E.vil, Defendant Arriaga, and all Co-Defendants were constantly having Co-Defendants Gonzalez and Al Co-Defendants and other Criminal Gang Members Falsely arrest, kidnap, threaten to kill N.R.M if he spoke to Plaintiff, and constantly threatened to kill and/or falsely imprison him when neither Plaintiff nor N.R.M were committing any crimes. This is also a hate crime per new laws that make it a crime to interfere with the Romantic relationship between any Two persons, including Plaintiff and N.RM. It is also a religious hate crime against Plaintiff's religious belief in the monogamy and her marriage under YHVH to N.R.M. When N.R.M called Plaintiff Wife, and had a Marriage tattoo with Plaintiff, and Defendant Gomez/Defendant Arriaga just did not want Plaintiff and N.R.M to be together in a loving relationship, which  Defendants did not have for themselves.

69. Defendant Gustavo Morales, who is the ex-boyfriend of Defendant Arriaga is related to Defendant South Gate Police Officer Isaac Morales Jr.

70. Defendant Gustavo Morales' brother A.M owns a Computer shop, and maintains friendships with computer hackers who are part of the hacker group "Anonymous" this includes Defendant L.R.

71.    Defendant Morales is best friends with the ex-fiance of Plaintiff's sister E.B. E.B fiance cheated on her with K.  K. Was engaged with another man, E.  Plaintiff sent K a message on Facebook and asked her to stop having sexual relations with E.B's fiance, and asked her to be faithful to E.

72.    E. contacted Plaintiff and said he hacked into K's facebook after discovering she cheated on him. He told Plaintiff that he read the message that Plaintiff sent to K, and he thought it was a really nice, kind message, and he was thankful that Plaintiff had told K to stop the evil acts that she was doing, and he liked the kind way that Plaintiff expressed morals to K.

73.    Defendant Arriaga and Defendant Gomez are whores, just like K. E showed Defendant Morales the message he had read that Plaintiff wrote to K. Defendant Arriaga saw this message and became hateful because Defendant Arriaga liked to behave promiscuously just like K, and she is a whore who does not like to be corrected. Defendant Arraiga, and Defendant Gomez began to send messages to E.B and other third parties, fraudulently defaming Plaintiff.

74.    Plaintiff had told K to "just stop" and to have respect for the fact that he was engaged to someone else, and K was also engaged to someone else. Defendant Arriaga and Defendant Gomez began to mimick Plaintiff, but in a malicious way, and told E.B that Plaintiff should "just stop" talking to N.R.M, because Defendants desired to have sexual relations with N.R.M, and they did not want to Respect that he was already in a relationship with Plaintiff.  N.R.M never desired to stop talking to Plaintiff, and never told Plaintiff this, only Defendant Gomez/Defendant Arriaga knowingly fraudulently, and maliciously said these things falsely about Plaintiff to E.B and other third parties in order to fraudulently defame Plaintiff and to commit Domestic Violence abuse and coercive control and manipulation  of Plaintiff and of N.R.M.

75.    Plaintiff recalls Defendant E.B telling Plaintiff that she did not like when Plaintiff dated Defendant E.Vil and that she would make sure that Plaintiff never dated anyone "bad" again. N.R.M was not bad, and Plaitniff believes Defendant Arriaga and Co-Defendants defamed N.R.M to E.B in order to get her to participate in RICO crimes with Defendants, along with E.B's already bitterness about her fiance cheating on her, and E.B already having a history and pattern of unhealthy hateful behavior towards Plaintiff, as a form of sibling rivalry such as Cain and Abel, Esau and Jacob, and Joseph and his brothers, and King David and his brothers had.

2741

76.     Defendant Arriaga had an unfounded hatred of her siblilng as well, in the same way that E.B hated Plaintiff without cause. Defendant Arriaga and her sister were co-workers, and Defendant Arriaga beat up her Pregnant sister while inside the workplace.

77.     Defendants hacked into Plaintiff's accounts and private emails and private messages, and social media, and stalked Plaintiff to gather information about what Plaintiff liked and did not like, and then used this information when speaking to N.R.M to fraudulently attribute qualities of Plaintiff instead to themselves in order to try to seduce N.R.M based on things that Plaintiff said and did. For example, Plaintiff would have a conversation with Defendant Arriaga. Then Defendant Arraiga would contact N.R.M and speak the things that Plaintiff said, while pretending that she had said it, not Plaintiff. Then Defendant Arriaga and Defendant Gomez began to make references to the movie "the little mermaid" using their indirect speech way of speaking because Defendants were essentially "stealing" Plaintiff's voice. Plaintiff did not realize this reference previously

78.     Defendant Arriaga, Defendant E.Vil and Defendant Morales conspired to have Plaintiff beat up and require Surgery on Plaintiff's face. Defendants Arraiga and Defendant E.vil were jealous of Plaintiff's face, and Plaintiff was njumped. Plaintiff did not have any injuries to her body,only to her face. Plaintiff's face became unrecognizable.  Defendant Arriaga, Defendant E.Vil and Defendant Morales were all present when the incident occurred and had pre-meditated and pre-conspired for it to occur. After the physical trauma, Defendant Arriaga and E.B both told Plaintiff they had conpsired for it to happen.

79.     Defendant Arriaga and Co-Defendants made references to the movie "vanilla sky" and indicated that they had gotten the idea for the act to occur based on the movie.

80.     Defendant Arriaga and Co-Defendants threatened Plaintiff using recording equipment at Defendant Atlantic Recording studios in hollywood. Defendant Chino then made a music video called "vanilla sky" where he made multiple references to defendants of this case, including Defendant Anonymous Hacker Masks, t he movie Vanilla sky to deform a person's face,  and he also made references to Defendant Company Hospital. Defendant Chino put in the music video footage of himself on top of a mountain with a cross on it, which is where Plaintiff was on Easter Sunday, that resulted in Defendant Company Hospital terminating Plaintiff in 2019 citing that Plaintiff celebrated Easter Sunday on Plaintiff's day off of work and hiked to the top of a mountain with a Cross on the top, and this was placed in the musicvideo in 2020, after Defendants had committed the illegal act, and it was placed as

2741

1

2   a reference for Defendnats in the music video. As stated in the 610 page court testimony previously gi ven, Defendant Lawyers

3   control what artist directors put in music videos, and what is not put in them and is usually referenced to lawsuits that Defendant

4   lawyers and Defendant corporations are in.  Defendant Chino placed an Anon hacker reference, which Defendnat Gomez and

5   Defendant G.G and Defendant Morales and Defendant Arriaga are part of. IN the 610 page testimony Plaintiff also mentions a music

6   video made by Luke Turner referencing Defendant Gomez, and Luke Turner is also a Computer Hacker, it is unknown if he is part of

7   the Anon Crime Gang.

8   81.     Defendant Arriaga began to take Prescription hormones for weight gain because she was experiencing Amenorrhea, which is

9   when a woman does not Ovulate female reproductive eggs, so she does not get a period/menstrual cycle. Defendant Arriaga also

10   wanted her breasts to grow larger. Defendant Arriaga and Defendant E.vil then conspired to began to put steriod  hormones inside of

11   Plaintiff's drinks, without Plaintiff's knowledge nor consent. Plaintiff has a photo from her brother's graduation from high school in

12   june 2008, approx 1 year after getting beat up on her face. Plaintiff weighed approx 120lbs. A subsequent photo from December 2008

13   with Defendant E.Vil, shows Plaintiff weighing approx 50 lbs more. Plaintiff had never been overweight before, and a weight gain of

14   50 lbs in less than 6 months is not normal. Plaintiff believes that Defendant Arriaga and Defendant E.Vil were putting hormones in

15   Plaintiff's drinks. After stopping talking to Defendants, Plaintiff's weight began to normalize again and went back down to the

16   130lbs.  This excessive weight gain occurred everytime Defendant Arriaga and/or E.B was in Plaintiff's life, and was not based on

17   any change of diet/exercise., but rather based on DefendantsCriminally  putting steroids/hormonesr in Plaintiff's drinks. After talking

18   to Defendant Arriaga, Plaintiff's body shape and fat distribution began to change. Plaintiff has before and after photos, and a timeline

19   to show the effects in connection to Defendant Arriaga and E.B's presence in Plaintiff's life versus in their absence.  This includes

20   recent years such as from 2017 to 2018. After mentioning this to defendants, E.B created a file of photos of Plaintiff, Falsely dated

21   and with false information, in order to attempt to knowingly make a Fraudulent chronology, and fraudulent Defendant Media

22   Corporations as a RICO Crime for Co-Defendants of this case. Plaintiff has actual photos, with Real dates, to show the true

23   chronology and the effect of Defendant Arriaga and E.B on Plaintiff, versus when they are not around Plaintiff. This is in addition to

24   Defendant Company Hospital and Co-Defendants intentionally and maliciously inflicting emotional distress onto Plaintiff, causing

25   emotional eating, such as chocolate from the vending machine while at Work due to the hostile, intolerable work environment from

26

27

1

2   Co-Defendants, as well as increasing Plaintiff's Stress hormones which caused and contribute to Endocrine Medical issues. However,

3   Plaintiff assumes responsibilty for any weight gain caused by Plaintiff's self.

4   82.     In approx 2018/2019, Plaintiff was sleeping on the couch of her Parent's house. IN abusive family dynamics, one child is

5   treated different from all other siblings. All persons had their own rooms and place for their belongings, but Plaintiff was made to

6   sleep on the couch and not allowed to have any closet or space for her beloingings. While sleeping, Plaintiff woke up with a Puncture

7   wound on Plaintiff's left upper deltoid, with significant soreness, which felt to Plaintiff, very much like when Plaintiff had previously

8   gotten the flu vaccine shot. There was no inflammation, inclicating that it was not a spider nor a mosquito or other insect bite.

9   Plaintiff felt that E.B injected something into Plaintiff's arm Criminally and illegally and maliciously on behalf of Co-Defendants as

10   a Criminal experimental act against Plaintiff, without Plaintif's consent. This criminal battery, is similar to persons being forced to

11   have vaccines injected into their arms without their consent. Plaintiff is not suing E.B solely because E.B is a blood relative, and in

12   the Bible Joseph did not sue his brothers, and David did not sue his brothers, when they did harmful criminal malicious acts to them.

13

14   83.     Plaintiff wants to note that Plaintiff has experienced receiving vaccines in the past, however Plaintiff is now More Educated

15   in the Medical Field, and regarding Vaccines, so Plaintiff Now does not take any vaccines due to Plaintif's increased medical

16   education, knowledge, and experience. For example, the Flu virus has different strains. There is Flu type A, flu type B, etc. Each year,

17   the CDC makes an Educated Guess on what flu virus Strain will be prevalent. This guess is usually wrong. So all persons in

18   California will get vaccinated for Flu type A. But then the prevalent flu that season ends up being Flu type B, essentially making the

19   vaccine persons received, useless. Many persons conplain that they got the vaccine and yet still got the flu. A side effect of the

20   vaccine is also that it causes the flu. In the same way there are many strains of coronaviruses. In the medical field, coronaviruses, are

21   defined in medical textbooks as the common cold. However, in the past, there was no vaccine for strains the common cold, which is

22   also highly contagious.  In the past, Defendants have used vaccines to maliciously and criminally experiment on non-consenting US

23   citizens by telling them that they were getting flu vaccines, but Defendants were  actually injecting them with Syphillis. Defendants

24   did this to blacks and mexican and indigenous persons in the united states without their consents, fraudulently pretending it was a flu

25   vaccine. It is unknown if these were approved by the FDA. The FDA did not approve any vaccines, yet defendants experimented on

26   us citizens and Defendant media corporations deceived the public with false media information about vaccines to corruptly mislead

2741

and corruptly persuade the public to allow Defendants to inject them .Plaintiff's body is the Temple of the Holy Spirit, and Plaintiff does not consent to any person injecting any Drug or forcing any Needle into Plaintiff's body, for any reason, including a vaccine, by Force without Plaintiff's consent. Plaintiff does not want any drug or substance to interfere with, and/or Dull, Plaintiff's access and reception of the Holy Spirit, especially not medically unneccessary drug mandates, like a  strain of the common cold coronavirus vaccine, nor any other drug. When a person takes a Vaccine, it remains in their blood for a lifetime. Plaintiff does not consent to her blood being permanently altered by any foreign substance, and only allows Changes to occur Naturally,  not through man-made vaccines that are not purely made of the disease. Especially when the disease is a strain of the common cold, with 99% of persons having no symptoms. Covid is only deadly when it turns into Pneumonia and Sepsis. Theres is already a vaccine for Pneumonia, which only older persons have been taking for years, and no younger persons are required to take the vaccine, because an unvaccinated person does not make the risk higher for a vaccinated person, as defendant media corporations and defendant public officials falsely perpetuate to the public. Plaintiff believes that it is possible for the medical field to make Pure Vaccines without mRNA and other substances, but Defendant Billionaires refuse to use their money to  fund this type of medical creation.

84.    As stated in the affidavit, Plaintiff, nor any Nurse has ever been written-up nor reprimanded regarding masks while at work. Plaintiff believes that since Defendants have nothing to accuse Plaintiff of, they are fraudulently conspiring to Fraudulently pretend it is a mask/etc issue, when in actuality Plaintiff has never, and was never, reprimanded, nor written up, nor in any dispute nor any discussion about masks/etc throughout all Years of Plaintiff's employement, and  this would be a knowingly Fraudulent claim by Defendants if that is what they are conspiring to do, and if that is the reason they created all of this Fake news media and Fraudulently corrupt misleading and corrupt persuasion as Federal RICO Crimes aginst Plaintiff and against the public. This is explained further in the 610 page court testimony.

85.    In 2018, Plaintiff was jump-roping in the backyard of a house in compton, and Defendant Arriaga began to try to convince Plaintiff not to exercise, and that Plaintiff should not care about her health. Defendant Arriaga told third party persons, such as Plaintiff, that they should not care about their health, yet Defendant arriaga is allegedly a nurse. After excessively and repeatedly trying to convince Plaintiff not to take care of her health and not to perform any exercise on any day Plaintiff verbalized having to exercise, Defendant Arriaga purchased a treadmill for herself. Defendant Arriaga does not care about others, but only cares about

herself. Defendant Arriaga was just maliciously not wanting Plaintiff to be healthy. Plaintiff told this to a third party, S,. Plaintiff was unaware at the time that S was working with Defendants and Defendant police were stalking plaintiff with Defendant Arriaga and Co-Defendants, trying to make a fraudulent storyline for Co-defendants. On a later date, S began to repeat what Plaintiff said to her about Defendant Arriaga, but S began to use different names. Plaintiff later realized she did this because Defendant Police did not want to document how Defendant Arriaga behaved with Plaintiff, and Defendant police wanted to make a fraudulent storyline  and pretend the story was about S, not about Plaintiff and Defendant Arriaga.

