L.M.B

PO BOX 5106

BellFlower, CA 90707

213-214-6720

theprofessional8874@gmail.com

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 7 2021

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

LISA MARIA BERNAL (L.M.B)

    Plaintiff,

vs.

PROVIDENCE HEALTH & SERVICES, TORRANCE POLICE DEPARTMENT, SOUTH GATE POLICE DEPARTMENT, ET AL

    Defendant(s)

Case No.: 2:21cv8014-SVW-SKx

EMERGENCY ORDER FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**EMERGENCY ORDER FOR A TEMPORARY RESTRAINING ORDER, AND PRELIMINARY INJUNCTIONS**

    Plaintiff, L.M.B, is a Citizen of the United States of America, and invokes all God-Given, and all U.S. Constitutional Rights, including all rights under State Laws, all Rights under the Law, and no Rights, including Benefits, are waived ever. Plaintiff requires all Judges to obey their Oath to Office. Plaintiff requires all Judicial Officers to obey their Oaths under, and to, the law, and not in a deceptive/trickery way.

    Plaintiff files as a Citizen of the United States, not as an Attorney, and per the US Constitution and Federal Laws, Plaintiff is not bound to Court Local Rules that Attorneys are bound to follow.

    Plaintiff Proceeds informa pauperis and orders waiving of cost of copies and order of US Marshall service for all documents on all Defendants

    Plaintiff previously requested a TRO and injunctions on all Defendants. Plaintiff reiterates all facts in all court documents, including facts 1 through 124, as well as facts 1 through 1317 on the 610 page single document sworn court

testimony given about all defendants on previous lawsuit, and on all 50 plus documents with facts on them, which Plaintiff submitted and which should be on the record despite Defendant criminal george wu and co-defendant criminals illegal and criminal interference and fraud and federal RICO crimes of court records.

Plaintiff reiterates that Defendant Arizona is ordered to be restrained and an injunction applied regarding their RICO and civil rights violations, with Co-Defendants, against Plaintiff including any illegal, unlawful, malicious and fraudulent prosecution, fraudulent records, and other illegal Unconstiutional and Federal RICO criminal Gang conduct.

Plaintiff, N.R.M and Plaintiff's loved ones, are the victims of multiple crimes committed by Defendants, and retains their right to privacy and to dignity. Plaintiff orders for a preliminary and permanent injunction enjoining and restraining Defendants, their officers, employees, agents, servants, consultants, subsidiaries, representatives, family, and all persons acting in concert and participation with any of them from publishing or otherwise disseminating any material, image, etc, that mentions or refers to Plaintiff's name, image, voice, etc, and/or Plaintiff's family and loved ones names, including loved third parties listed, such as N.R.M, in any way, and/or any potential witnesses against Defendants. Defendants have already committed multiple RICO crimes with multiple potential celebrity witnesses regarding Criminal Judicial acts besides those listed in the 610 page court testimony and other court documents.

As indicated in the affidavit, Defendant Attorneys, Defendant DOJ, and Co-Defendants continue to stalk, harrass, and coercively control and manipulate persons around Plaintiff in an attempt to create falsified evidence, contrived conversations, and other forms of abuse. Plaintiff requires restraining of

Defendants, their officers, employees, agents, servants, consultants, subsidiaries, representatives, family, and all persons acting in concert and participation with any of them from speaking to, bribing, manipulating, stalking, investigating, monitoring, creating contrived conversations and fake evidence with, threatening, harming, injuring, including financially injuring, kidnapping, falsely imprisoning, or in any way contacting anyone in Plaintiff's family, Plaintiff herself, Plaintiff's loved ones, including third parties such as N.R.M, and other third parties mentioned in the affidavit.

It would be a RICO crime for any of Defendants to threaten, harm, injure, bribe, imprison, or do any of the unlawful acts, against any third parties, including those who are listed in the affidavit, who may be possible subpoenaed witnesses, regarding Defendants illegal blacklisting, illegal contracts, honey trapping with Defendant Gomez, stalking, falsified news media, intentional infliction of emotional distress, Defendant Brady Mitchell, Defendant Union, and Co-Defendants unlawful use of medical treatment and/or mental health placement, unlawful Legal and Judicial treatment, Coercive control, kidnapping, imprisonments, labor rights, intellectual/artistic property rights, retaliatory and discriminatory treatment, and

other issues that Defendant Attorneys, Defendant Union, Defendant Corporations, and Co-Defendants have a history and pattern of committing against US Citizens who have potential legal claims against them.

