1  L.M.B

2  PO BOX 5106

3  BellFlower, CA 90707

4  213-214-6720

5  theprofessional8874@gmail.com

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 8 2021

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| LISA MARIA BERNAL (L.M.B) ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PROVIDENCE HEALTH & SERVICES; GEORGE H. ) <br> WU; XIOMARA SELENE GOMEZ; TORRANCE ) <br> POLICE DEPARTMENT, SOUTH GATE POLICE ) <br> DEPARTMENT, ET AL        Defendant(s) | Case No.: 2:21-8014-CJC <br><br> **EMERGENCY ORDER FOR FEDERAL INJUNCTION, ORDER TO CORRECT LOCATION AND CORRECT NAME OF JUDGE TO CJC AND TO ADD MORE DEFENDANTS** |

**EMERGENCY ORDER FOR FEDERAL INJUNCTION, ORDER TO CORRECT LOCATION AND CORRECT NAME OF JUDGE TO CJC**

**AND TO ADD MORE DEFENDANTS**

Plaintiff, L.M.B, is a Citizen of the United States of America, and invokes all God-Given, and all U.S. and State Constitutional Rights, including all rights under State Laws, all Rights under the Law, and no Rights, including Benefits, are waived ever. Plaintiff requires all Judges to obey their Oath to Office. Plaintiff requires all Judicial Officers to obey their Oaths under, and to, the law, and not in a deceptive/trickery way.

Plaintiff files as a Citizen of the United States, not as an Attorney, and per the US Constitution and Federal Laws, Plaintiff is not bound to Court Local Rules that Attorneys are bound to follow.

Plaintiff proceeds Informa Pauperis, and invokes Mandatory Federal Statute ordering US Marshall Service on All Defendants. It is also ordered for the cost of copies for all documents to be served on all Defendants and Attorney Generals, since Plaintiff cannot afford to make copies of documents.

1   Plaintiff filed this case with Civil Cover Federal Rules indicating that it is located in the Southern Division.
2   Defendants Clerk Supervisor Deborah Lumen and Defendant Criminal Clerk Daniel, who transferred to the Southern office
3   as a pre-meditated, pre-planned conspired RICO crime for All Co-Defendants, Knowingly, willingly, Maliciously,
4   Fraudulently and Criminally and in Contempt of Court and Blatant Disregard for Federal Laws, commited a Federal RICO
5   crime on behalf of Defendant Criminal george Wu and Fraudulently and Criminally assigned this case to the Western
6   Division, when Per the Civil Cover Sheet Section C, and even Section D1(though not required since section C is sufficient),
7   and Section E, the case is to be assigned to a Southern Division Judge. Defendant Criminal Deborah Lumen, and Defendant
8   Criminal Clerk Daniel, did this as a Knowingly, Fraudulent, malicious RICO crime for Co-Defendant Criminal Communist
9   Tyrant george H. Wu. Furthermore, Defendant Criminal Deborah Lumen and Defendant Criminal Clerk Daniel committed
10  More RICO crimes by attempting to use Intimidation, Threats, Corruptly Mislead and Corruptly Persuade regarding the
11  assignment of the Federal Case as a Criminal RICO crime and Civil Right and Constitutional Violations, which were all
12  invoked at all times and None waived ever. Plaintiff asked Defendant Criminal Deborah Lumen outright if she was going to
13  Violate Federal Laaws and commit a Federal RICO crimes by refusing to Properly assign the Case, and Defendant Deborah,
14  out right and Blatantly Trampled All over US Constitutional and Federal Laws and Refused to Obey Them.

15  Furthermore, Plaintiff Wrote on the Sworn Court Testimony, and Multiple Court Filing Forms that the case was not
16  to be assigned to any person acting in Concert with Defendant Criminal george h. Wu, and Defendant Criminal Clerks
17  Deborah and Daniel, Knowingly, fraudulently, maliciously, and Criminally attempted to assign this case to a Judge who
18  Defendants and Co-Defendants conspired to act criminally for Defendant george h.wu, and Plaintiff did not and does not
19  Consent to this Criminal and illegal attempted assignment, that is not even in the correct location.

20  Furthermore Plaintiff wrote on the Court Sworn Testimony and on Multiple Other Court Forms for this case, that
21  Plaintiff did not, and does not, consent to Any Magistrate Overseeing/making orders on Any aspect of this case. Defendant
22  Criminal Clerk Deborah and Defendant Criminal Clerk Daniel, committed another RICO crime in Blatant Disregard for
23  Federal Laws, US Laws and the US Constitution, by knowingly, maliciously, fraudulently, and Criminally attempting to
24  assign a Magistrate to this case, which Plaintiff did not, and does not Consent to.

25  Furthermore, Defendant Crimnal Deborah Lumen and Defendant Criminal Clerk Daniel Criminally Refused to
26  Stamp the Court Summons form AO440 that Plaintiff submitted for Service on Defendants, and Criminally Refused to File
27  the Order for US Marshall Service and Order to Waive Cost of Copies. Defendants Did so in Contempt of Court, in violation
28

1  of the US Constitution, including the 14th amendment, Civil Right Laws, other US laws, and as a knowingly, Criminal,
2  malicious, fraudulent Federal RICO Crime for Defendant criminal george h. wu and All Co-Defendants.
3  Defendant Crimnal Deborah Lumen and Defendant Criminal Clerk Daniel and Defendant Court Clerk Kivy K.
4  Gray are added as Defendants to this case.
5  An Injunction is ordered required Defendant Criminal Clerks to Obey All Federal and US Laws and Correct the
6  Location and Assignment of this case. An injunction is also Order to Require Defendant Criminal Clerks to Stamp and
7  Automatically File ALL court documents Plaintiff submits as is Required per Federal Laws, including Federal Rule that
8  states a Court Clerk cannot Refuse to File Any Documents that Plaintiff submits.
9
10
11  Plaintiff also adds an Injunction for Defendants to Immediately Provide Plaintiff with a House and the Land that
12  belongs to Plaintiff, so that Plaintiff, will no Longer have to Homeless Residing in Orange County, which the homelessness is
13  due solely to All Defendants Federal RICO Crimes and Criminal violations of not allowing Plaintiff to enjoy Employment in
14  the United States because Plaintiff reported Defendant Criminal Gang Members and Co-Defendants for Commiting Multiple
15  Crimes, including Murdering Patients inside of Defendant Hospitals, and attempting Murder of Plaintiff, as a Form of
16  Criminal Retaliation, Tyranny, Terrorism, and Discrimination etc.
17  Plaintiff has chosen to assign this case to either CJC or WS, and has indicated so on the Case number on the top of
18  this page and will do so on all future documents, and Plaintiff does not, and has never, consented to a Magistrate, nor Any
19  Western Division Judge As a Criminal Conflict of Interest in violation of their Oath by Conspiring to Act in Criminal RICO
20  concert with Defendant Criminal george h. Wu, which is also a form of Impropriety.
21  Excuse any typos, grammatical errors, etc in all documents past, present and future.
22  Dated this October 7, 2021
23
24
25  Plaintiff, Lumen
26
27
28