1 L.M.B

2 PO BOX 5106

3 BellFlower, CA 90707

4 213-214-6720

5 theprofessional8874@gmail.com

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 8 2021

CENTRAL DISTRICT OF CALIFORNIA
BY DA DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| LISA MARIA BERNAL (L.M.B) ) | Case No.: 2:21-8014-CJC |
| ) | |
| Plaintiff, ) | |
| ) | **EMERGENCY ORDER TO COMPEL CRIMINAL PROSECUTION** |
| vs. ) | |
| ) | **OF ALL DEFENDANT CLERKS AND ALL CO-DEFENDANTS** |
| PROVIDENCE HEALTH & SERVICES; GEORGE H. ) | |
| ) | |
| WU; XIOMARA SELENE GOMEZ; TORRANCE ) | |
| POLICE DEPARTMENT, SOUTH GATE POLICE | |
| DEPARTMENT, ET AL  Defendant(s) | |

**EMERGENCY ORDER TO COMPEL CRIMINAL PROSECUTION OF ALL DEFENDANT CLERKS AND ALL CO-DEFENDANTS**

Plaintiff, L.M.B, is a Citizen of the United States of America, and invokes all God-Given, and all U.S. and State Constitutional Rights, including all rights under State Laws, all Rights under the Law, and no Rights, including Benefits, are waived ever. Plaintiff requires all Judges to obey their Oath to Office. Plaintiff requires all Judicial Officers to obey their Oaths under, and to, the law, and not in a deceptive/trickery way.

Plaintiff files as a Citizen of the United States, not as an Attorney, and per the US Constitution and Federal Laws, Plaintiff is not bound to Court Local Rules that Attorneys are bound to follow.

Plaintiff proceeds Informa Pauperis, and invokes Mandatory Federal Statute ordering US Marshall Service on All Defendants. It is also ordered for the cost of copies for all documents to be served on all Defendants and Attorney Generals, since Plaintiff cannot afford to make copies of documents.

1  Criminal Prosecution is Ordered on All Defendants for All crimes they have commited, including Defendant
2  Criminal Clerk Daniel, Defendant Criminal Clerk Deborah Lumen, Defendant Criminal Clerk Chris Sawyer, and Defendant
3  Criminal Clerk Patricia, and Defendant Criminal clerk Kiry K Gray.

Dated this October 7, 2021

_____
Plaintiff LMIS