UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| Lisa Maria Bernal,<br><br>PLAINTIFF(S)<br>v.<br>United States of America et al.,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>2:21-cv-8014-SVW (SK)<br><br>ORDER RE REQUEST TO PROCEED<br>*IN FORMA PAUPERIS* |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____   _____
Date                              United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency                ☒ District Court lacks jurisdiction
☒ Legally and/or factually patently frivolous   ☒ Immunity as to Most Defendants
☒ Other: Fails to state a claim on which relief may be granted.

Comments:
See 28 U.S.C. § 1915(e)(2)(B); Denton v. Hernandez, 504 U.S. 25, 33 (1992); Neitzke v. Williams, 490 U.S. 319, 325 (1989).

October 8, 2021                   _____
Date                              Steve Kim, United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED
☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
  ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  ☒ This case is hereby DISMISSED immediately. All pending motions are DENIED as moot.
  ☐ This case is hereby REMANDED to state court.

October 8, 2021                   _____
Date                              United States District Judge
                                  STEPHEN V. WILSON