86.     Defendant Arriaga frequently told false stories when speaking to Plaintiff. Plaintiff did not want to waste time arguing with her, and thought it was irrelevant and was not worth the time. However, Plaintiff now realizes that all of these false stories and false history and pathological lying by Defendant Arriaga was being done because Defendant Morales and Defendant Police were fraudulently stalking Plaintiff and Defendant Arriaga was attempting to make a false and fake storyline for all Co-Defendants as Fake evidence RICO crime for Co-Defendant Criminal Gang member Gomez. For example, in high school a guy J. asked Plaintiff out. Plaintiff and he dated briefly, and then both agreed that it did not work out. During relevant times of the lawsuit, Plaintiff was at a bus stop and his friend arrived to the bus stop too. He started talking to Plaintiff, and asked Plaintiff for her number in a friendly manner. Plaintiff was never romantically attracted to his friend, and made it clear to him that it was just a regular platonic friend contact exchange of numbers . Defendant Arriaga saw Plaintiff at the bus stop talking to him.  On a later date, Defendant Arriaga began to make up a fraudulent history about J, Plaintiff, and about this guy. Defendant Arraiga claimed that Plaintiff was trying to romantically talk to him in front of Defendant arriaga's house, and Defendant Arriaga told him not to ignore Plaintiff, and he did not listen to Defendant Arraiga. This incident never occurred. Rather he had asked Plaintiff out, and Plaintiff told him that she liked J and they remained Friends, and he never ignored Plaintiff.. Plaintiff never even liked him, and only liked his friend J. who took Plaintiff out on a date. Plaintiff did not know why Defendant Arriaga was lying and making up this seemingly pointless story many years later in 2018. Plaintiff now knows that Defendant Arriaga was doing so for Criminal Defendants police to try to make a false perception and false storyline about Plaintiff and about Defendant Arriaga that was not true. Plaintiff did not care enough at the time to correct Defendant Arriaga, because Plaintiff thought it was pointless. However, Plaintiff now realizes that it was conspired lie and fraudulent history on behalf of Defendant Police Fake Storyline and Fraudulent evidence attempt against Plaintiff becauase of Defendant

2741

1

2   Arriaga and Defendant Gomez being whores, and Defendant E.Vil being jealous, and N.R.M being with Plaintiff, and Defendants not

3   wanting him too. Defendant Arriaga would do a lot of weird things like this, on behalf of Defendant Police that Plaintiff did not

4   realize before as they were occuring, that Plaintiff realizes it now, and thought it was petty to waste time corecting things, but now

5   realizes that it is necessary because Defendant Arriaga was only doing it knowingly fraudulently and maliciously for Co-Defendants

6   to make a knowingly fraudulently storyline and fraudulent history of events of Plaintiff, as fake malicious, Knowingly fraudulent

7   evidence for Co-Defendants

8   87.     In approx 2018, Defendant Arriaga brought a notebook that Plaintiff, Defendant Arriaga and a third party J.Z, would write

9   together. J.Z stopped talking to Defendant Arriaga after Defendant Arriaga flirted with, and whored around with J.Z's boyfriend who

10   J.Z was in love with. In 2018, Defendant arriaga showed Plaintiff she had saved the notebook. In it, Plaintiff had written about a Bee

11   landing on Plaintiff's sweater and the bee smiled at Plaintiff. Defendant Freemasons and Defendant Police utilize the symbol of the

12   beehive and claim that persons who are not Worker Drone Bees are useless to them and are not worthy of their protection. Indicating

13   that Defendant Police Protect and serve Defendant corporations, not Citizens.  Even so, Defendants wrongfully target Plaintiff, as a

14   form of malicious hatred, while not targeting persons such as Defendant Criminals of this case., who violate all of Defendant's laws

15   and policies and try to Kill Defendant's customers who provide income to Defendants. Plaintiff finds that the hateful and malicious

16   conduct created by Defendants, makes it intolerable for Plaintiff to have to work for Criminal Malicious Defendnat corporations

17   knowing their  Real Hatefulness and all Co-Defendants hatefulness towards the public and that Defendants are evil persons not really

18   helping people. This is further why Defendants have to Pay Plaintiff Billions because it is intolerable for Plaintiff to know how Evil

19   defendants are in their businesses, and to require Plaintiff to work under Evil persons. Plaintiff requires Defendants to pay Plaintiff so

20   Plaintiff has the ability to have her own business and/or to meet a business owner who is not evil like all Defendants are in their

21   conduct towards the public and their patients, which all Defendant Hospitals and Defendant criminal Union gang members are

22   maliciously evil towards. Despite this Plaintiff has been placed applications + an Injunction Court order

23   for defendants to provide Plaintiff with employment in her career + cease [illegible] blacklisting

24   88.     Plaintiff posted on social media a photo of fishing at the beach in 2016. Defendant Arriaga  began wanting to go fishing,

25   though she had never fished before, because Plaintiff posted that. IN 2017, While at the beach, A Homeless man from Cambodia

26   taught Plaintiff and Defendant Arriaga how to better catch fish. Plaintiff and Defendant Arriaga caught approx 10 medium sized fish

2741

in less than one hour of fishing. Therefore, Defendant Arriaga became aware of how to fish. On a later date,  Defendant Arriaga, knowingly, intentionally, and maliciously tried to hook her fishing hook line into Plaintiff's eyeball. Defendant Arriaga Aimed intentionally to try to make her hook hit Plaintiff in the eyeball.   Luckily she missed the eyeball and it caught Plaitniff's skin..Based on how and where Plaintiff was sitting, it could not have hooked Plaintiff unless Defendant Arriaga had intentionally aimed for it to occur. After this incident, the hook caught a StingRay. Plaintiff believes the Sting Ray arrived, as a symbol from YHVH of the StingRay Device that Defendant Police and Co-Defendants were criminally and maliciously using to try to hack, stalk, and fraudulently Set up Plaintiff that Defendatn Arriaga was Criminally, maliciously and knowingly fraudulently participating in.

89.

90.     Plaintiff recalls that when Defendant Arriaga First contacted Plaintiff she wanted Plaintiff to go with her to Disneyland for her daughter's birthday, with herself and her baby daddy Jeff Kim. Plaintiff said she did not want to be a third wheel since it was disneyland. Defendant Arriaga became extremely Angry and Hostile and tried Excessively to convince Plaintiff that Disneyland was Not Romantic for a Family/Couple, and she became extremely angry that Plaintiff would not go with her. Plaintiff now realizes that Defendant Arriaga and Co-Defendants wanted to make a false perception and false claims about disneyland, for Defendant Police related to Defendants, because Plaintiff and N.R.M  had went to Disneyland together, and since Plaintiff was messing up their conspired Plan, Defendant Arriaga was extremely Upset, not because of disneyland but because of their Conspired plan with Co-Defendants for a false fraudulent perception not being able to be followed through.

91.     Defendants have been conspiring and trying to falsely set up and make false evidence against Plaintiff for more than 10 years. Punitive Damages alone for this constant 24/7 staged attacks is worth Billions from Billionaire Defendant Criminal Lawyers, Defendant Billionaire Criminal police Unions related to Co-Defendant Gomez, Defendant Arriaga, and Defendant E.Vil and Defendant Morales and Defendant Sibbald and Defendant Knickerbocker and All Co-Defendants, etc as awarded to Plaintiff.

92.     Defendant Police and Co-Defendants use Defendant Gomez and Defendants Arriaga as fraudulent conspired Co-Defendant media distraction tools to try to distract away from, and to hide from the public,  the serious Charges against defendants of Murder,

1

2 Attempted Murder, child abuse, Telling Lies on Court Documents, drug use, racism, Fraud, RICO crimes, and all other crimes

3 committed by Defendants of this lawsuit

4 93.     Defendant Gustavo Gomez(G.G) sent Plaintiff threatening messages on the Social Media Website "instagram" on behalf of

5 Criminal Defendant Gomez and Defendant Arriaga. This includes threats to cause Plaintiff to Lose her Career, and other Life

6 threatenning threats, which Plaintiff saved copies of , and which Defendants have continued to maliciously and fraudulently cause

7 and prevent Plaintiff from obtaining work in her  career.

8

9 94.     Defendants also like to speak  in indirect ways, rather than directly, as an attempt so that they do not get caught committing a

10 crime. For example, Defendants will sometimes say "I" or use a different name, other than the name of the actual person that they are

11 referring to. Criminals speak in this indirect way because they know what they are doing is criminal. For example, when Plaintiff was

12 raped, Plaintiff told the court that Defendant L.R stole Plaintiff's car. Defendants posted on social media "I thought my car was stolen

13 when I was raped, but I was just on drugs" Plaintiff was not on drugs, and the car was stolen. Defendants posted this as an indirect

14 reference to Plaintiff, simply to maliciously harrass Plaintiff. Defendants speak in indirect ways like this when they harrass victims,

15 because they do not want third parties to know what they are doing, and only the victim knows what is going on, and if the victim

16 speaks up, defendants can try to deny it and falsely claim "I wasn't talking about her" when they were in fact talking about the victim

17 they are maliciously and criminally and knowingly and intentionally targeting and criminallly harrassing.

18 95.     Plaintiff was cautious of hackers, so Plaintiff used a temporary phone number that did not belong to Plaintiff, and email to

19 activate her instagram and other social media accounts. After activating the account, the number was disconnected and no longer

20 used, nor paid for. Defendants did not know that the phone number did not belong to Plaintiff. Defendants hacked Plaintiff's account

21 in formation, and began to try to make fraudulent texts, fraudulent calls, that were not from Plaintiff, using hacking technology.

22 Defendants use their relationships with Defendant Police officers to also commit Criminal hacking crimes with co-defendants

23

24 96.     In august 2021, Plaintiff discovered that her apartment had been broken into and fraudulent evidence was attempted to be

25 placed/created by Defendants Criminals. There was a phone that did not belong to Plaintiff, and it was active with Defendant Metro

26 PCS, and Plaintiff never paid for the phone to be active. The sim card information, did not have real imei  numbers, but instead said

2741

1

2   "GusG" as the phone infomration, indicating that Defendant Gustavo Gomez(G.G) had hacked the phone and it belonged to him, not

3   to Plaintiff. The phone number listed was the number associated with Plaintiff's instagram from 5  years prior, that Plaintiff had never

4   used for any purpose in any way, and the number was deactivated approx 5 years prior and was never used for anything by Plaintiff.

5   Plaintiff realized that Defendant Gomez and Co-Defendants were trying to fraudulently set Plaintiff up as a RICO crime, and that

6   Defendants had probably been fraudulently using this number along with Defendant Metro PCS the entire time to try to Falsely set

7   Plaintiff up. Defendants slipped up due to their Serial Killer-Type of Mentalities and forgot to remove GusG identification

8   information and forgot to place a real imei and real phone information, not fraudulent hacker information. Plaintiff emailed the

9   Department of Justice of the United States about this Criminal behavior and fraudulent attempts to Fraudulently set up Plaintiff by

10  Defendants, and their criminal break-in of Plaintiff's apartment.

11  97.    In 2021, Plaintiff went to a phone store to obtain a new phone. Plaintiff had wrote in the affidavit about how Plaintiff and

12  N.R.M had a romantic connection to the song "Me robaste corazon" by Los Tucanes de Tijuana. When Plaintiff was about to go into

13  the store, Defendant Downey Police went inside the area, so Plaintiff instead waited for them to leave. After they left, Plaintiff went

14  in side the store. The employee, then turned a computer on and began to play Los Tucanes. Plaintiff thought she just liked the band,

15  and it was a coincidence. Then Plaintiff accidently told the employee the wrong phone company name. The employee began to text a

16  woman allegedly named "adrienne" which is the name of Defendant Arriaga's daughter. The woman told her to call "albert."

17  "Albert" is the name of a Hacker that Defendant Cynthia Bahena also contacted for phone parts and electronics. Albert is also the

18  name of Defendant Gustavo Gomez(G.G) cousin, who is an Electrician like Defendant Gomez' brother is. Plaintiff then received a

19  fake text from Defendant Criminals Police that said "911" and the Wrong Company Name, indicating that the phone was being

20  hacked Again by Defendants. Defendants began to show up and stalk and harrass Plaintiff about and for Co-Defendants whenever the

21  device was on Plaintiff. Defendants began to Maliciously send fake text messages to Plaintiff pretending to be other persons, and

22  Criminally intercept texts and calls and Criminally pretend to be persons that they were not, but Plaintiff could tell by the words and

23  phrases that they used that it was actually Defendant Crimnal Union Gang Members such as Defendant Criminal Denice Martin.

24  Defendants Crimnal Denice Martin and Defendnat Crimnal Union Gang members use certain phrases and wordings that reveal that it

25

26

2741

is them, and not the perso n they are pretending to be. Defendants also did this with other phones Plaintiff has used, including with third parties such as C.D and other persons through Defendant Frantz and All Co-Defendants Criminal Hacking.

98.     Plaintiff obtained a storage unit, and Defendants criminally and maliciously stalked Plaintiff at her storage unit.  Defendant Rose knowingly, maliciously, and criminally murdered a Patient at Defendant PIH hospital with Co-Defendant Police and conspired with all Defendants to try Stalk, harrass, Defame, fraudulently set up and retaliate against Plaintiff with all Defendants. Defendants Gang Criminal Union sent multiple persons to harrass, stalk and defame maliciously Plaintiff.

99.     Defendant Frantz made allusions to the US Navy and colluded with MD Nick Jones, who is a Navy Seal, like Defendant MD Leo Rodgriguez is to stalk and criminally harrass Plaintiff, including in Defendant Arizona, when Plaintiff was kidnapped and harrassed and falsely and maliciously and attempted to have fraud committed by co-defendants

100.     Defendant police criminal hackers and defendant criminal union gang hackers have the ability to intercept phone calls and messages and to fraudulently pretend they are someone who they are not. Defendants criminally intercept text messages and calls, and then criminally pretend to be persons from the numbers, when they are not the persons.

101.     Defendant Arriaga particpates in the Scientology, and Defenadnt Brian Wolf defends scientologist in legal reals. Scientologists claim they can and should lie,cheat, steal and do anything to "utterly destroy the career and life of anybody they deem an enemy"

102.     Defendant Arriaga is mexican, but has Caucasion features such as blonde hair, thin lips, etc. Defendant Arriaga frequently pretends she is not mexican when out in public, and has racist tendencies.

103.     Plaintiff gave Defendant G.G a copy of the card of Grandmaster Robert Mitchell of the Freemasons.

104.     Defendants then contacted the Freemason organizaiton, and fraudulently defamed Plaintiff to them to get them to assist with fraudulently setting up and "destroying" Plaintiff's life. Defendant Jay-Z, Maxine Waters, Kamala Harris, and co-defendants have ties to the Freemason Organizaiton., and began to participate in Criminally gang-stalking Plaintiff to "destroy" Plaintiff's life.

105.    Defendant Freemasons claim to support the Book of Ruth from the Hebrew Bible, yet multiple women in Defendant California, including Plaintiff, who are widowed and/or have lost their husbands due to defendants crimes, are homeless in los angeles, because of Defendants failure to honor the Book of Ruth and Defendants Freemasons stated values when it comes to the Freemason written US Constitution, the Court of Law and Justice in the Courts.

106.    Plaintiff is being retaliated against, punished, harrassed and stalked for Exercising her Rights and Laws and Policies that Defendant Freemasons and  Defendant Hospitals and All Defendants themselves Created.  Plaintiff is Punished for Obeying the laws that are in place, while Lawless persons like Defendants are not homeless and at a financial loss when they have broken  all the policies and the US Constitution and all laws that Defendant Freemasons themselves worked to Create, without any repentence from Co-Defendants and yet Plaintiff is punished and Not Criminal Defendants.