Plaintiff orders the court to restrain and place a preliminary injunction on all Defendants, their officers, employees, agents, servants, consultants, subsidiaries, representatives, family, and all persons acting in concert and participation with any of them from:

- threatening in any way, whether life, freedom, property, career, finances, family, bodily, emotionally, socially, spiritually, etc
- defaming in any way, in any format
- bribing in any way, whether monetary or any other benefit used as a bribe
- harming or injuring in any way
- blacklisting or any adverse employment act
- kidnapping
- infliction of emotional distress
- falsely imprisoning, whether in jail, or falsely placing in a Defendant mental health facility
- bringing fraudulent or adverse legal claims against
- manipulating
- recording in any way
- violating any Constitutional, Civil, Labor, or any other rights and benefits of the law in any way
- honey trapping
- stalking
- investigating
- monitoring
- creating contrived conversations
- falsifying documents and other objects/items
- creating fake evidence and/or staged evidence
- using blackmail
- coercively controlling
- creating falsified news media from unknown or fraudulent sources

1  • and any other unlawful act
2  against Plaintiff, Plaintiff's family, Plaintiff's loved ones, including third parties such as N.R.M, and against any third party
3  person who could be a possible subpoenaed or public witness to this case, including any celebrities.
4  Plaintiff is in fear for her life and safety and the life and safety of her pet, who is like a son to Plaintiff due to
5  Defendants repeated crimes and even recent threatening of cutting Plaintiff's brake lines. Plaintiff requires all Defendants,
6  and any person acting in malicious criminal concert harrassment with Defendants to stay 100 yards away from Plaintiff, her
7  family, and loved ones, including third parties such as N.R.M and other third parties, and any potential witnesses.
8  It is ordered for Defendants to not be allowed to access, call, view any electronic device, phone, and/or number
9  and/or email used by Plaintiff, N.R.M, Plaintiff's Uncle Louis James Romero who is ordered as released and not a prisoner,
10 and any and all of Plaintiff's loved ones.
11 It is ordered for the court to Require Defendants to Pay all items ordered on the Award Summary to Plaintiff,
12 including removing all fraudulent records, and all records about Plaintiff, N.R.M, Plaintiff's Uncle and all of Plaintiff's loved
13 ones, and all items on the prayer section of this lawsuit as well.
14 It is ordered for Defendant Kaiser Permanente and Defendant Criminal Gang Union to obey the injunction against
15 them and immediately Provide plaintiff with employment.
16 It is ordered for Defendant Kamala Harris and All Co-Defendants to cease and desist their criminal and malicious
17 battery of US citizens through vaccine mandates, and mask mandates, and to apologize to US Citizens and the Entire World
18 for their Criminal Conduct with Defendant Chinese and Thailand Governments to Release the BioWeapon Covid onto the
19 public in order to overthrow the US Constitution and Civil rights of US Citizens
20 It is ordered for Defendants to Immediately Provide Plaintiff with a House, and all of her lands owed to her and her
21 family, which is Plaintiff's Right to Property as a US Citizen and since Plaintiff is homeless due to all Defendants criminal
22 acts, in severe violation of their stated non-profit organization, and other organization, purposes.
23 It is ordered for Defendant Amazon, Defendant Google, and any other electronic app and/or software to cease and
24 desist any illegal monitoring, stalking, gathering of personalized information for malicious purposes for Defendant criminal
25 lawyers and defendant criminal union gang members in violation of the US Constitution, and violations of any Constitutional
26 rights or other rights or benefits, of Plaintiff, her loved ones, including N.R.M and any third parties on behalf of Plaintiff.
27 It is ordered for Defendant criminal george h. wu, defendant criminal jean p. rosenbluth, all defendant judicial
28 officials to continue to be ordered as restrained from accessing, viewing, using, placing fraudulent orders and/or lies about

1  facts and/or any other fraudulent documents on any court item submitted by Plaintiff. It is ordered for all documents
2  submitted by Plaintiff to be accurately on the record as submitted including the writ of certoriari submitted to the Supreme
3  Court which all Co-Defendants, including defendant nesbitt, Criminally blocked as a federal RICO crime, tyrannical act, and
4  Terrorism in violation of the US Constitution and all US Laws. It is ordered for all named Defendant Judicial Officers to be
5  permanently removed and revoked of their positions and licenses, and to not be allowed to work in their careers in any
6  capacity, and to be charged with the crimes they have maliciously, repeatedly, relentlessly and fraudulently committed
7  against Plaintiff, N.R.M, Plaintiff's loved ones, and against the United States.
8      It is also ordered for a Gang Injunction to be placed on all Defendants, including Defendant Police Teamsters Union,
9  Defendant Fire Union, Defendant Nurses Gang Criminal Union, Defendant CAA actors union, Defendant Lawyer Gangs, and
10 all Co-Defendants from congregating, conspiring, talking to, meeting up with, and all other Gang Injunction rules on All
11 Defendants.
12     All previous Eleven restraining orders and injunctions also are ordered to remain in effect

Dated this October 4, 2021

_____
Plaintiff, NRM

ORDER FOR EMERGENCY TRO AND INJUNCTIONS- 5 of 5