107.    Defendant Arriaga and Defendant Gomez both also have Owl Tattoos to signify the street gang "los nite owls" located in Defendant Los Angeles County, where Defendant Gonzalez, Defendant E.vil, Defendant police officer Juan Gonzalez, and Co-Defendants live.

108.    Defendant Drake and co-defendants in the music industry also utilize the owl tattoo and symbology. The owl  is also used by Co-Defendant Public Officials.

109.    All of these facts are in addition to the facts listed in the 610 page sworn court testimony and all other court documents previously given by Plaintiff.

110.    Defendant Arriaga and Defendant Gomez and All Co-Defendants have ties to Criminal lawyers, such as Defendant Company Hospital lawyer Brady Mitchell at 2049 Century Park Los Angeles, and Defendant Atlantic Recording Studio in Hollywood where N.R.M worked and for the same company that Defendant G.G worked for the same company. Defendant Gomez worked as a Process Server and as a Coworker in the Legal Department of Defendant Attorneys for Defendants Atlantic Recording.

111.    2049 Century park utilizes multiple symbols that co-defendants use. For example, Defendants have the yard lawn shaped like a ruler and compass, which is the Mason symbol. There are two pyramid shaped buildings, and the fountain yard is shaped like an eye when viewed from the aerial.

112.    Defendant Wolf is the attorney for Defendant kanye west.

113.    All Defendant Corporations utilize the same attorneys club for service CT corporation and CSC corporation for all Defendant Billionaire corporations, and these lawyers are largely located at this location at 2049 century park los angeles. After filing the court testimony, it is possible that Defendants changed their locations. Multiple celebritieies have taken photos showing their gang symbol allegiance to these criminal lawyers and criminal union gang members.

114.    Defendant media corporations conspired with Co-Defendants to release fraudulent lmedia as a RICO Crime for co-defendants to desensitze the psychology of t he public, who are potential jury members, and to harrass and inflict distress onto Plaintiff. Defendant Kanye and Defendant Drake, Defendant Wolf, and Defendant james prince, and defendant wmg, released fraudulent media mimicking Plaintiff and Defendant gomez that Plaitniff had stated in her court testimony, such as Defendant Gomez posting plaintiff's home address online. Defendant media corporations then frauudulently minimized the issue and attempted to manipulate the psychology of the public using Defendant Kanye and Defendant Drake regarding the crimes that Defendant gomez commited on behalf of Defendant billionaire lawyers who share an office location with celebrity lawyers like Defendnat Wolf for Kanye West and Defendant Drake. Defendants paid RICO Bribes to Defendant Kanye West and Defendant Drake to make this fraudulent news stories as a RICO crime to try to negate, minimize and distract from Plaintiff's charges against their Co-defendant Gomez.

115.    Defendant Drake was signed by Defendant James Prince. Defendant James Prince is affiliated with the Gangster Disciples who utilize multiple symbols for their gang. This gang utilzes the numbers "9,7,4" as a symbol. James Prince also references symbols of the the "master key" and the triangle.

116.    Defendant Frantz contacted Plantiff on social media and used the same gang symbols that Defendant Prince uses, such as messaging Plaintiff "9,7,4" and the hand with the index and thumb touching and three fingers waved. This symbol, oddly means both

"blood" gang and "white power" according to the list of hate crimes government website. Defendant Kristin Annabel Frantz had a statute of a hand performing this symbol.

117.   Defendant frantz frequently made reference to 11:11. Plaintiff thought this meant to "make a wish", so Plaintiff used it to schedule a job interview time, however, Plaintiff learned it does not mean make a wish. Rather Defendant Frantz was using it as a 'white power' symbol and it is listed as a white power symbol on government websites. However it is also said by some to mean "make a wish" Defendant frantz is affiliated with Defendant motion picture and television fund, and defendant cedars sinai and defendant ucla. So it likely means "white power" because Defendants and Co-Defendants white power Racism against Indigenous Mexican Plaintiff, did occur to Plaintiff during the job interview.

118.   James Prince and Co-Defendants conspired to have George Floyd used as a pawn in order to place Police officer Chauvin, the arch enemy of James Prince, in prison, and to use the blm riots with Co-Defendants to try to overthrow the US Constitution, as explained in the 610 page sworn court testimony previously given by Plaintiff and in subsequent Court documents. Chauvin deserved it, however it was still a conspired act to overthrow the US Constitution with defendants and all co-defendants.

119.   Defendant Arriaga and Co-Defendants threatened Plaintiff using recording equipment at Defendant Atlantic Recording studios in hollywood. Defendant Chino then made a music video called "vanilla sky" where he made multiple references to defendants of this case, including Defendant Anonymous Hacker Masks, t he movie Vanilla sky to deform a person's face, and he also made references to Defendant Company Hospital. Defendant Chino put in the music video footage of himself on top of a mountain with a cross on it, which is where Plaintiff was on Easter Sunday, that resulted in Defendant Company Hospital terminating Plaintiff in 2019 citing that Plaintiff celebrated Easter Sunday on Plaintiff's day off of work and hiked to the top of a mountain with a Cross on the top, and this was placed in the musicvideo in 2020, after Defendants had committed the illegal act, and it was placed as a reference for Defendnats in the music video. As stated in the 610 page court testimony previously gi ven, Defendant Lawyers control what artist directors put in music videos, and what is not put in them and is usually referenced to lawsuits that Defendant lawyers and Defendant corporations are in.  Defendant Chino placed an Anon hacker reference, which Defendnat Gomez and Defendant G.G and Defendant Morales and Defendant Arriaga are part of. IN the 610 page testimony Plaintiff also mentions a music

1    video made by Luke Turner referencing Defendant Gomez, and Luke Turner is also a Computer Hacker, it is unknown if he is part of
2    the Anon Crime Gang.
3

4    120.    Defendants stole Copyright Intellectual property from Plaintiff as part of their RICO acts, including the title 4:44 by JayZ,
5    which Defendants had heard Plaintiff talking about, as well as the topics of their fraudulent news stories, and other items as explained
6    and mentioned in previous court documents and emails to the DOJ.

7    121.    Defendant Denice Martin told Plaintiff that Defendant Union criminal gang "tests" members in order for them to move up
8    higher in the ranks, based on how much Unlawful, criminal, maliciously, stalking, harrassment, and psychological torturing they
9    were willing to commit against Innocent persons. The higher the person was in the ranks of the union, the more criminal activeity
10   thye were willing to do for defendant billionaire corporations as a defendant criminal union gang fraudulently pretending to be for
11   employee labor rights. Again defendants, are a non-profit not actually performing the stated purpose of their organization, which
12   requires them to become defunct for their fraudulent and criminal activity and failure to perform the purpose of the non-profit.
13

14   122.    Defendant unions also work closely with Defendant CAA entertainment/acting unions. Defendants hire actors to perform
15   staged scene, fake evidence, etc as Criminal RICO crimes for Defendant criminal police, defendant criminal nurses, defendant
16   billionaire corporations, and to knowingly, willingly, maliciously, and fraudulently harrass and fraudulently defame persons who have
17   legal claims against Defendants

18   123.    For example, Plaintiff was at Defendant LA County Library. Defendants sent actors to stage a fake scene inside the library.
19   After the employees said this visitor was rude, and the employee staged a fake scene about his phone, Defendants conspired to
20   fraudulently make Plaintiff switch computer seats with him and assign his library card to the seat that Plaitniff was sitting on. There
21   were approx 20 empty computers not being used, but Defendants assigned his card to the only one computer that Plaintiff was at, out
22   of approx 20 others not being used. Defendants did this to try to fraudulently set Plaintiff up by fraudulently having footage of
23   Plaintiff sitting at the computer desk where this "unruly, rude" customer who was using a phone had his library card assigned to by
24   Defendants in order to try to fraudulently set Plaintiff up and fraudulently claim the incident, which is probably written with
25   anonymous names, was about Plaintiff, not the paid actor, which it was not, and to fraudulently claim the library card which was the
26   man's card, was Plaintiff's when it was not, and to fraudulently claim the phone was Plaintiffs, when it was not, but it was the man's

2741

1
2  phone. Plaintiff went to a different library, and a librarian said a computer had to be reserved. She walked over to the station and said
3  she had to pick out a computer that was not being used, so that she would not reserve one that somebody was already sitting at. This
4  showed that Defendants had intentionally, knowingly, and with a conspired plan maliciously assigned him to the computer they knew
5  that Plaintiff was sitting at. Plaintiff was not using the library's computer, but was just using the desk. The man said that the
6  reservation was made suddenly within the previous 10 minutes by Defendants and he did not know why they had done so since there
7  were other empty computers. After assigning him to the computer station, the man sat at a completely different computer and did not
8  even use the computer that Defendants had intentionally and maliciously assigned him to. Plaintiff was not using the library
9  computer, but was just sitting at the desk. Defendants made him do this so that they could conpsire to fraudulently set Plaintiff up
10  with fake evidence showing Plaintiff sitting at the station and the man sitting on a different station, in order to knowingly
11  fraudulently maliciously try to give themselves knowingly Fraudulent and illegal fraudulent color of law jurisdication and
12  fraudulently pretend they fraudulently set plaintiff up and violated multiple laws as an error. However, Defendants nor Co-
13  Defendants nor any other person could even have jurisdiction over this man who was allegedly rude and unruly, but not criminally
14  unruly nor crimnially rude, and he can act however he wants to act..Defendants constantly and reletntlessly use paid actors and
15  criminal CAA actors/actresses union members to stage fake and fraudulent scenese like this with the possibilty of Defendant police
16  and co-defendants documenting false facts as "accidental mistakes", and falsely pretending it was an error when it was not, since
17  Plaintiff just happened to be in the location, and sitting at the one computer desk out of 20 empty stations that his card Not-
18  coincidently was assigned to by Defendant Criminal harrassers and Stalkers to try to Knowingly, maliciously and Fraudulently set
19  Plaintiff up and knowingly and Fraudulently defame Plaintiff. This is just One example of Many. These are all violations of the
20  Restraining Orders against Defendants and Any person acting in concert with Defendants, including third party strangers.

21  124.      Defendants Cedars previously conspired with Co-Defendant LA county and co-Defendant Criminals in Arizona and all Co-
22  Defendants to try to fraudulently set Plaitniff up regarding a library card that did not belong to Plaintiff. Plaintiff was applying to
23  Defendant Cedars jobs and created a new Defendant Google email solely for the purpose of job applications with Defendant Cedars.
24  Defendants Cedars criminally shared the email address with Co-Defendant Criminals who then Criminally hacked into the Defendant
25  google email account. Plaintiff never used the account and when Plaintiff tried to log in, the email account had fraudulent account
26

2741

1
2   information and asked plaintiff for a library card number, when Plaintiff does not own any library card number. Plaintiff reported the
3   Criminal hacking and criminal sharing of private infomration by Defendants Cedars with Co-Defendant Criminals. The location of
4   hacking indicated that it occurred in Defendant Arizona state by Defendant Criminals in the State of Arizona. Plaitniff emailed the
5   DOJ, and Defendant Kristen Clarke Racially discriminated against Plaintiff and Criminally assisted Defendants with a RICO cover-
6   up of the crime and made Fraudulent news media pretending they investigating Defendant Arizona, however they refereed to another
7   party, and did not assist Plaintiff nor Plaintff's email to All Defendants which was required to be forwarded to Defendant Kristen
8   since Defendant Kristen criminally does not publically list her email address on the US official Website, which is supposed to be
9   listed for all Public officials for the Public to be able to contact them, since Defendant Public Officials ares supposed to Serve, not
10  rule over, Citizens of the United States. This is in contrast to Defendants LAUSd, defendant utla criminal gang union, Defendant
11  Amazon, and Co-Defendants criminally Publically posting Plaintiff's full name on an email and Publically posting Plaintiff's job
12  location, when Plaintiff was Not a public servant official like Defendant Kristen Clarke is, and multiple congress persons who do not
13  have any contact email publically posted. Defendants lausd and all co-defendants did this knowingly, maliciously as a RICO Crime
14  for co-defendants placing Plaintiff's life and safety at risk, and the life and safety of Plaintiff's pet, who is like a son to Plaintiff, at
15  risk from Criminals such as co-defendant Gomez who Plaintiff had Previously filed a Restraining Order against. Defendants also
16  allowed multiple Male staff members to call Plaintiff a "whore" and a "tramp" and to commit child abuse against  Plaintiff, and these
17  male staff members are still employed, and are still receiving wages, including retirement wages by Defendants. Defendants also
18  allowed a Female employee to give street drugs to students, and an LGTBQ employee to Retaliate against Plaintiff because  Plaintiff
19  received a Valentines Day gift from a person that Defendant Arriaga liked but he did not like her. Defendants also allowed a Male
20  employee to commit Discrimination against Plaintiff by refusing to allow Plaintiff to speak English in an English Speaking, non-
21  spanish esl class, because Plaintiff is Mexican. Defendants also allowed a softball coach to have sexual relations with an underage
22  female. All of these persons are still receiving wages, either employment and/or retirement wages from defendant lausd and
23  defendant utla, while at the same time Plaintiff has been fraudulently denied wages because Plaintiff asked Defendants to Obey the
24  US Constitution, to not allow Children's information to be placed on the Dark Web by the Zoom app, and as a Federal RICO crime
25  committed against pLaintiff by all Defendants and Ancestral Discrimnation against Plaintiff due to Criminal psychopathic Liar,
26  cRiminal hacker and all Co-Defendants who have been malicously conspiring against and Criminallhy obsessively stalking and
2741

knowingly fraudulently crimnally defaming since 201 and Prior. Plaintiff also obtained a donation for Defendant lausd from a local business in Defendant City of South Gate. Plaintiff obtained a financial donation from the historical clothing store Greenspans. Defendants lausd, defendant utla nad co-defendants criminally lied about which person the donation was made for, due to an Underage Student willing to have sex with a Defendant lausd and Defendant utla instructor, and Plaintiff was not willing to do so, so Defendants committed Fraud and theft on their Financial Records and Fraudulently attributed the donation to this underage student having sex with Defendants, rather than to Plaintiff. This male staff member and his family, and the female student's family, are still receiving wages from  Defendant lausd and Defendant utla. While Plaintiff, who has never done anything criminal, nor illegal, nor maliicous, to anybody, even to pathological Liars like Defendant Sanja Ryan RN and Defendant gomez, remains without wages.

125.      Defendant Alicia Nishioka reported that Defendant Sanja Ryan, who is still employed by Defendant Kaiser Permenante and Defendant Providence Company Hospital, and Defendant Nicole Mitchell, both Rns were doing lines of Cocaine, while at work, with MD Leo Rodigriguez, who is also a Navy Officer. Defendant Frantz also had Criminal associations with the US Navy and persons such as MD Navy officer Nick Jones, who have participated, aided, abetted, etc all crimes against Plaintiff.  Traveler RN Hannah was high while at work. Defendant Providence Company Hospital House Supervisor RN, and Multiple Staff RNs and MD's would also use Ecstacy while at Raves and discuss their criminal activities while at work. Defendants at Defendant Los Angeles County Hospitals also participated in these Raves. Defendant Dean of the School of Medicine for Defendant los angeles county hospitals, was caught selling ecstacy, cocaine, and other drugs t o multiple Medical Staff members. Defendant Dean also bought Whores Prostitutes for Himself and Multiple Medical Staff members. All of these Staff members are still on the payroll of All Defendant hospitals, Defendant counties, and Defendant states. Plaintiff has not commited ANY crimes nor done anything illegal yet remains without wages under the Knowingly Frauudulent Claims made by Defendant gomez on behalf of Defendant Hoag Hospital and Defendant police and Defendant Nurses as a Federal RICO crime because they want to use Defendant gomez as a tool to distract away from, and Frauudulently distract from their Federal False claims violations of medicare and medical, Murder, Attempted Murder, child abuse, Time card Fraud, and all other crimes committed by All Defendants, including Attempted murder committed by Defendant Gomez of Plaintiff and Defendant Gomez attempting Murder of N.R.M, along with All Defendants constant 24/7 criminal Stalking and Criminal hacking and including Admitting theseThreats on behalf of Defendant crimnal Gomez and all co-defendants to

2741

1

2 Plaintiff via Social Media Instagram and twitter and facebook and all other accounts, besides defendants criminally hacking into

3 Plaintiff's account and fraudulently pretending to be Plaintiff and the fake sim card and other malicious fraudulent crimes All

4 Defendants criminally, maliciously, and knowingly fraudulently committed against Plaintiff in order to try to Fraudulently sert

5 Plaintiff up as Federal RICO crimes to prevent and/or delay Plaintiff's testimony regarding murder, attempted murder, child abuse,

6 malicious stalking, malicious hacking and all other crimes Defendants have committed, and continue to commit maliicously,

7 criminally, fraudulently, and with extreme Harrassing Hatefulness and Evil towards Plaintiff, in Contempt of Court.

8 126.    Plaintiff has had her sim card stolen from the phone used for this lawsuit, and has had to replace it multiple times. Plaintiff

9 has had to change/update her phone number, due to Defendants criminal stalking and criminal hacking in violation of US

10 Constitutional Laws and other US laws. Plaintiff has had to change her number multiple Times over the past years in order to try to

11 avoid Defendants criminally stalking and criminally hacking Plaintiff's devices in order to maliciously try to stalk, harrass, and try to

12 ruin anything that Plaintiff does, likes, and/or places Plaintiff goes to as defendant criminal gang- stalkers can see through gps

13 locations that Plaintiff did not consent to the phone device having. After mentioning on court papers about 5g towers allowing

14 hackers and stalkers to criminally know the locations of their Victims at all times through gps of phones, Defendant corporations paid

15 Co-Defendant phone companies to all only use 5g, Defendant cities to install 5g towers, and Defendant phone companies to not allow

16 persons to remove the batteries of their phone. This was done as a Federal RICO crime to aid, abet, assist, Criminal Stalkers, and

17 Criminal Gang-Stalkers, and Criminal Hackers with having the ability to Stalk and monitor their Victims 24/7, anywhere and

18 everywhere they go, placing their lives and safety at risk. It is almost impossible to have a job, purchase items, and overall function

19 in the U.S without owning a phone, and this allows Hackers and Stalkers to Criminally know where Plaintiff is at all times,  and what

20 Plaintiff views on the privacy of her phones, and private phone calls and private messages, and allows them to Criminally hack and

21 crimnally intercept and criminally create fraudulent calls and messages, and read private calls and messages, in violation of multiple

22 US laws, without Plaintiff's consent and in violation of multiple Constitutional and US laws, placeing the life and safety of Victim

23 of Stalkers, such as Plaintiff ,at risk. Especially when the stalker includes an Abusive Domestic Violent persons such as Defendant

24 E.Vil and/or Defendant Xiomara Gomez and/or Defendant janelle Arriaga, who have relations with Defendant Criminals south gate

25 police officers, and other dEfendant police, and/or Defendant Criminal Unions and /or Defendant Criminal Corporation  lawyers

26

2741

1  trying to Fraudulently set a person up, and/or destroy and/or inflict emotional distress onto persons who have legal claims against
2  them
3

4  127.     Plaintiff sent multiple emails to the Department of Justice and Department of Defense, and Defendant Downey Chief of
5  Police, with more facts, and details, and requesting Equal Protection of the Law, and Writ of Execution against All Defendants, and
6  all other Rights, including benefits of the law, and has not received any response
7

8  128.     Plaintiff is in fear for her life and safety, and the life and safety of her pet, who is like a Son to Plaintiff. Plaintiff went to get
9  an oil change, and the worker had a tattoo symbol of Defendants egypt eye. He Fraudulently told Plaintiff that her brake fluid was
10  low, and that if Plaintiff's car brakes stopped working, it was because the fluid was low. Plaintiff went to two different reputable
11  nationwide mechanics, and they stated that the brake fluid level was normal and it was not low, and showed it to Plaintiff where the
12  level was at and not showing as low. This implied to Plaintiff that Defendants were conspiring to cut Plaintiff's brakes and try to
13  make Plaintiff crash, and fraudulently pretending her brake fluid was low, when it was not low. Plaintiff took photos so that
14  Defendants cannot try to tamper with the vehicle to try to maliciously and criminally harm Plaintiff, her pet, who is like a son, nor
15  any of Plaintiff's loved ones, as well as any potential witnesses etc.

16  129.     Plaintiff filed approximately 20 times a restraining order and injunction request on all defendants, including eleven separate
17  restraining orders and injunctions documents besides the orders in the court testimonies, against all defendants, including gang
18  injunctions. Defendant criminal george h. wu and all co-defendants and all judicial officers have placed, and continue to place
19  Plaintiff's life and safety at risk, and that of her pet, and of her loved ones, such as N.R.M and third parties. Defendant criminal
20  george H.Wu and all co-defendants have caused Plaintiff, who is not on drugs, and is not mentally ill, and has a University degree,
21  and no adverse marks on any of her licences, nor any criminal history, to be Homeless and unemployed as a form of criminal
22  Tyranny, and terrorism in the United States.
23

24  130.     Defendants have thus far been in contempt of court and have continued to fail to pay all items on the award granted to
25  Plaintiff for cv 2:20-10292 and docket number 21:55661 and Supreme Court Documents. Defendant DOJ has continued to fail to
26  execute the Order.

2741

131.    On approximately October 4, 2021, Defendant USPS Gang Union and Defendant Public Officials for Defendant State of California and Defendant Los Angeles County, committed another RICO crime and changed the zip code for the mailing address PO BOX for Plaintiff. This change of address was not in effect prior/previously. Defendants Criminal Gang Members PUblic Officialsand Defendant Criminal Gang Union did this in violation of the Gang Injunction Restraining Orders that are currenlty in effect against them regarding this lawsuit. Defendamts changed the zip code as a Knowingly, Fraudulently, Maliciously, Tyrannical, and Terrorist Federal RICO crime in order to attempt to fraudulently cover-up for Co-Defendants regarding their failure to serve and send documents to Plaintiff. Defendants also did this as a Federal RICO crime in order to Criminally Prevent Plaintiff from receiving mail from third parties, including any possible financial notices, as a form of Financial and Social Coercive Control Abuse in violation of the Restraining orders against them in order to furhter attack Plaintiff's finances and to further Criminally isolate Plaintiff and to attempt to knowingly, Criminally, and Maliciously deceive the Public regarding Defendants failure to meet time requirements, and regarding the contact mailing address of this lawsuit. As of September 2021, Plaintiff received a postmarked letter at the PO BOX and the letter used the zip code 90706., that was still in effect before Defendants committed a RICO crime by knowingly, frauudulently, willingly, and maliciously chanigng the zip code for the mailing address in October 2021. The updated zip code is changed from 90706 to 90707. Plaintiff also believes that Defendants changed the zip code as a reference to Plaintiff's Uncle. Defendants have a history and Pattern of using Symbols and References to Harrass Plaintiff, and Plaintiff has multiple messages from multiple Defendants where they make indirect reference to Plaintiff's Uncle. Defendants have tried to commit RICO cover ups of these acts after Plaintiff filed the lawsuit, however, the evidence still stands strong. Plaintiff's Uncle told Plaintiff during a recorded prison phone call the number 7070, so Defendants changed the mailing zip code to this number.

132.    Defendants Union Gang Members Police and Defendant Nurses Gang Member Union Stalkers also made references to Plaintiff's Uncle, Louis James Romero, in Prison. This includes Defendants placing a neighbor at Defendant Cushman and wakefield/park regency/pinnacle group toStalk Plaintiff for Defendants while also making indirect malicious harrassing and psychological Games as serial killer References for Defendants. This includes fraudulently claiming that they were related to a CFO with the last name Romero in Washington State, where Plaintiff's Uncle used to live, but there was no actual CFO with that name Romero. After Plaintiff mentioned this in an affidavit, Defendants changed the CFO To a person with the name Romero

1

2 however no person of the name Romero as CFO was there previously  in all months and the year prior and the was only done after

3 court testimony was given in late 2021, almost a year later after talking to this,Defendant stalker placed neighbor,  who was

4 Criminally Stalking and harrassing Plaintiff for Defendants as retaliation against Plaintiff and Plaintiff's Uncle,  as a form of

5 Cover-up by Defendants. The neighbor also claimed she was a Landlord for a different facility, likely related to Defendant KRPM

6 group, but yet she was staying in Defendant apartments, and was moving to Texas, because Defendant Criminal Union was

7 paying persons in California to move to Texas for Election  RICO crime Purposes  for Defendant Democratic Party since Texas is

8 a Red State and Defendants want to change their voting to be given to Defendants like Criminal Kamala Harris and her criminal

9 husband Defendant Douglas Emhoff. Plaintiff used to vote for persons like Bernie Sanders, however based on Defendant's

10 Criminal and Fraudulent conduct, Plaintiff no longer votes for Any party..

11 133.     Defendants continue to knowingly, fraudulently, maciciously imprison Plaintiff's Uncle and any other of Plaintiff's

12 family members, when per federal law, they are not prisoners and ordered to be Released,. Defendants are doing so in violation of

13 the 13th amendment and are ordered to Pay Plaintiff's Uncle and any other persons back wages and punitive damages for

14 frauduletntly keeping them in prison when they are Non-prisoners. All telephone calls, letters, and other communications are also

15 private since they are non-prisoners and Defendants violate the 4th amen dment against Plaintiff's Uncle by monitoring his calls

16 when he is supposed tobe a Non-prisoner since 2012

17 134.     Plaintiff sent Dept of Justice and Dept of Defense multiple Emails seeking protection from Defendants and Defendants

18 contempt of court for the execution of the award summary. These emails include multiple other facts of this case including

19 Defendant lausd and Defendant utla and Defendant hospital employees partaking in criminal illegal substance use and sale,

20 including while at work inside the workplace. This also includes Defendant s committing child abuse, including Defendant lausd

21 calling Plainttiff a whore and a tramp, committing  Ancestral and Racial discriminaltion of Plaintiff, defamation, retaliation, and

22 other crimes against Plaintiff, as well as child abuse, and all Defendant lausd and Defendant utla employees who committed these

23 crimes remain receiving employment wages and/or retirement wages while Plaintiff suffers financial loss and is homeless without

24 cause, and due to  malicious  Criminal Hate crimes against Plaintiff committed by All defendants .Plaintiff reiterates here all

25 emails sent to the Department of Justice and Department of Defense and to Co-Defendants  which Plaintiff reiterates here, after

26 award summary with Prejudice was already granted to Plaintiff per US Constitutional and Federal Laws and US lawss.

27 41

1

2  135.   Plaintiff has many more facts than those listed here, but believes this is sufficient enough to list and can state more facts

3  as necessary for the case. Defendants criminal gang unions and all Co-Defendants relentlessly, fraudulently and with malicious

4  evil intent, constantly and in violation of court orders, attempt to fraudulently set Plaintiff up and fraudulently make and stage

5  fake evidence and fake storylines and fraudulent illegal and criminal fraudulent investigations under the fraudulent color of law,

6  which defendant police have no legal jurisdication over, and  as a criminal RICO and criminal harrasment behavior for all

7  defendants and all co-defendants

8

9                               <u>**CAUSES  OF  ACTION**</u>

10

11                          **1ST CAUSE OF ACTION**

12               **Racketeer Influenced and Corrupt Organizations**

13                              **18 US Code 1961**

14  136.   The allegations set forth in paragraphs 1 through 1317 and 1 through 135 are re-alleged and incorporated herein for

15       each section of this Cause of Action

16  137.   Statute 18 USC 1961 defines racketeering activity to include acts  that Defendants committed including Extortion,

17       violation of section 1512 (tampering with witness, victim, or informants), section 1513 (retaliating against a witness, victim

18       or informant), 19 usc 186 (payments of value to labor organizations),  section 1510 (obstruction of criminal investigations),

19       Murder, section 1028 identification fraud, section 1084 gambling with the Yaqui Casino Del Sol, extortionate credit with the

20       Native Tribes, Mail fraud and fictitious address fraud, copyright infringement of Plaintiff's work, creating a biological

21       weapon and fear against US Citizens, and multiple other racketeering violations of this act, that are named in the statute

22  138.   This RICO Statute requires a minimum of 2 acts of racketeering activity, and Plaintiff has provided over 10 acts

23       considered racketeering activity that Defendants have committed as listed in the allegations in paragraphs 1 through1317 and

24       1 through 135 and 1 through 135.

25

26

2741

139.     Plaintiff has already listed1317 and 1 through 135 reasons that Defendants are guilty of these crimes. Plaintiff lists a

few examples of some statutes here, but readers should refer to paragraphs 1 through1317 and 1 through 135. Defendants are

guilty for more than just the acts listed below as examples:

140.     For example, Defendants used bribery, fraudulent identification records, extortionate credit, gambling, and other

crimes to remove Plaintiff's Great Grandparents, and Grandfather W.D.S's family heritage

141.     **EXTORTION:**

142.          A. Defendants committed extortion by using threats, force,

intimidation, and adverse employment actions to try to force Plaintiff not to

report Defendants to Governmental Agencies

B. Defendants told Plaintiff they would blacklist and further injure her and her

family if she did not sign an unfair contract. Defendants have actually blacklisted

Plaintiff.

143.     **SECTION 201**

144.          A. Defendants Bribed Public Officials Co-Defendants, and Co-Defendants

took the bribes, acting on behalf of California Department of Fair and Equal Housing, National

Labor Relations Board Field Office, California Department of Public Health, Los Angeles

Department of Education, BRN Luke Leslie, and the 9th Circuit of Judges as outlined in

paragraphs 1 through1317 and 1 through 135,  for example DFEH employee Linda Connor lied on

her notes regarding Plaintiff's statement. DFEH also corruptly and intentionally ommitted over

100 documents that were emailed to DFEH. NLRB employee Marissa Dagagdan, corruptly misled

in her report and intentionally concealed documents and writings that Plaintiff had shared with her.

DPH employee told Plaintiff that she was going to lie on her report about Plaintiff, and DPH later

refused to allow Plaintiff to be interviewed and to submit evidence, in violation of law. DPH

refuses to give Plaintiff copies of their reports against Defendants Company Hospital, in violation

of law.

145.            B. Defendants bribed Defendant Judges to take advesre judicial action against Plaintiff's Uncle L.J.R

146.    C. Defendants bribed judicial officials to change legal court documents such as the class action lawsuit documents

147.        D. Defendants bribed Attorneys not to represent Plaintiff

148.    **SECTION 1512**

149.    **A1.**    Defendants violated 18 USC 1512 by knowingly using intimidation, threats, corruptly persuading, and/or engaging in misleading conduct toward Plaintiff, and other hospital staff, with the intent to influence, delay, or prevent testimony of Plaintiff, and other hospital staff, in State and Federal investigations.  A list of examples, include, but are not limited to, the following occurrences

150.    **A2.**  Defendants committed workplace violence, suspended, called into harassing meetings, etc as listed previously, against Plaintiff when she was going to submit, and/or had submitted, Health and Safety violations, DPH reports, JCAHO reports, NLRB reports, Wage Violations, DFEH reports, etc as listed above.

151.        **A3.** Defendants Police also used intimidation, threats, corruptly persuading, and/or engaging in misleading conduct towards Plaintiff

152.    **A4.**    Defendant Attorneys also used corrupt persuading, and misleading conduct against Plaintiff

153.    **A5.** Defendants tried to corruptly persuade and mislead Plaintiff to withdraw her federal reports, and not to file reports to the State DPH, on multiple occasions. All Defendants also tried to intimidate, target, and harass Plaintiff regarding her reports.

154. **A6.** Defendants misled and corruptly persuaded Plaintiff not to give names of witnesses to the NLRB and DFEH because Defendants told Plaintiff that witness hospital Staff had already agreed with Defendants to lie under oath and commit perjury for Defendants

155.   **A7**. Defendants corruptly persuaded and engaged in misleading conduct to Plaintiff regarding her governmental claims and Plaintiff's rights under the law against Defendants.

156.   **A8.** During meetings, all Defendants tried to corruptly persuade Plaintiff not to provide testimony nor give names of witnesses to the Government

157.   **A9.** Defendants used intimidation to prevent other staff members from testifying truthfully

158.   **A10**. Defendants intimidated, corruptly persuaded, and misled other Staff members regarding investigations including State, Federal and Local investigations with government agencies. Defendants told staff that they would get into trouble if they testified Truthfully. Defendants told staff false information about what Plaintiff had reported. Defendants groomed staff on what to say to investigators.

159.   **B.** Defendants violated 18 USC 1512 by altering, mutilating, destroying, or concealing documents and objects with the intent to impair it's use in an official proceeding. Defendants altered, mutilated, destroyed or concealed patient medical records, kronos documents, scheduling records, break sheets, security footage, and other documents, objects, and records that were to be used during legal proceedings.

160.   **C.** Defendants violated 18 USC 1512 by knowingly using intimidation, threats, corruptly persuading, or engaging in misleading conduct toward Plaintiff to try to prevent Plaintiff from filing complaints against police officers with their internal affairs department, and mandatory State reports for Nurses.

161.   **D**.   Defendants violated 18 USC 1512 by knowingly using intimidation, threats, corruptly persuading, or engaging in misleading conduct toward other Staff members with the intent to influence, hinder, delay, or prevent other Staff witnesses from providing Truthful testimony to official Local, Federal, and State

2741

---

PLAINTIFF'S COMPLAINT FOR DAMAGES
64

Investigations. Staff was threatened with loss of employment, and/or loss of their license, if they spoke Truthfully on behalf of Plaintiff and/or events Plaintiff reported.

162.  **E.**  Defendants violated 18 USC 1512 by knowingly using intimidation, threats, corruptly persuading, or engaging in misleading conduct toward Staff and Plaintiff with the intent to attempt to cause them to change or conceal information in documents and records. This includes Defendants forcibly deleting and/or changing Plaintiff and other staff members' accurate, Truthful and Legally Necessary patient medical notes, and Defendants fraudulently altering medical record charts as a form of cover-up during investigations.

163.  **F.**  Defendants violated 18 USC 1512 by intentionally harassing Plaintiff to hinder, delay, prevent, or dissuade Plaintiff from testifying or attending a legal proceeding and/or reporting an offense

164.  **SECTION 1513**

165.

166.  **A.**  Defendants knowingly, with the intent to retaliate, interfered with the lawful employment and livelihood of Plaintiff, when she provided information regarding the commission or possible commission of a federal violation, including violations of discrimination laws, labor laws and of corruption.

167.  **B.**  Defendants knowingly, with the intent to retaliate, interfered with the lawful employment and livelihood of Plaintiff, when she provided information and testimony regarding criminal activity

168.  **29 USC 186**

169.  **A.**  Defendants made and received payments of value between each other, including labor contract, employment benefits, and political benefits, in exchange for violating Plaintiff's civil rights, for notifying Defendant  Company

Hospital of documents that were going to be Subpoenaed by Plaintiff during legal processes, for committing defamation, for committing attempted entrapment, for infliction of emotional distress, for sharing personal information about Plaintiff, and in exchange for attempting to sabotage and/or prevent Plaintiff from pursuing legal claims against co-defendants. Defendants Denice Martin, Christa Indriolo, and Rafael Rivero were bargaining agents for employment to obtain contract benefits.

170.        **B.** Defendants did so willingly, knowingly, maliciously and intentionally and fraudulently.

171.    **18 USC 1510**

172.        **A.**    Defendants obstructed federal, state and local investigations

173.        **B.**    Defendants obstructed by tampering with witnesses and with Plaintiff

174.    **C.**    Defendants had the intent to obstruct justice, directly or indirectly, by notifying co-defendants and the Kronos time records company used for financial wages and security that records were going to be subpoenaed by Plaintiff for legal processes

175.    **D.**    Defendants obstructed investigations by altering records, documents, and other objects intentionally, fraudulently, maliciously, willingly, and knowingly  Defendants violated multiple other racketeering act statutes han those listed here, but due to the volume of the crimes they committed please refer to paragraphs 1 through1317 and 1 through 135 for the full  list of unlawful racketeering acts that Defendants committed.

**2ND CAUSE OF ACTION:**

**42 USC 1985**

**Conspiracy to interfere with Civil Rights**

176.    The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein.

177.    Statute makes it illegal to obstruct justice by conspiring to deter by force, intimidation or threat, any party or witness from testifying freely, fully, and truthfully, or to injure such party on account of having so testified, or to influence the verdict, presentment, or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, due course of justice, with the intent to deny any citizen equal protection under the law.

178.    Defendants conspired, harassed, threatened, intimidated, and injured Plaintiff on multiple occasions in order to prevent her from reporting unlawful acts committed by all Defendants

179.    Defendants conspired threatened and intimidated other Staff with loss of their license and/or jobs if they testified truthfully on behalf of Plaintiff.

180.    Defendants conspired for the purpose of impeding, hindering, obstructing and defeating due course of justice with the intent to deny Plaintiff equal protection under the law.

181.    Defendants conspired acts to also influence the verdict of justice regarding Plaintiff's whistleblower activity in multiple arenas including Police Department Internal Affairs, the Department of Public Health, the Board of Nursing, JCAHO investigations, and a Judicial Court's Verdict on Plaintiff's family members

**3RD CAUSE OF ACTION**

**42 USC 11317 and 1 through 135**

182.    The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated here.

183.  Statute indicates that every person, who, under the color of law, causes any citizen to be subjected to deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured.

184.    All defendants acted under the color of law to illegally violate Plaintiff's rights, including her right to privacy, right to Truth in evidence, right to a speedy trial, right to petition the government for redress, right to be protected from the perpetrators, right to dignity, etc as listed above

185.     Defendants did so intentionally, maliciously, knowingly, willingly, and fraudulently

186.     Plaintiff is entitled to damages

**4TH CAUSE OF ACTION**

**42 USC 1981 and 42 USC 1981a**

187.     The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein.

188.     Statute states that all persons within the United States shall have the same rights in every State and Territory to the full and equal benefits of all laws and proceedings and the security of persons and property as is enjoyed by White citizens, and to make and enforce contracts, including the enjoyment of all benefits terms and conditions of the contractual relationship as is enjoyed by White citizens.

189.     The rights are protected against impairment by  discrimination and impairment under the color of law.

190.     Defendants violated Plaintiff's civil rights by not granting her full and equal benefits under the law as were granted to White Defendants as outlined in paragraphs 1 through 405, as well as not unequal employment contractual benefits

191.     Defendants committed intentional unlawful discrimination against Plaintiff. Defendants did so with malice and reckless indifference to the federally protected rights of Plaintiff. Defendants did so maliciously, intentionally, willingly and knowingly

192.     Plaintiff is entitled to punitive and compensatory damages.

**5TH CAUSE OF ACTION**

**FALSE CLAIMS ACT**

**31 USC 3729**

193.     The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated here.

194.     Defendants Company Hospital maintained, and continue to maintain, an Electronic Medical Record Keeping system that allows any leadership RN and/or manager, and/or administrator and/or lawyer to alter, change, and/or delete a Nurse's documentation without the nurse's consent, and it would appear as though the non-consenting Provider had charted the information, and/or had failed to chart information. Defendants were also able to fraudulently change the time stamps and other areas of the Charts. This  has affected millions of patients, finance payments, investigations of the hospital, retaliation acts, and medical malpractice litigation past, present, and future.  Defendants covered-up their illegal acts by changing Plaintiff's  charting without her authorization. Defendants

also did so to other staff's charts of medical records as a form of cover-up, and for financial payments. All Defendants participated, aided, abetted, coerced, and/or compelled with this unlawful conduct.

195.     Defendants ability to alter, change, delete, omit, or remove notes that were medically and legally necessary from patient medical records of any nurse is a violation of the false claims act and creates fraudulent record keeping. Defendants, knowingly presented or caused to be presented, and may still be presenting or causing to be presented, fraudulent medical records to the United States medicare and medicaid programs, to the Department of Public Health, Defendant Police, and other Governmental Agencies

196.     Defendants Company Hospital also falsified financial records in regards to rest break sheets, meal penalties, overtime wages, kronos time records, scheduling records, etc as listed previously.

197.     Defendants, knowingly presented or caused to be presented, and may still be presenting or causing to be presented, to the Office on Violence against Women, the COPS program, the CAMP program, and other Federal Funding Programs,  false or fraudulent claims for payment. Defendant Police Department may only receive funding in this program if they are not violating the Civil rights of civilians and if they are helping women, such as Plaintiff, and not threatening persons like N.R.M under the CAMP  program. Defendant Police Department made false claims to the United States Government claiming to obey Civil Right Laws and to help women such as Plaintiff and to be using the CAMP program properly, while at the same time knowingly, intentionally fraudulently, and maliciously violating civilians Civil Rights and not assisting Plaintiff, and N.R.M  who needed help with sobriety.  Defendants engaged in a pattern and practice of unlawful discrimination against Plaintiff. DOJ has stated that "Compliance with civil rights laws is the very essence of the COPS grants recipients", and Defendants Police Department have not been following this standard, and therefore did not, and do not, qualify for the program payments.

198.     Defendants LAUSD tried to make Nurses chart medical notes for days they were not present to observe medical care. Defendants also maintained a medical record keeping system that could be changed without the consent of the licensed provider. Defendants also received Federal Funding to hire and retain staff such as Nurses, such as Plaintiff, in order to ensure students have the resources they need while in school. Defendants have not used the Federal Funding for it's stated purpose and have made false or fraudulent claims for payment to the US Government. Defendants LAUSD also committed fraud on other records, including time keeping records by requiring all Teachers and All Nurses to work 8 hours, while only indicating in payroll documents that they worked 6 hours. Defendants tried to  falsify records, create false records, and change the utla records as a form of cover-up

199.   All Defendants have knowingly presented or caused to be presented, and may stil be presenting or causing to be presented, false or fraudulent claims for Payment under the disguise of Covid-19, using fraudulent statistics, fraudulent record-keeping, and other fraudulent acts. Defendants have also caused tremendous financial loss to the US Government due to their fraudulent behavior.

200.   The United States of America, unaware of the falsity of the claims and/or statements made by Defendants, and in reliance on the accuracy of these claims and/or statements, awarded, and may still be paying or providing funds, to Defendants under the COPS program, under Medicare and Medicaid, and other funding, including tax breaks, and financial programs.

201.   All defendants assisted, aided and abetted Defendants Torrance Police Department,  Defendants Company Hospital, to knowingly submit, or caused to be submitted, false or fraudulent claims, or false records and statements, to the United States

202.   All Defendants have formed an agreement to assist with Defendants submission of false claims and false record keeping.

203.   All Defendants have committed an act in furtherance of the object of this Agreement.

204.   Each Defendant has acted with the intent to defraud the United States.

205.   As a result of the fraudulent conduct, the United States of America has been, and may continue to be, severely damaged.

**SIXTH CAUSE OF ACTION**

**RETALIATION under the False Claims Act**

**31 U.S.C. § 3730**

206.   The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated here.

207.   Statute states that an employee, such as Plaintiff, shall be entitled to all relief necessary to make that employee whole, if that employee, Plaintiff, is discharged, demoted, suspended, threatened, harassed, or in any other manner discriminated against in the terms and conditions of employment because of unlawful acts done by Defendants in furtherance of an action under this section or Plaintiff's efforts to stop 1 or more violations of the false claims act.

208.   Plaintiff had multiple adverse employment acts committed against her after reporting violations of the false claims act as alleged in paragraphs previously

209.   Plaintiff has endured financial loss, employment benefit loss, injury to her Professional reputation, harassment, humiliation, and discrimination, causing her to suffer extreme emotional distress and financial losses

**7TH CAUSE OF ACTION**

**CONSPIRACY ACTS**

210. All allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein.

211.     Defendants and each of them knowingly and willfully conspired and agreed among themselves to have Plaintiff removed from employment, to commit defamation against Plaintiff, to obstruct justice, to abuse process, to inflict emotional distress, to discriminate against, to injure Plaintiff in her professional and judicial reputation, to injure her Family members and her families tribes, to violate her victim of crime rights, to violate her civil rights, and to violate multiple other laws and rights against Plaintiff

212.     All Defendants did the acts and things herein alleged pursuant to, and in furtherance of, the conspiracy and above-alleged agreement.

213.     Defendants furthered the conspiracy by cooperation with, and/or lent aid and encouragement to, and/or ratified and adopted the acts of co-defendants

214.     As a result of the wrongful acts Defendants committed, Plaintiff and her family, has suffered and continues to suffer financial losses, emotional distress, loss of employment, loss of benefits, humiliation, and anguish

215.     Defendants committed these acts maliciously, oppressively, knowingly, fraudulently, willingly, and intentionally with evil motives against  Plaintiff. Therefore, Plaintiff is entitled to punitive damages.

**8TH CAUSE OF ACTION**

**Violation of Health and Safety Code 1278.5**

216. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein.

217.  At all relevant times Health and Safety Code 1278.5 was in effect and was binding on Defendants. The statute prohibits Defendants from discriminating and/or retaliating, in any manner, against an Employee, such as Plaintiff, because she presented a grievance, complaint, or report to the health facility and/or to agencies responsible for accrediting or evaluating the health facility and/or to other governmental agencies. Statute further prohibits a health care facility from discriminating and/or retaliating against an Employee, such as Plaintiff, because she initiated, participated, and/or cooperated in an investigation related to the care, services and conditions at the health care facility, with an agency responsible for accrediting

or evaluating the facility or it's medical staff or any governmental entity. The Statute further prohibits any discriminatory or retaliatory treatment of an employee who on behalf of a patient, submits a grievance or complaint, either directly or indirectly, to a health facility administrator or governmental entity. Discriminatory treatment in the Statute is defined as termination, suspension, any unfavorable changes in, or breach of, the terms or conditions of a contract, employment, or privileges of the employee, or threats of such action, against an employee, such as Plaintiff.

218. Plaintiff raised complaints of actual, perceived, and/or potential unsafe care, services and conditions at the health facility where she worked for Defendants. Plaintiff also initiated, participated and/or cooperated in an investigation with Governmental Agencies, related to the unsafe care, services, and conditions at the health facility. Furthermore, Plaintiff also reported complaints on behalf of patients to facility administrators. Defendants discriminated and retaliated against Plaintiff by taking adverse employment actions, including employment termination, suspension, breach of terms of conditions of employment, and other acts against her.

219. Per the Statute, there is a Rebuttable Presumption that the action taken by the health facility was done as retaliation against Plaintiff, because the acts occurred within 180, and 120, days of the Plaintiff filing the grievance or complaints.

220.        Responsible staff had knowledge of the actions, participation, and cooperation of the illegal acts Defendants committed.

221. Defendants willfully violated Health and Safety Code 1278.5 multiple times against Plaintiff. As a result of Defendants' adverse employment actions against Plaintiff, she  has suffered, and continues to suffer, general and special damages, including significant financial loss, in sums according to proof.

222. Defendants  also violated Health and Safety Code 1278.5, when Plaintiff was denied the right to discuss possible regulatory violations and patient safety concerns with an Inspector privately during the course of an investigation or inspection by the California Department of Public Health and by JCAHO.

223. As a result of Defendants repeated violations of health and Safety Code 1278.5, Plaintiff has suffered, and continues to suffer, humiliation, emotional distress, and mental and physical pain and anguish

224. Defendants' misconduct was committed intentionally, fraudulently, maliciously, and oppressively, which entitles Plaintiff to punitive damages.

2741

225. Plaintiff requires legal expenses to be paid as well per the Statute.

### 9TH CAUSE OF ACTION

### CALIFORNIA LABOR CODE 230 and 230.1

226. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein.

227. Statute prohibits the discrimination and/or retaliation of an employee, such as Plaintiff, because of the employee is a victim of domestic violence, sexual assault, and/or stalking.

228. Plaintiff was the victim of stalking and domestic dating violence.

229. Defendants retaliated against Plaintiff and indicated on her evaluation that she was tardy

230. Plaintiff is entitled to damages

### 10TH CAUSE OF ACTION

### Whistleblower Retaliation

### (Labor Code § 1102.5, et sea.)

231. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein.

232. Labor Code section 1102.5 was in effect and was binding on Defendants.  This statute prohibits Defendants from retaliating against an employee, such as Plaintiff, for raising complaints of potential illegality and for providing information and/or testifying of such potential illegality to a government agency because the employer is believed to have engaged in such conduct. The statute further prohibits Defendants from retaliating against an employee, such as Plaintiff, because she raised complaints of illegality to another employee who had the authority to correct the violation, and/or to another person with authority over the employee Plaintiff. The statute also further prohibits Defendants from retaliating against an employee, Plaintiff, for protesting the Defendants' illegal activity.

233. Plaintiff raised complaints of perceived, actual, and/or potential illegality while she worked for Defendants. Plaintiff raised these complaints to Governmental Agencies, as well as to Defendants Company Hospital of Torrance, who had the authority to correct the violations. Defendants retaliated against her, on multiple occasions, including by adverse employment actions and employment termination against her.

234. As a result of defendants' willful, knowing, and intentional violations of Labor Code section 1102.5, including adverse employment actions, Plaintiff has suffered, and continues to suffer, humiliation, emotional distress, and mental and physical pain and anguish.

235. Defendants' misconduct was committed intentionally, fraudulently, maliciously, and oppressively, which entitles Plaintiff to punitive damages.

## 11TH CAUSE OF ACTION

### Wrongful Termination of Employment in Violation

### of Public Policy (Tameny v. Atlantic Richfield Co. (1980) Cal.3d 167)

236. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein.

237. Defendants terminated Plaintiff's employment in violation of various fundamental public policies underlying both state and federal laws. These actions were in violation of, but not limited to, California Health and Safety Code 1278.5, California Labor Code sections 1102.5, the FEHA, the California Constitution, and California Civil Code sections 44, 45, 46.

238. As a result of defendants' wrongful termination of Plaintiff's employment in violation of fundamental public policies, Plaintiff has suffered and continues to suffer humiliation, emotional distress, and mental and physical pain and anguish

239. Defendants' misconduct was committed intentionally, fraudulently, maliciously, and oppressively, which entitles Plaintiff to punitive damages.

## 12TH CAUSE OF ACTION:

### VIOLATION OF FEHA AND TITLE VII OF CIVIL RIGHTS ACT OF 1964

### ON THE BASIS OF ANCESTRY

240. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein.

241. Defendants' conduct, as alleged, violated FEHA, Government Code section 12900, et seq.,and Title VII of the Civil Rights Act of 1964

242. Defendants discriminated and retaliated against Plaintiff due to ancestry in regards to scheduling of work hours, denial of shifts, training, education, employment contract, career opportunities, leave, discipline, communication, wages, monitoring, civil rights violations, and adverse employment actions

243. Defendants' conduct, as alleged, and defendants committed unlawful employment practices, including by the following bases for liability: a. Discharging, barring, refusing to transfer, retain, hire, select, and/or employ, and/or otherwise discriminating against plaintiff, in whole or in part on the basis of plaintiff's race, national origin, and/or color, in violation of law, b. Harassing plaintiff and/or creating a hostile work environment, in whole or in part on the basis of plaintiff's race, national origin, and/or color,; c. Failing to take all reasonable steps to prevent discrimination and harassment based on race,d. Retaliating against plaintiff for seeking to exercise rights guaranteed under FEHA and Title VII and/or opposing defendants' failure to provide such rights,

244. As a result of Defendants' willful, knowing, and intentional discrimination against plaintiff, plaintiff has sustained and continues to sustain substantial losses of earnings and other employment benefits.

245. As a result of Defendants' willful, knowing, and intentional discrimination against plaintiff, plaintiff has suffered and continues to suffer humiliation, emotional distress, and physical and mental pain and anguish

246. Plaintiff has incurred and continues to incur legal expenses and fees.  Plaintiff is entitled to recover reasonable fees and costs in an amount according to proof.

247. Defendants retaliated against Plaintiff because she opposed discrimination and harassment in the workplace. Such conduct included subjecting Plaintiff to retaliation and further harassment because of Plaintiff"s complaints about discrimination and harassment. Such retaliation included, but is not limited to, defamation, denial of shifts, being placed on leave, false disciplinary acts and termination

248. At all times material hereto, Defendants were prohibited from discriminating against employees who oppose practices forbidden by FEHA and Title VII.

249. At all times relevant hereto, Plaintiff"s complaints of harassment and discrimination were based on her protected status as a person lawfully engaged in constitutionally protected expressive activity. In complaining to her supervisors, Plaintiff was opposing practices forbidden by FEHA and Title VII  and was thus engaged in a protected activity

250. Plaintiff received retaliatory adverse employment actions because she spoke up against discrimination, which violates FEHA and Title VII

251. As a result of defendants' willful, knowing, and intentional discrimination against plaintiff, Plaintiff has sustained and continues to sustain substantial losses of earnings and other employment benefits.

252. As a result of defendants' willful, knowing, and intentional discrimination against plaintiff, plaintiff has suffered and continues to suffer humiliation, emotional distress, and physical and mental pain and anguish

253. Defendants committed discrimination oppressively and maliciously, with the intention of injuring Plaintiff, from an evil motive, and in conscious disregard of Plaintiff"s rights and the laws of the land. Therefore, Plaintiff is entitled to recover punitive damages from Defendants.

### 13TH CAUSE OF ACTION:

### VIOLATION OF FEHA AND TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

### ON THE BASIS OF RELIGION

254. The allegations set forth in paragraphs 1 through 1317 and 1 through 135 are re-alleged and incorporated herein.

255. Defendants' conduct, as alleged, violated law, and defendants committed unlawful employment practices, including by the following bases for liability: a. Discriminating against plaintiff, in whole or in part on the basis of Plaintiff's religion); b. Harassing plaintiff and/or creating a hostile work environment, c. Failing to take all reasonable steps to prevent discrimination and harassment based on religion,; d. Retaliating against plaintiff for seeking to exercise rights guaranteed under FEHA and Title VII, and/or opposing defendants' failure to provide such rights

256. As a result of Defendants' willful, knowing, and intentional discrimination against plaintiff, plaintiff has sustained and continues to sustain substantial losses of earnings and other employment benefits.

257. As a result of Defendants' willful, knowing, and intentional discrimination against plaintiff, plaintiff has suffered and continues to suffer humiliation, emotional distress, and physical and mental pain and anguish

258. Plaintiff has incurred and continues to incur legal expenses and fees.  Plaintiff is entitled to recover reasonable fees and costs (including expert costs) in an amount according to proof.

259. Defendants retaliated against Plaintiff because she opposed discrimination and harassment in the workplace. Such conduct included subjecting Plaintiff to retaliation and further harassment because of Plaintiff"s complaints about discrimination and

harassment. Such retaliation included, but is not limited to, defamation, denial of shifts, being placed on leave, false disciplinary acts and termination

260. At all times material hereto, Defendants were prohibited from discriminating against employees who oppose practices forbidden by FEHA and Title VII

261. At all times relevant hereto, Plaintiff''s complaints of harassment and discrimination were based on her protected status as a person lawfully engaged in constitutionally protected expressive activity. In complaining to her supervisors, Plaintiff was opposing practices forbidden by FEHA and Title VII and was thus engaged in a protected activity

262. Plaintiff received retaliatory adverse employment actions because she spoke up against discrimination, which violates FEHA and Title VII

263. As a result of defendants' willful, knowing, and intentional discrimination against plaintiff, Plaintiff has sustained and continues to sustain substantial losses of earnings and other employment benefits.

264. As a result of defendants' willful, knowing, and intentional discrimination against plaintiff, plaintiff has suffered and continues to suffer humiliation, emotional distress, and physical and mental pain and anguish

265. Defendants committed discrimination oppressively and maliciously, with the intention of injuring Plaintiff, from an evil motive, and in conscious disregard of Plaintiff''s rights and the laws of the land. Therefore, Plaintiff is entitled to recover punitive damages from Defendants.

### 14TH CAUSE OF ACTION

### WRONGFUL TERMINATION

### IN VIOLATION OF FEHA AND TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

266. The allegations of each of the preceding paragraphs 1 through1317 and 1 through 135 are realleged and incorporated here.

267. Pursuant to Govt. Code §§ 12940, et seq.,and Title VII employers shall not treat their employees differently in terms, compensation, conditions and privileges of employment because Plaintiff reported FEHA and Title VII violations, and/or because of Plaintiff's ancestry and/or religion

268. Defendants violated Plaintiff"s civil rights and violated §§ 12940, et seq., and Title VII when they terminated her after she expressed FEHA and Title VII violations, was engaged in religious activity on her days off of work, and because of her ancestry and religion

269. As a result of Defendants" conduct, Plaintiff has suffered special damages in the form of lost earnings, benefits, and out of pocket expenses.  Furthermore, as a result of Defendants" conduct, Plaintiff suffered, and will suffer lost future earnings, benefits and/or other prospective damages

270. Plaintiff has also suffered loss of financial stability, peace of mind and future security, and has suffered embarrassment, humiliation, mental and emotional pain and distress and discomfort

271. Defendants conduct also entitles Plaintiff to recover reasonable fees and costs

272. Defendants committed discrimination oppressively and maliciously, with the intention of injuring Plaintiff, from an evil motive, and in conscious disregard of Plaintiff"s rights and the laws of the land. Therefore, Plaintiff is entitled to recover punitive damages from Defendants.

**15TH CAUSE OF ACTION**

**Defamation (**Civil Code §§ 45, 46; Kelly v. General Tel.

Co. (1982) 136 Cal. App.3d 278; Mercado v. Hoefler

(1961) 190 Cal. App.2d 12; Frances T. v. Village Green

Owners Ass'n (1986) 42 Cal.3d 490; Asahi Kasei Pharma

Corp. v. Actelion Ltd. (2013) 222 Cal. App.4th 945; Wyatt

v. Union Mortgage Co. (1979) 24 Cal.3d 773; Seagate Tech.

v. A.J. Kogyo Co. (1990) 219 Cal. App.3d 696; Oren Royal

Oaks Venture v. Greenberg, Bernhard, Weiss & Karma, Inc.

(1986) 42 Cal.3d 1157)

273. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein.

274. As listed in the paragraphs above, Defendants maliciously, knowingly, fraudulently, willingly, and intentionally committed defamation against Plaintiff on multiple occasions, in order to injure her in her Professional, legal and personal reputation.

275. Defendants have a pattern and practice of defaming persons that they target and want to separate from employment, or to remove from credibility, for being a whistle-blower against Defendants, in order to ensure that the individual's reputation is tarnished. There have been dozens of persons who have been subjected to this treatment. Despite the malicious and manipulative actions, these practices are condoned and promoted by both Defendants Torrance Police Department and Defendants Company Hospital of Torrance.

276. On the basis of information and belief, the statements at issue against Plaintiff would not have been generated without the authorization, direction and/or meaningful participation of Defendants Company Hospital of Torrance and Defendants Torrance Police Department.

277. An employer is vicariously liable for defamatory statements regarding employees made by their supervisors and/or co-workers in the course and scope of their employment, under the principles of respondeat superior, and a principal can be liable for an employee's malicious torts committed in the course and scope of employment, despite the contention that the employee may not have had the authority to engage in tortious conduct.

278. Individual officers and directors, are not immune to liability if they authorize, direct, or in some meaningful sense actively participate in the wrongful conduct.

279. Immunity also does not apply when the acts are done knowingly fraudulent, maliciously, intentionally, and willingly fraudulent.

280. Directors are liable to third persons injured by their own harmful conduct, regardless of whether they acted on behalf of the corporation and regardless of whether the corporation is also liable. A corporate director's or officer's participation in harmful conduct may be shown not solely by direct action, but by knowing consent to or approval of unlawful acts.

281. Defendants while acting in the course and scope of their employment with Defendants and/or on defendants' behalf, in furtherance of defendants' business interests, and with defendants' knowledge, consent, and/or authority, intentionally, willfully, purposely, and maliciously made defamatory statements and insinuations of fact about Plaintiff that were untrue.

282. Defendants knew, had reason to know, must have known, and should have known that their statements and insinuations of fact were untrue each time that they made them, and they still authorized, directed, or in some meaningful sense actively participated in the wrongful conduct.

283. Some of the defamatory and untruthful statements were made to persons who did not have a common interest in the issues related to the incident or the later interrogations or accusations of Plaintiff

284. Defendants acted with hatred or ill will toward Plaintiff, showing Defendants' willingness to vex, annoy, or injure and had no reasonable grounds for believing in the truth of the statements. As a result, Plaintiff has been injured in her profession and continues to be injured in her profession. Plaintiff has sustained and continues to sustain losses of earnings and other employment benefits, and other legal benefits. Plaintiff has also been injured in her personal, judicial, and legal reputation.

285. As a result of Defendants' willful, knowing, and intentional false representations about Plaintiff, Plaintiff has suffered and continues to suffer humiliation, mental pain and anguish, and other non-economic damages

286. Defendants' unlawful conduct was committed intentionally, maliciously, fraudulently, and/or oppressively, which entitles Plaintiff to punitive damages against Defendants.

287. Defendants  unlawful conduct has caused Patients and their families in the hospital to suffer continued poor quality of care since Defendants used Defamation to try to illegally be exonerated for their unsafe practices.

288. Defendants  unlawful conduct has caused Plaintiff to not be able to receive Justice regarding police misconduct and other victim of crime cases that Plaintiff previously reported.

289. Defendants  unlawful conduct has caused Plaintiff's family member to not have his old marijuana charges record expunged from his record, and thereby prevented his release from prison, and has caused significant harm to Plaintiff and her family, and will cause harm for many years to come.

**16TH CAUSE OF ACTION**

**Compelled Self-Defamation (Civil Code §§ 45, 46)**

290. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein.

291. On the basis of information and belief, Defendants falsely informed individuals other than Plaintiff about items listed above, constitutes defamation per se, broadly defined as imputing to Plaintiff unfitness to practice her trade, business, or profession, and/or to report misconduct, despite her having no performance-related discipline prior to her submission of legal reports, including to Governmental Agencies. These statements were published with multiple agencies that may in the future prevent Plaintiff from obtaining work, and from her credibility to receive justice and to report law violations and misconduct

292. When Defendants terminated Plaintiff's employment, they knew that Plaintiff would be under a strong compulsion to repeat these comments to Department of Health investigators, NLRB, DFEH, prospective employers,  Union staff, and others in her industry. DFEH, DPH, and the NLRB corruptly used the self-defamation to mislead on their reports about Plaintiff, knowing that she was naive about what they were doing. As such, Plaintiff has been under a compulsion to repeat Defendants' defamatory statements from Defendants' employment, including to Department of Public Health, other employers, recruiters, former colleagues, union members, acquaintances in the industry, and patients.

293. As a result, Plaintiff has been injured in her profession, judicial, legal, and personal, and continues to be injured in her profession. Plaintiff has sustained and continues to sustain losses of earnings and loss of other employment benefits, as well as other losses as listed previously.

294. As a result of Defendants' willful, knowing, and intentional false representations about Plaintiff, Plaintiff has suffered and continues to suffer humiliation and mental pain and anguish and other non-economic damages

295. Defendants' misconduct was committed intentionally, maliciously, fraudulently,  and/or oppressively, and this entitles Plaintiff to punitive damages against Defendants.

### 17TH CAUSE OF ACTION

### Negligent Hiring, Supervision, and Retention

### (Doe v. Capital Cities (1996) 50 Cal. App.4th 1038)

296. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated.

297. Defendants owed a duty to Plaintiff to hire, retain, appoint, and supervise persons who would not engage in

298.     harassing, discriminatory, and/or retaliatory conduct. Defendants owed a duty to Plaintiff not to retain managers and/or employees who would discriminate against, harass, or retaliate against Plaintiff for engaging in lawful protected activities. Defendants owed a duty to Plaintiff to supervise closely to ensure that their managers and employees would refrain from harassing and retaliating against Plaintiff.

299. Defendants breached these duties. As a result of Defendants' Company Hospital of Torrance negligence Plaintiff has suffered and continues to suffer damages, including losses of earnings and benefits.

2741

300. Defendants Torrance Police Department also breached these duties with their negligent hiring, retention, and supervision of the Chief of Police and other Police Department Staff. As a result, Plaintiff has suffered and continues to suffer damages.

### 18TH CAUSE OF ACTION

**Intentional Infliction of Emotional Distress**

**(Hughes v. Pair (2009) 46 Cal.4th 1035)**

301. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein.

302. Defendants' discriminatory, harassing, and retaliatory actions against Plaintiff caused plaintiff severe emotional distress. Defendants were aware that treating plaintiff in the manner alleged above, including depriving plaintiff of her livelihood, would devastate Plaintiff and cause her significant hardship.

303. As a result of Defendants' conduct, Plaintiff has suffered and continues to suffer severe emotional distress. Plaintiff has sustained and continues to sustain substantial losses of earnings and other employment benefits as a result of being emotionally distressed.

304. Plaintiff has also suffered and continues to suffer humiliation, emotional distress, and mental anguish

305. Defendants' misconduct was committed intentionally, fraudulently, maliciously, and oppressively, which entitles Plaintiff to punitive damages.

### 19TH CAUSE OF ACTION

**VIOLATION OF THE CALIFORNIA CONSTITUTION**

**AND 18 USC 3771**

306. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated here.

307. Defendants Violated Plaintiff's California and US Constitutional rights including but not limited to:

308. Defendants violated Plaintiff's Right to access to information concerning the conduct of the people's business when she asked for records as the victim of a crime from Defendants Torrance Police Department

309. Defendants Violated Plaintiff's California Constitutional and Federal rights to equal protection of the law

310. Defendants Violated the California Constitution and Federal laws by disqualifying Plaintiff from entering or pursuing employment partially because of her ancestry

1

2 311.   Defendants Violated the California and US Constitution by unreasonable searches without warrant of Plaintiff's email and

3 oral communications

4 312.   Defendants Violated Plaintiff's California Constitution and Federal Victim of crime rights which are the right to be treated

5 with respect and dignity;  Plaintiff's right to privacy;  right to be free from harassment, intimidation, and abuse throughout the criminal

6 justice process. Defendants also failed to reasonably protect Plaintiff from perpetrators and persons acting on behalf of the perpetrator.

7 Defendants failed to prevent the disclosure of confidential information or records to the defendant, or any other person acting on

8 behalf of the defendant, which was used to locate and/or harass the victim, Plaintiff, and which disclosed confidential

9 communications. Defendants violated the Victim's right to refuse an interview, deposition, or discovery request by the Perpetrator or

10 any other person acting on behalf of the Perpetrator, and to set reasonable conditions on the conduct of any such interview to which

11 the victim consented to. Defendants violated Plaintiff's Right to reasonable notice of and to reasonably confer with the prosecuting

12 agency regarding the charges filed and notice of all public proceedings and to be heard at any proceeding in which the right of the

13 victim was at issue. Defendants also violated Plaintiff's right to a prompt and final conclusion of the case, to restitution, and Plaintiff's

14 right to truth in evidence.

15 313.   Defendants intentionally failed to notify Plaintiff of her Victim of Crime Rights in violation of State and Federal law.

16                                                  **20TH  CAUSE OF ACTION**

17                                                  **ABUSE OF PROCESS**

18 314.   The allegations set forth in paragraphs 1 through 1317 and 1 through 135  are re-alleged and incorporated here.

19 315.   Defendants abused process as alleged in all proceeding paragraphs including failing to present charges in court against

20 Defendants in a speedy way, but rather delayed it by over 4 months in order to intentionally harrass Plaintiff, try to fraudulently set

21 Plaintiff up, to violate Plaintiff's Victim of Crime Rights, and all other unlawful acts listed above

22                                                  **21ST CAUSE OF ACTION**

23                                                  **ENTRAPMENT**

24    316. The allegations set forth in paragraphs 1 through 1317 and 1 through 135 are re-alleged and incorporated herein.

25    317. Acts include as listed previously, for example such as when Defendants required Plaintiff to guess-estimate on her time card,

26        and then issued a discipline after Plaintiff did what Defendants required her to do. As a result of Defendants' willful,

2741

knowing, and intentional false representations about Plaintiff, Plaintiff has suffered and continues to suffer humiliation and mental pain and anguish and other non-economic damages

318. Defendants' misconduct was committed intentionally, maliciously, fraudulently, and/or oppressively, and this entitles Plaintiff to punitive damages against Defendants.

## 22ND CAUSE OF ACTION

### Government Code Section 6254(f)

319. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated here.

320. Government Code Section 6254(f) states that the following must be released to victims, such as Plaintiff, in the case of crimes of violence:

A.-Names and addresses of persons involved in the incidents

-B. accurate date, time, and location of the incidents

C.-all diagrams

D. -statements of parties involved in the incidents

E. -statements of all witnesses

321. Plaintiff, the Victim, requested this information and it was not provided to her. Furthermore, as previously stated defendants had false parties listed as being involved in the incident, who were not.

## 23RD CAUSE OF ACTION

### 18USC 1519

Falsification of business records

322. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein.

323. Defendants knowingly altered, destroyed, mutilated, concealed, covered-up, falsified, or made false entries in records, documents, and other objects with the intent to impede, obstruct, and/or influence the investigations regarding the US Courts Labor Commission, NLRB, DFEH, BRN and other organizations investigations

**24TH CAUSE OF ACTION**

**18 USC 245**

324. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein.

325.   Statute prohibits Defendants from intimidating, or interfering with, any person from participating in or enjoying employment by any agency of the United States

326.   Defendants conspired and intimidated and interfered with Plaintiff's participation and enjoyment of employment of the United States

**25TH CAUSE OF ACTION**

**INVASION OF PRIVACY**

**4th Amendment violation**

**California 2-party consent laws**

327. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein.

328. Defendants violated Plaintiff's right to be secure in her person, house, papers, and effects against unreasonable searches and seizures

329. Defendants illegally accessed and shared Plaintiff's private email contents with co-defendants. This included confidential legal information on Plaintiff's email account regarding her legal charges with other government agencies against Defendants Company Hospital. This also included confidential legal information regarding Plaintiff's relative's case with the 9th Circuit of Judges, which Defendants used to unlawfully and maliciously injure Plaintiff's family member. Defendants accessed and shared the contents with co-defendants in order to obstruct justice and violate Plaintiff's rights as an illegal favor for Co-Defendants who Plaintiff had reported to other Government Agencies.

330. Plaintiff had previous experience with Police officer unlawful activity, so for Plaintiff's safety, she provided all Defendants with phone numbers that did not belong to Plaintiff, but which Plaintiff was given permission to list as a contact number

331. Defendants conspired with co-defendants to compel fraudulent coerced communications knowing that Plaintiff's communications were being illegally listened to, recorded, and/or shared with co-Defendants as a form of attempted entrapment. retaliation, discrimination, and in violation of State and Federal laws, and fraudulently under the color of law.

332. Defendants intentionally intruded in the privacy in a manner which is highly offensive to a reasonable person.

333. Consequently, the integrity of Plaintiff's legal cases against Defendants was harmed since Defendants had access to all of Plaintiff's emails and tried to fraudulently, and unsuccessfully, entrap Plaintiff

334. Plaintiff did not know, nor could have known, all of the following material facts showing the elements of this cause of action. Plaintiff is still unaware of possible other unlawful invasions of privacy

335. The disclosure was unauthorized and without Plaintiff's consent. California is a 2-party consent state, as well as it being a violation of the 4th Amendment of the Constitution.

336. Defendants' conduct involved disclosing private information about Plaintiff that was confidential and not their business, and attempted unlawful and fraudulent entrapment.

337. In making the invasion of privacy described above, Defendants were guilty of oppression and fraud in that they made the disclosures with the intent to vex, injure, or annoy plaintiff and with a willful and conscious disregard of plaintiff's rights, entitling Plaintiff to an award of punitive damages.

338. As a result of the above disclosure, plaintiff suffered losses, and emotional distress

### 26TH CAUSE OF ACTION

### For Failure to Pay Wages for Missed Rest Periods (Cal. Lab. Code § 226 .7)

339. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

340. Defendants have systematically failed and/or refused to authorize or permit Plaintiff, to take an uninterrupted rest break for every 4 hours worked, as guaranteed to Plaintiff under her employment contract and California law.

341. California law requires an employer to pay an employee an additional hour of compensation for every shift in which said employee was not authorized or permitted to take a mandated rest period.

342. Defendants have failed and/or refused to provide Plaintiff, with the additional compensation for missed rest periods required by California Labor Code and her employment contract.

343.   Based on Defendants' conduct, as alleged herein, Defendants are liable to  Plaintiff, for their unpaid premium wages for missed rest periods

### 27TH CAUSE OF ACTION

**For Failure to Pay Wages for Missed Meal Periods (Cal. Lab. Code § 226.7)**

344. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

345. Defendants have systematically failed and/or refused to provide Plaintiff with an uninterrupted, off-duty meal break of at least 30 consecutive minutes in duration for all shifts in excess of 5 hours, prior to the 5th hour, as guaranteed to them as employees under California Labor Code sections 226.7.

346.   California Labor Code section 226.7 e requires an employer to pay an employee an additional hour of compensation for every shift that a meal period is not given prior to the 5th hour.

347. Defendants failed and/or refused to provide Plaintiff with the additional compensation for missed meal periods required by California Labor Code

348.   Defendants are liable to Plaintiff for their unpaid wages for missed meal periods,

### 28TH CAUSE OF Action

**cal labor code 511(b)**

349.   The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

350.   Statute requires defendants to pay overtime rates for hours worked past 8 hours, and defendants did not do so for the entire time of her employment with Defendants.

351.   Defendants kept fraudulent wage records regarding false claims that they had paid Plaintiff overtime wages for all hours worked past 8 hours for the entire 4 years of Plaintiff's employment, when they had never done so.

352.   Based on Defendants' conduct, as alleged herein, Defendants are liable to penalties and wages owed to Plaintiff

### 29TH CAUSE of ACTION

**FLSA**

353.   The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

354.   Based on Defendants' conduct, as alleged herein, Defendants are liable to penalties and wages owed to Plaintiff

41

1

2                                          **30th  CAUSE OF ACTION**

3                                          **Fair Labor Standards Act**

4                                  **29 USC 215(a)(3) and 29 USC 218(c)**

5                                          **and FLSA Retaliation**

6   355.   The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

7   356.   Statute prohibits Defendants from discharging or in any manner discriminating against an employee, Plaintiff, because she

8   filed a complaint, or reported violations of the FLSA, including violations of rest and meal breaks, timekeeping, wages owed, etc, and

9   is a prima facie case.

10  357.   Plaintiff orally and via email regarding FLSA violations to Defendants prior to termination

11  358.   Based on Defendants' conduct, as alleged herein, Defendants are liable to penalties and wages owed to Plaintiff

12                                          **31ST CAUSE OF ACTION**

13                                          **Cal lab code 216**

14                                          **Refusal to Pay**

15  359.   The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

16  360.   Statute prohibits Defendants from having the ability to pay and willfully refusing to pay Plaintiff wages owed after Plaintiff

17  demanded to be paid

18  361.   Statute further prohibits Defendants from falsely denying the amount or validity of due wages with intent to annoy, harass,

19  oppress, hinder, delay or defraud Plaintiff who was the person owed wages

20  362.    Based on Defendants' conduct, as alleged herein, Defendants are liable to  Plaintiff, for wages owed

21                                          **32ND  CAUSE OF ACTION**

22                                          **AMENDMENT 1**

23  363.   The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

24  364.   Defendants interfered with Plaintiff's right to petition the government for redress of grievances, to freedom of speech, to the

25  free exercise of religion

26                                          **33rd CAUSE OF ACTION**

2741

---

1

**AMENDMENT V**

2

365.    The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

3

366.    Defendants unlawfully violated the 5th amendment against Plaintiff which states "no person shall be held to answer for a

4

5 crime unless presentment or indictment of a Grand Jury...nor shall any person be subject for the same offense to be twice put in

6 jeopardy of life or limb...nor shall be compelled in any criminal case to be a witness against himself, nor be deprived o f life, liberty,

7 or property, without due process of law, nor shall private property be taken for public use without just compensation

8

**34th CAUSE OF ACTION**

9

**AMENDMENT VI**

10 367.    The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

11 368.    Defendants unlawfully violated the 6th amendment against Plaintiff which states "the accused shall enjoy the right to a speedy

12 trial...and shall be informed of the nature and the cause of the accusation, to be confronted with witnesses against her, to have

13 compulsory process for obtaining witnesses in her favor, and to have the assistance of counsel for her defense

14

**35TH CAUSE OF ACTION**

15

**AMENDMENT XIII**

16 369.    The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

17 370.    Defendants created slavery and involuntary servitude at Defendant LAUSD and Defendant Company Hospital, and all Co-

18 Defendants assisted in this crime by assisting with Co-Defendants cover-ups, with fraudulent and deceptive record keeping, with

19 denial of wages, etc as listed in previous paragraphs.

20 1.

**36TH CAUSE OF ACTION**

21

**AMENDMENT XIII**

22 371.    The allegations set forth in paragraphs 1 through  are re-alleged and incorporated herein

23 372.    Defendants required Plaintiff and other US citizens to1317 and 1 through 135 work hours without being paid, as a form of

24 slavery within the United States. All Co-Defendants aided, abetted, coerced, and/or compelled, etc this behavior

25

**37th CAUSE OF ACTION**

26

**AMENDMENT XIV**

2741

---

PLAINTIFF'S COMPLAINT FOR DAMAGES

1
2 373. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

3 374. Defendants violated the privileges and immunities of US Citizens, and deprived Plaintiff and her loved ones of life, liberty, or
4 property, without due process of law, and also denied Plaintiff and her loved ones the equal protection of the laws

5 375. Defendant Public Officials took a Constitutional Oath and violated their Oaths and participated in insurrection or rebellion
6 against the US Government

7                                      **38TH CAUSE OF ACTION**

8                            **GENETIC INFORMATION NON-DISCRIMINATION ACT**

9 376. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

10 377. Defendants committed discrimination against Plaintiff

11                                      **39TH CAUSE OF ACTION**

12                                  **FEDERAL ANTI-TRUST LAWS**

13 378. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

14 379. Defendants have violated Federal Anti-Trust Laws

15                                      **40th CAUSE OF ACTION**

16                          **FALSE IMPRISONMENT AND FALSE ARREST**

17 380. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

18 381. Defendants falsely arrested in California and in Arizona. Defendants falsely imprisoned Plaintiff in Arizona

19 382. Defendants did so as part of the racketeering with Co-Defendants and in retaliation against Plaintiff because of this case.

20 383. This negatively affects Plaintiff's reputation for the rest of her career and Plaintiff is entitled to damages, punitive, etc

21                                      **41st CAUSE OF ACTION**

22                                  **ASSAULT AND BATTERY**

23 384. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

24 385. Defendants committed malicious assault and battery against Plaintiff on multiple occassions, and Co-Defendants assisted
25 with cover-ups etc

26 386.   Plaintiff is entitled to damages, punitive damages, etc

27 41

1

**42nd CAUSE OF ACTION**

2

**NEGLECT**

3

4   387.   The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

5   388.   Defendants neglected to do their job duties and Defendants neglected to protect Plaintiff from Co-Defendants

6   389.   Plaintiff is entitled to damages, punitive, etc

7   **43RD CAUSE OF ACTION**

8   **BREACH OF CONTRACTS**

9   390.   The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

10   391.   All Defendants breached contracts with Plaintiff, including work contract benefits, and Public Officials breached the US

11   Constitutional Contract. Co-Defendants assisted, aided, abetted, participated, etc in these breaches.

12   392.   Plaintiff is entitled to damages, punitive, etc

13   **44th CAUSE OF ACTION**

14   **DOMESTIC TERRORISM**

15   393.   The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

16   394.   The Code of Federal Regulations 28 CFR Section 0.85 defines Terrorism as "the unlawful use of force or violence against

17   persons or property to intimidate or coerce a government, a civilian population, or any segment thereof, in furtherance of political or

18   social objectives"

19   395.   Defendants and Co-Defendants behave in a gang-like way, and they commit terrorism activity against Plaintiff and other US

20   Citizens whom their gang chooses to unlawfully target.

21   396.   Plaintiff is entitled to damages, punitive, etc

22   **45th CAUSE OF ACTION**

23   **TYRANNY**

24   397.   The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

25   398.   Defendant Police and Defendant Co-Defendants behave tyrannically against US Citizens. Co-Defendants are accomplices in

26   the tyrannical acts commited because they assist Co-Defendants with the acts, and with covering up for the acts

27   41

399. Plaintiff is entitled to damages, punitive, etc

### 46th CAUSE OF ACTION

### VIOLATION OF RIGHT TO LIFE, LIBERTY, PROPERTY, AND THE PURSUIT OF HAPPINESS

400. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

401. Plaintiff is entitled to damages, punitive, etc

### 47th CAUSE OF ACTION

### CONSTITUTIONAL VIOLATIONS

402. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

403. Plaintiff is entitled to damages, punitive, etc

### 48th CAUSE OF ACTION

### PUBLIC CORRUPTION

404. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

405. Plaintiff is entitled to damages, punitive, etc

### 49th CAUSE OF ACTION

### FALSE ARREST

406. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

407. Plaintiff is entitled to damages, punitive, etc

### 50th CAUSE OF ACTION

### CALIFORNIA PENAL CODE 653M; 653F; 653X; 653.1

408. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

409. Plaintiff is entitled to damages, punitive, etc

### 51th CAUSE OF ACTION

### MALICIOUS PROSECUTION

410. The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

411. Plaintiff is entitled to damages, punitive, etc

1

## (52) SEXUAL ASSAULT AND BATTERY

2

412.   The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

3

413.   Plaintiff is entitled to damages, punitive, etc

4

## (53) GANG-STALKING

5

414.   The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

6

415.   Plaintiff is entitled to damages, punitive, etc

7

## (54) HACKING

8

416.   The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

9

417.   Plaintiff is entitled to damages, punitive, etc

10

## (55) COERCIVE CONTROL DOMESTIC ABUSE

11

418.   The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

12

419.   Plaintiff is entitled to damages, punitive, etc

13

## (56) FRAUD

14

420.   The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

15

421.   Plaintiff is entitled to damages, punitive, etc

16

## (57) ALL OTHER PERTINENT LAWS

17

## CHARGES

18

422.   The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

19

423.   Plaintiff is entitled to damages, punitive, etc

20

## (58) CONTEMPT OF COURT

21

424.   The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

22

425.   Plaintiff is entitled to damages, punitive, etc

23

## (59) INTERNATIONAL TERRORISM

24

426.   The allegations set forth in paragraphs 1 through1317 and 1 through 135 are re-alleged and incorporated herein

25

427.   Plaintiff is entitled to damages, punitive, etc

26

27 41

1

2                                    **PRAYER**

3              a.    All items in the Award Summary Granted with Prejudice to Plaintiff to be Immediately Paid and

4    Executed, within 7 days of submitting this document, by All Defendants to Plaintiff, Plaintiff's family and Plaitniff's loved ones,

5    including the land owed to Plaintiff and her family, the Tribal records, and Plaintiff's Uncle Louis James Romero to be released

6    from Prison with Payments made to him and him to be allowed to be around his children.

7              B. It was ordered for Defendants to pay Plaintiff $444 Billion dollars plus 30 billion dollars, and for this payment to

8    be divided amongst each defendant based on 7 years of their income wages. Defendants have maliciously harmed Plaintiff for over

9    20 years, and have no True remorse nor True repentance, only fake Acting tears in order to try to avoid punishment. This is

10   evidenced by Defendant Arriaga and Co-Defendants past hirstory of using Fake Tears Fraudulently to try to get what they want,

11   without true remorse nor true repentance.  YHVH knows the heart and the true intentions of persons.Plaintiff requires Defendants to

12   divide the payment based on 7 years of their incomes to equal the total amount, however Plaintiff also orders for Defendants to be

13   punished for 34 years of their lifetimes for the malicious acts they have committed without remorse and without repentance.

14            C. For a Permanent Restraining Order to be in place against Defenadant Xiomara selene Gomez dob 07/16/1990 for her

15   Domestic Violence Death Threats against  both Plaintiff and death threats and false imprisonment against N.R.M, a permanent

16   restraining order against, Defendant Crimnal Malicious psychopath Crimnal gang Union leader Denice Martin, Defendant Criminal

17   Gang member Christa Indriolo, Defendant criminal Keng Mak, and all Co- Defendants for their Life threats, Freedom threats and

18   Criiminal and fraudulent and malicious coercive control abuse Financial and employment threats, against both Plaintiff and N.R.M

19   from coordinating crimnal and malicious stalking harrassing, bothering Plaintiff nor any of Plaintiff's loved ones, nor any possible

20   witnesses ever again.

21            D. For a Permenant Gang Injunction to be placed on all Defendant Union  Gang Members and All Defendants and All Co-

22   Defendants to prevent them from congratating and acting in unison Criminally together

23            E. For Defendants Media Corporations and all Co-Defendants to not be able to defame, neither directly nor indirectly,

24   Plaintiff, N.R.M nor any other loved one Of Plaintiff in any way, in any capacity.

25            F. When Plaintiff wrote the affidavit, Plaintiff included hidden song and music references throughout. For example, when

26   Plaintiff says "Plaintiff is a Lighter Shade of Brown than other Mexicans" Plaintiff is making a reference to the group "Lighter

2741

PLAINTIFF'S COMPLAINT FOR DAMAGES

Shade of Brown" Plaintiff did this throughout the affidavit. Plaintiff ordered for Defendant LAUSD and Defendant Public Schools to use the document to teach High school students how to utilize the court system which is their right as US Citizens. Plaintiff orders Defendant Music industry and Jay-Z and co-Defendantts to donate to the Public Schools  an accompaniment CD of all song/artist references Made throughout the affidavit  to be provided when students utilize it as a textbook to teach basic law to public high school students.

G.. Since Defendant Non-Profits do not honor their purposes, Plaintiff orders for them to be disassembled, especially Defendant Police union and defendant nurses multi-state gang union and defendant caa criminal actors union, and criminal actors criminal gang unions.

H. Plaintiff orders for Defendant providence company hospital to be sold to a new company and for Plaintiff to be Placed on the Board of Directors overseeing All Nurses of the Hospital to ensure they are not harming patients and participating in Criminal Gang Behavior with all Co-Defendants

I.. Plaintiff orders for there to be serious charges and penalties for any persons, including Defendant Criminal Gang Unions, Defendant Police, Defendant Criminal Lawyers for Defendant Billionaire Corporations and All Co-Defendants and Any Person who accepts a Bribe and/or Agrees to Assist Any Defendant and/or agency/entitty/ person etc to Psychologically harrass and gang-stalk persons, knowingly, willingly, intentionally and maliciously, under fraudulent color of law. Plaintiff orders there to be serious charges for any third party person who agrees to participate in harrassment, psychological harm, defamation, staged and fraudulent contrived scenes, and/or any other harm to any victim who Defendant police and/or any Criminal union gang member and/or any Criminal corporation lawyer, and/or any Co-Defendant  and/or any other person bribes the third party person to commit against the victim through fraudulent and malicious defamation of the victim, frauudlent uses of their badges, and/or whatever other fraud used to get the third party to commit the Criminal harrassing, malicous stalking and crimes for Defendants

J. For the group Anonymous Hackers to be considered an International Terrorist Group and any person who participates in Hacking and Maliciously Gang-stalking of Victims, including Defendant Gomez, Defendant G.G., Defendant Arriaga, Defendant Morales, Defendant Cynthia Bahena and all Co-Defendants, whether acting under the guise of Anonymous group or Defendant Criminal police outside of their legal scope to be charged with criminal Gang criminal terrorist activity of malicious hacking and malcious stalking and fraudulently attempting to set up innocent persons on behalf of Co-Defendants, including Co-Defendant

2741

criminal lawyers for Defendant billionaire corporations, using their monetary income to fund Criminal activity through Defendant criminal lawyers.

K. For Defendant police, nor any business nor any corporation to gather Personalized information, phone infomration, internet searches, gps locations, etc of any US Citizen without their explicit signed consent, and for Defendants to not be able to try to force persons to sign any terms nor consent that violates any Constitutional and/or US law right or benefit, in order to use their services, which all US Citizens shall be granted the right to equally use and access without discrimination nor retaliation for not providing consent to violations of their rights and/or US laws

L. For Plaintiff to be immediately provided with a House to live in, while awaiting payment from all Defendants.

M. for all fraudulent and/or defamatory records in all venues to be permanently removed by Defendants

N. For Defendants to cease and desist, turn away from, Correct and Undo, all RICO activities and crimes and malicious prosecution,. defamaition and all acts of harm against Plaintiff, N.R.M and loved ones in all venues and all arenas in all capacities

O. For all Defendants to cease and desist interfering and intercepting and criminally hacking and criminally stalking Plaintiff and any person who Plaintiff talks to and any places that Plaintiff goes to. For Defendants to cease and desist domestic abuse coercive control of Plaintiff and Plaintiff's ability to freely speak to whoever she wants to, whenever she wants to, however she wants to, and the third party, asuch as N.R.Ms, and other persons' right to do the same

P. for any prosecution, especially malciious prosecution, fraudulent investigations against Plaintiff and/or her loved ones, stalking, harrassment, any other malicious act etc by Defendants to be permanently stopped and ceased past present and future

b19. For Plaintiff's legal fees and costs to be paid by Defendants

b20. For pre-judgment and post-judgment interest on all damages awarded

b21. For injunctive relief

b22. For declarative relief

b23. For any other relief that is just and proper

*only judge is allowed to
~~oversee~~ oversee this
case who is not a Defendat
nor in concent w/ Defendant.
Plaintiff does Not consent to any
Magistrate.
No Magistrate allowed
consideded*

Also submitted
Attached are: W-60; A0240; A040A, A0440ACW30
and TRO order and order for US Marshall Service
and cost of copies

X [signature]
Plaintiff, LMB
Date: Oct 7, 2021

---

2741